AO 440 (Rev. 8/0 ) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Northern  District of  California

Gary Kremen, an individual,

V.

American Registry for Internet Numbers, Ltd., a Virginia corporation,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: C 06 2554 MEJ

TO: (Name and address of Defendant)

American Registry for Internet Numbers, Ltd.
3635 Concorde Pkwy, Suite 200
Chantilly, VA 20151

By: Reg. Agent: Mr. Raymond A. Plzak

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

KRONENBERGER HANLEY, LLP
220 Montgomery Street, Suite 1920
San Francisco, CA 94104

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

RICHARD W. WIEKING                        APR 12 2006

_____           _____
CLERK                                     DATE

(By) DEPUTY CLERK   ANNA SPRINKLES

◎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
            Date                 Signature of Server

                                 _____
                                 Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.