**KRONENBERGER HANLEY, LLP**
Karl S. Kronenberger (Bar No. 226112)
Terri R. Hanley (Bar No. 199811)
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff GARY KREMEN

ORIGINAL FILED
APR 1 2 2006
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

C 06 2554   MEJ

| | |
|---|---|
| **GARY KREMEN,** an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>**AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD.,** a Virginia corporation,<br><br>        Defendant. | Case No.<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO L.R. 3-16** |

CERTIFICATE OF INTERESTED PARTIES

1

1  The undersigned, counsel of record for Plaintiff Gary Kremen ("KREMEN")
2  certifies that no persons or entities other than that of the named parties to the action
3  have either: (i) a financial interest (of any kind) in the subject matter in controversy or in
4  a party to the proceeding; or (ii) any other kind of interest that could be substantially
5  affected by the outcome of the proceeding.

7  This representation is made to enable the Court to evaluate possible
8  disqualification or recusal.

10  DATED: April 12, 2006.

**KRONENBERGER HANLEY, LLP**

By: *[signature]*
Karl S. Kronenberger
Terri R. Hanley
Attorneys for Plaintiff GARY KREMEN

KRONENBERGER HANLEY, LLP
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
www.KronenbergerLaw.com

2   CERTIFICATE OF INTERESTED PARTIES