1  **KRONENBERGER HANLEY, LLP**
   Karl S. Kronenberger (Bar No. 226112)
2  Terri R. Hanley (Bar No. 199811)
   220 Montgomery Street, Suite 1920
3  San Francisco, CA 94104
   Telephone: (415) 955-1155
4  Facsimile:  (415) 955-1158

5  Attorneys for Plaintiff GARY KREMEN

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GARY KREMEN,** an individual, | Case No. C-06-2554-MEJ |
| Plaintiff, | |
| vs. | **CERTIFICATE OF SERVICE** |
| **AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD.,** a Virginia corporation, | |
| Defendant. | |

KRONENBERGER HANLEY, LLP
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
www.KronenbergerLaw.com

Case No. C-06-2554-MEJ                                    **CERTIFICATE OF SERVICE**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Kronenberger & Associates<br>220 Montgomery St, #1920<br>San Francisco, CA 94104<br>TELEPHONE NO.: 415 955-1155 111    FAX NO. (Optional):<br>UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
| PLAINTIFF/PETITIONER: GARY KREMEN, AN INDIVIDUAL<br>DEFENDANT/RESPONDENT: AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD., A VIRGINIA CORPORATION | CASE NUMBER:<br>C 06 2554 MEJ |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the (specify documents): **Summons and Complaint for Violation of Antitrust Laws, Conversion, Unfair Business Competition, Breach of Ficudiary Duty; Exhibit A; Certificate of Interested Entities or Persons; Adr Information; Order Setting Initial Case Management Conference and Adr Deadlines; Ecf Registration Information; Notice of Case Assignment to A U.s. Magistrate Judge for Trial**

3. a. Party served (specify name of party as shown on documents served):
   **AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD., A VIRGINIA CORPORATION**

   b. Person served: [ X ] party in item 3a  [ ] other (specify name and relationship to the party named in item 3a):
   **Nate Davis, Director of Operations, authorized to accept for, RAYMOND PLZAK, REGISTERED AGENT , white male, 40's, gray hair, 5-10/170, 40's**

4. Address where the party was served:
   **3635 CONCORDE Parkway SUITE 200, CHANTILLY, VA   20151**

5. I served the party (check proper box)
   a. [ X ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on (date): **4/19/2006**   (2) at (time): **1:30 PM**
   b. [ ] **by substituted service.** On (date):    (2) at (time):    I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3b):
      (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person of at least 18 years of age apparently in charge at the usual mailing addresss of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):       from (city):        or [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 (Rev. July 1, 2004)

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure. § 417.10

PFI Order No. 3860616

| PLAINTIFF/PETITIONER: GARY KREMEN, AN INDIVIDUAL | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD., A VIRGINIA CORPORATION | C 06 2554 MEJ |

c. [ ] **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
  (1) on *(date):*     (2) from *(city):*
  (3) [ ] with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*)* (Code Civ. Proc., § 415.30)
  (4) [ ] to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. [ ] **by other means** *(specify means of service and authorizing code section):*

   [ ] Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. [ ] as an individual defendant.
   b. [ ] as the person sued under the fictitious name of *(specify):*
   c. [ ] as occupant
   d. [X] On behalf of *(specify):*
       under the following Code of Civil Procedure section:
           [ ] 416.10 (corporation)              [ ] 415.95 (business organization, form unknown)
           [ ] 416.20 (defunct corporation)      [ ] 416.60 (minor)
           [ ] 416.30 (joint stock company/association)  [ ] 416.70 (ward or conservatee)
           [ ] 416.40 (association or partnership)       [ ] 416.90 (authorized person)
           [ ] 416.50 (public entity)            [ ] 415.46 (occupant)
                                                 [ ] other

7. **Person who served papers**
   a. Name: **Christine A. Davis**
   b. Address: **633 Yesler Way, Seattle, WA 98104**
   c. Telephone number: **800-232-8854**
   d. The fee for service was: $
   e. I am:
      (1) [X] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [ ] registered California process server:
          (i)   [ ] owner [ ] employee [ ] independant contractor
          (ii)  [ ] Registration No.:
          (iii) [ ] County:

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or

9. [ ] **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **4/20/2006**

_____      
Christine A. Davis
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    (SIGNATURE)

POS-010 (Rev. July 1, 2004)                                              Page 2 of 2

**PROOF OF SERVICE OF SUMMONS**                   PFI Order No. 3860616