1  MANATT, PHELPS & PHILLIPS, LLP
   CHAD S. HUMMEL (Bar No. CA 139055)
2  JACK S. YEH (Bar No. CA 174286)
   11355 West Olympic Boulevard
3  Los Angeles, California 90064
   Telephone: (310) 312-4000
4  Facsimile: (310) 312-4224

5

6  MANATT, PHELPS & PHILLIPS, LLP
   CHRISTOPHER L. WANGER (Bar No. CA 164751)
   1001 Page Mill Road, Building 2
7  Palo Alto, CA 94304-1006
   Telephone: (650) 812-1300
8  Facsimile: (650) 213-0260

9  *Attorneys for Defendant*
   AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD.
10

11
                                 UNITED STATES DISTRICT COURT
12
                                 NORTHERN DISTRICT OF CALIFORNIA
13

14

15  GARY KREMEN, an individual,                      USDC Case No. **C 06-2554 MEJ**

16          Plaintiff,                                    (Assigned to the Honorable Maria Elena James)

17      vs.
                                           **STIPULATION REGARDING**
18  AMERICAN REGISTRY FOR INTERNET     **EXTENSION OF TIME FOR**
   NUMBERS, LTD., a Virginia corporation,       **RESPONSIVE PLEADING OF**
                                           **DEFENDANT AMERICAN**
19          Defendant.                                  **REGISTRY FOR INTERNET**
                                           **NUMBERS, LTD.**
20

21                                             ACTION FILED: APRIL 12, 2006
                                           TRIAL DATE: NONE SET

22         Plaintiff GARY KREMEN ("Plaintiff") and Defendant AMERICAN REGISTRY FOR

23  INTERNET hereby stipulate as follows:

24         Pursuant to Northern District Local Rule 6.1(a), **IT IS HEREBY STIPULATED AND**

25  **AGREED**, by and between the undersigned attorneys for the parties (the "Stipulating Parties")

26  that the time within which Defendant must answer, respond, or otherwise plead to the Complaint

27  is hereby extended until June 8, 2006. It is expressly understood and agreed to by the Stipulating

28

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

40996191.1

STIPULATION TO EXTEND TIME TO FILE
RESPONSIVE PLEADING
CASE NO. C 06-2554 MEJ

Dockets.Justia.com

Parties that Defendant is not waiving and has not waived any objections, defenses, or responses to the Complaint including, but not limited to, improper service of process, lack of jurisdiction, insufficiency of process, and/or failure to state a claim upon which relief can be granted.

Dated: April 28, 2006

| MANATT, PHELPS & PHILLIPS, LLP | KRONENBERGER HANLEY, LLP |
| --- | --- |
| Chad S. Hummel | Karl S. Kronenberger |
| Christopher L. Wanger | Terri R. Hanley |
| Jack S. Yeh | |

By: /s/ Jack S. Yeh                 By: /s/ Karl S. Kronenberger
    Jack S. Yeh                                      Karl S. Kronenberger

*Attorneys for Defendant*                 *Attorneys for Plaintiff*
AMERICAN REGISTRY FOR           GARY KREMEN
INTERNET NUMBERS, LTD.

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Christopher L. Wanger hereby attests that concurrence in the filing of this document has been obtained.*

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

40996191.1

2

STIPULATION TO EXTEND TIME TO FILE
RESPONSIVE PLEADING
CASE NO. C 06 2554 MEJ