**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY KREMEN,<br><br>               Plaintiff (s)<br>    v.<br><br>AMERICAN REGISTRY FOR<br>INTERNET NUMBERS, LTD.,<br><br>               Defendant (s) | CASE NO. C-06-2554 MEJ<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE** |

    The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

  <u> X </u>  (1) One or more of the parties has requested reassignment to a United States District Judge, or

  <u>     </u>  (2) One or more of the parties has sought a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

  <u>     </u>  (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

    All previous hearing dates are hereby **VACATED.**

Dated: May 2, 2006

                                                        Maria-Elena James
                                                        United States Magistrate Judge

                                                        By: Brenda Tolbert, Deputy Clerk