# Exhibit A
# to the
# Notice of Motion and Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(B)(6), or, Alternatively, for a Stay

9/17/01

1  JAMES M. WAGSTAFFE, ESQ. #95535
   PAMELA URUETA, ESQ., #184579
2  KERR & WAGSTAFFE LLP
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105
   Telephone: (415) 371-8500
4  Facsimile: (415) 371-0500

5  RICHARD J. IDELL, ESQ., #069033
   JENNIFER A. MARONE, ESQ., #208858
6  IDELL, BERMAN & SEITEL
   530 Bush Street, Suite 601
7  San Francisco, CA 94108
   Telephone: (415) 986-2400
8  Facsimile: (415) 392-9259

9  Attorneys for Plaintiff
   GARY KREMEN
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

14

15  GARY KREMEN                    ) Case No.:  C 98 20718 JW PVT
                                   )
16         Plaintiff,              ) ORDER RE: REGISTRATION OF IP
                                   ) NUMBERS (NETBLOCKS) IN THE NAME
17    vs.                          ) OF JUDGMENT CREDITOR
                                   )
18  STEPHEN MICHAEL COHEN, et al., ) Date: September 17, 2001
                                   )
19         Defendants.             ) Time: 3:00 p.m.
                                   )
20                                 ) Place: Courtroom 8
                                   )        Honorable Judge James Ware
21

22

23

24      Pursuant to the Application of Plaintiff, Gary Kremen, and as

25  based on the record before this Court, and good cause shown,

ORDER RE: REGISTRATION OF IP NUMBERS (NETBLOCKS) IN THE NAME OF JUDGMENT CREDITOR -
                                  1

ORIGINAL COPY

1   IT IS HEREBY ORDERED that the IP Numbers identified as Exhibit
2   "A" to the Declaration of Gary Kremen on file herein be registered in
3   the name of Plaintiff Gary Kremen. In furtherance of this Order,
4   AMERICAN REGISTRY OF INTERNET NUMBERS ("ARIN") is ORDERED to register
5   IP Numbers on the list to Gary Kremen forthwith. Specifically ARIN
6   is ordered to change the registration record of each of these IP
7   Numbers (netblocks) as follows: all fields (registrant,
8   administration contact, etc.) shall be in the name of Gary Kremen,
9   listing his address as 2542 Third Street, San Francisco, CA 94107,
10  telephone number as (415) 217-5121; facsimile number as (415) 285-
11  7111; and E-mail as Gary@sex.com.

12  Dated: September 17, 2001        _____
13                                   Honorable Judge James Ware

ORDER RE: REGISTRATION OF IP NUMBERS (NETBLOCKS) IN THE NAME OF JUDGMENT CREDITOR -
2