UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY KREMEN, an individual,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD., a Virginia corporation,<br><br>　　　　Defendant. | USDC Case No. **C 06-2554 MMC**<br><br>(Assigned to the Honorable Maxine M. Chesney)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT AMERICAN REGISTRY OF INTERNET NUMBERS, LTD.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6) AND\OR [ALTERNATIVE] STAY ORDER**<br><br><u>Hearing</u><br><br>Date: July 14, 2006<br>Time: 9:00 a.m.<br>Courtroom: 7<br><br>Action Filed: April 12, 2006<br>Trial Date: NONE SET |

On July 14, 2006, at 9:00 am, the Motion of Defendant AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD. ("ARIN") to dismiss with prejudice any and all claims of Plaintiff GARY KREMEN ("Plaintiff" or "Kremen") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure ("FRCP") came on regularly for hearing before this Court in Courtroom 7, before

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

41009231.1

1

[PROPOSED] ORDER GRANTING MOTION
TO DISMISS
USDC CASE NO. C 06 2554 MMC

the Honorable Maxine M. Chesney, Judge Presiding.

Having considered the moving, supporting and opposing papers, the records on file herein, and the arguments of counsel, this Court hereby finds that:

1. each claim asserted in the Complaint is barred by applicable statutes of limitations;

2. the Complaint fails to state facts that can support any federal or state antitrust claims under either Section 1 or 2 of the Sherman Act or California's Cartwright Act; and

3. the Complaint fails to state any state law claims for conversion, breach of fiduciary duty, or unfair competition under California's UCL (B&P Code Section 17200) upon which relief can be granted.

Accordingly, it is **HEREBY ORDERED** that each and every claim set forth in Plaintiff's Complaint is hereby **DISMISSED WITH PREJUDICE.**

[ALTERNATIVE] STAY ORDER

[Alternatively,] this Court **HEREBY ORDERS** that the present action is hereby **STAYED** pending final disposition of ARIN's motion to modify or clarify the September 17, 2001, Order issued by Judge James Ware (an order upon which this lawsuit is fundamentally based) in the action entitled *Kremen v. Cohen, et al.*, USDC Case No. C 98-20718 (JW).

IT IS SO ORDERED:

Dated:_____

_____
The Honorable Maxine M. Chesney
United States District Judge

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

41009231.1

2

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
USDC CASE NO. C 06 2554 MMC