**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY KREMEN, | No. C-06-2554 MMC |
| Plaintiff | |
| v. | **ORDER OF REFERRAL** |
| AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD., | |
| Defendant | |

_____/

The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to District Judge James Ware for consideration of whether the case is related to Kremen v. Cohen, et al., C-98-20178 JW PVT.

**IT IS SO ORDERED.**

Dated: June 12, 2006

MAXINE M. CHESNEY
United States District Judge