UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| GARY KREMEN, an individual,<br><br>Plaintiff,<br><br>Vs.<br><br>AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD., a Virginia corporation,<br><br>Defendant. | Case No. C 06-2554 MMC<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY STEPHEN M. RYAN *PRO HAC VICE*<br><br>Action Filed: April 12, 2006<br>Trial Date: None Set |

STEPHEN M. RYAN, an active member in good standing of the bar of Washington, DC whose business address and telephone number is Manatt, Phelps & Phillips, LLP, One Metro Center, 700 12th Street, N.W., Suite 1100, Washington, DC, (202) 585-6500, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendant.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: JUN 14 2006

U.S. District Court Judge Maxine M Chesney

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20159348.1