**Exhibit A
to the
Notice of Motion and Motion to Dismiss Plaintiff's
Complaint Pursuant to Rule 12(B)(6), or,
Alternatively, for a Stay**

9/17/01

1  JAMES M. WAGSTAFFE, ESQ. #95535
   PAMELA URUETA, ESQ., #184579
2  KERR & WAGSTAFFE LLP
   100 Spear Street, Suite 1800
3  San Francisco, CA 94105
   Telephone: (415) 371-8500
4  Facsimile: (415) 371-0500

5  RICHARD J. IDELL, ESQ., #069033
   JENNIFER A. MARONE, ESQ., #208858
6  IDELL, BERMAN & SEITEL
   530 Bush Street, Suite 601
7  San Francisco, CA 94108
   Telephone: (415) 986-2400
8  Facsimile: (415) 392-9259

9  Attorneys for Plaintiff
   GARY KREMEN
10

                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                          SAN JOSE DIVISION
13

14
   GARY KREMEN                         )  Case No.:  C 98 20718 JW PVT
15                                     )
          Plaintiff,                   )  ORDER RE: REGISTRATION OF IP
16                                     )  NUMBERS (NETBLOCKS) IN THE NAME
      vs.                              )  OF JUDGMENT CREDITOR
17                                     )
   STEPHEN MICHAEL COHEN, et al.,      )  Date: September 17, 2001
18                                     )
          Defendants.                  )  Time: 3:00 p.m.
19                                     )
                                       )  Place: Courtroom 8
20                                     )         Honorable Judge James Ware
                                       )
21

22

23
        Pursuant to the Application of Plaintiff, Gary Kremen, and as
24
   based on the record before this Court, and good cause shown,
25

ORDER RE: REGISTRATION OF IP NUMBERS (NETBLOCKS) IN THE NAME OF JUDGMENT CREDITOR -
                                    1



12/05/2003 03:54   4153920895   IDELL BERMAN SEIT   PAGE 07/14

1. IT IS HEREBY ORDERED that the IP Numbers identified as Exhibit "A" to the Declaration of Gary Kremen on file herein be registered in the name of Plaintiff Gary Kremen. In furtherance of this Order, AMERICAN REGISTRY OF INTERNET NUMBERS ("ARIN") is ORDERED to register IP Numbers on the list to Gary Kremen forthwith. Specifically ARIN is ordered to change the registration record of each of these IP Numbers (netblocks) as follows: all fields (registrant, administration contact, etc.) shall be in the name of Gary Kremen, listing his address as 2542 Third Street, San Francisco, CA 94107, telephone number as (415) 217-5121; facsimile number as (415) 285-7111; and E-mail as Gary@sex.com.

Dated: September 17, 2001

_____
Honorable Judge James Ware

ORDER RE: REGISTRATION OF IP NUMBERS (NETBLOCKS) IN THE NAME OF JUDGMENT CREDITOR - 2

12/05/2003 FRI 15:53  [TX/RX NO 7423]  @007