**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KREMEN,

        Plaintiff(s),

  v.

AMERICAN REGISTRY FOR INTERNET NUMBERS LTD.,

        Defendant(s).

_____/

No. C 06-2554  JW

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT a Case Management Conference before Honorable James Ware has been set for **September 25, 2006 at 10:00 a.m.,** Courtroom # 8, 4th Floor, 280 S. 1st Street, San Jose, California. Parties are to submit a Joint Case Management Conference Statement on or before September 18, 2006.

Dated: 7/25/06

                FOR THE COURT,
                Richard W. Wieking, Clerk

                    Corinne Lew
           by: _____
                    Corinne Lew
                    Courtroom Deputy