**KRONENBERGER HANLEY, LLP**
Karl S. Kronenberger (Bar No. 226112)
Terri R. Hanley (Bar No. 199811)
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff GARY KREMEN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY KREMEN,** an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD.,** a Virginia corporation,<br><br>Defendant. | Case No. C 06-2554 JW<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(6), MOTION TO STAY**<br><br>**Date: September 11, 2006**<br>**Time: 9:00 a.m.**<br>**Judge: Hon. James Ware**<br><br>**TRIAL DATE: NONE SET** |

After consideration upon motion brought by Defendant American Registry of Internet Numbers, Ltd. ("ARIN") in the above-captioned case, and no good cause having been found therefore, IT IS HEREBY ORDERED:

Defendant ARIN's Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) is hereby DENIED.

Defendant ARIN's alternative Motion to Stay is hereby DENIED.

**IT IS SO ORDERED.**

DATED: _____

_____
Hon. Judge James Ware