1  MANATT, PHELPS & PHILLIPS, LLP
   STEPHEN M. RYAN (DC Bar No. 359099) (sryan@manatt.com)
2  700 12th Street, N.W., Suite 1100
   Washington, DC  20005-4075
3  Telephone:   (202) 585-6500
   Facsimile:    (202) 585-6600
4
   MANATT, PHELPS & PHILLIPS, LLP
5  CHAD S. HUMMEL (CA Bar No. 139055) (chummel@manatt.com)
   JACK S. YEH (CA Bar No. 174286) (jyeh@manatt.com)
6  11355 W. Olympic Boulevard
   Los Angeles, CA  90064
7  Telephone:   (310) 312-4000
   Facsimile:    (310) 312-4224
8
   MANATT, PHELPS & PHILLIPS, LLP
9  CHRISTOPHER L. WANGER (CA Bar No. 164751) (cwanger@manatt.com)
   JOHN P. KERN (CA Bar No. 206001) (jkern@manatt.com)
10 1001 Page Mill Road, Building 2
   Palo Alto, CA  94304-1006
11 Telephone:   (650) 812-1300
   Facsimile:    (650) 213-0260
12
   *Attorneys for Defendant*
13 AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD.

14
                     UNITED STATES DISTRICT COURT
15
                         NORTHERN DISTRICT
16
                          SAN JOSE DIVISION
17

| GARY KREMEN, | Case No.  C 06-2554 JW |
|---|---|
| Plaintiff, | [Related to Case No C98-20718 JW] |
| vs. | **STIPULATED REQUEST AND [PROPOSED] ORDER ADVANCING INITIAL CASE MANAGEMENT CONFERENCE TWO WEEKS TO SEPTEMBER 11, 2006** |
| AMERICAN REGISTRY FOR INTERNET NUMBERS LTD., | |
| Defendant. | |

WHEREAS, pursuant to a Clerk's Notice dated July 26, 2006 an Initial Case Management Conference has been set in this matter for September 25, 2006 at 10:00 am;

WHEREAS, there is a hearing in this matter on the Motion of Defendant American Registry for Internet Numbers Ltd. ("ARIN") to Dismiss Plaintiff's complaint set for September

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

ORDER ADVANCING INITIAL CMC
Case No.  C 06-2554 JW

Dockets.Justia.com

1  11, 2006 at 9:00 am;

2  WHEREAS, there also is a hearing in the Related Case of *Kremen v. Cohen, et al.* (Case No. C98 20718 JW) on ARIN's Motion for Clarification or Modification of Order set for September 11, 2006 at 9:00 am;

WHEREAS, the parties believe that judicial economy and convenience will be served by conducting the Initial Case Management Conference on the same date as the hearing, if any, on ARIN's Motion to Dismiss and Motion for Clarification or Modification of Order.

WHEREFORE, it is hereby stipulated by the parties through their respective counsel that the Initial Case Management Conference in this matter should be advanced to September 11, 2006 at 9:00 am or as soon thereafter as the matter may be heard.

Dated:  August 15, 2006

MANATT, PHELPS & PHILLIPS, LLP

By: /s/Christopher L. Wanger
    Christopher L. Wanger

*Counsel for Defendant*
AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD.

Dated:  August 15, 2006

KRONENBERGER HANLEY, LLP

By: /s/Terri R. Hanley
    Terri R. Hanley

*Counsel for Plaintiff*
GARY KREMEN

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Christopher L. Wanger hereby attests that concurrence in the filing of this document has been obtained.*

## ORDER

Pursuant to the foregoing stipulation and good cause appearing, it is hereby ordered that the Initial Case Management Conference in this matter shall be advanced to **September 11, 2006 at 9:00 am** or as soon thereafter as the matter may be heard.  Parties are to submit a Joint Case Management Conference Statement on or before September 4, 2006.

Dated August 22, 2006

_____
The Honorable James Ware
United States District Court Judge