MANATT, PHELPS & PHILLIPS, LLP
STEPHEN M. RYAN (DC Bar No. 359099) (sryan@manatt.com)
700 12th Street, N.W., Suite 1100
Washington, DC  20005-4075
Telephone:   (202) 585-6500
Facsimile:   (202) 585-6600

MANATT, PHELPS & PHILLIPS, LLP
CHAD S. HUMMEL (CA Bar No. 139055) (chummel@manatt.com)
JACK S. YEH (CA Bar No. 174286) (jyeh@manatt.com)
11355 W. Olympic Boulevard
Los Angeles, CA  90064
Telephone:   (310) 312-4000
Facsimile:   (310) 312-4224

MANATT, PHELPS & PHILLIPS, LLP
CHRISTOPHER L. WANGER (CA Bar No. 164751) (cwanger@manatt.com)
JOHN P. KERN (CA Bar No. 206001) (jkern@manatt.com)
1001 Page Mill Road, Building 2
Palo Alto, CA  94304-1006
Telephone:   (650) 812-1300
Facsimile:   (650) 213-0260

*Attorneys for Defendant*
AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | |
|---|---|
| GARY KREMEN, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN REGISTRY FOR INTERNET NUMBERS LTD., <br><br> Defendant. | Case No. C 06-2554 JW <br> [Related to Case No. C 98-20718 JW] <br><br> **STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING THE HEARING ON (1) DEFENDANT AMERICAN REGISTRY OF INTERNET NUMBERS, LTD.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO 12(B)(6), OR, ALTERNATIVELY, FOR A STAY; AND (2) CASE MANAGEMENT CONFERENCE** |

WHEREAS, Defendant American Registry of Internet Numbers, LTD's ("ARIN") Motion To Dismiss Plaintiff's Complaint Pursuant to 12(b)(6), Or, Alternatively, For A Stay ("Motion to Dismiss\Stay") is currently set for hearing in this Court on September 11, 2006;

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATED ORDER CONTINUING MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE
Case No.  C 06-02554 JW

41033752.1

Dockets.Justia.com

1    WHEREAS, Plaintiff Gary Kremen ("Plaintiff") filed his Opposition to the Motion to
2    Dismiss\Stay on August 21, 2006;

3    WHEREAS, the Initial Case Management Conference is set in this matter for September
4    11, 2006 at 10:00 am, and the Joint Case Management Statement filing deadline is September 4,
5    2006.

6    WHEREAS, in the related case *Kremen v. Cohen*, Case No. C 98-20718 JW (the "*Kremen*
7    *v. Cohen Action*"),  also before the Honorable James Ware, ARIN's Motion For Clarification, Or,
8    In The Alternative, For Modification Of The Order Dated September 17, 2001, Entitled "Order
9    Re: Registration Of IP Numbers (NETBLOCKS) In The Name Of Judgment Creditor ("Motion to
10   Clarify\Modify") is also currently scheduled for September 11, 2006;

11   WHEREAS, in connection with the related case *Kremen v. Cohen Action,* the parties have
12   come to an agreement regarding the production and review of information in ARIN's possession,
13   continuation of the current September 11, 2006, hearing and August 28, 2006, Reply deadline on
14   the Motion to Clarify\Modify in that action, a schedule for the filing of (and page limitations for)
15   a supplemental brief from Plaintiff and a singular Reply brief from ARIN on Plaintiff's
16   Opposition and the to-be-filed supplemental brief, and a continued hearing date regarding same in
17   the *Kremen v. Cohen Actioni* and are concurrently seeking a stipulated continuance re same in
18   that matter;

19   WHEREAS, to the extent ARIN's production of information in the related *Kremen v.*
20   *Cohen Action* may affect any of the issues on ARIN's Motion to Dismiss\Stay in this action, the
21   parties have come to an agreement regarding the Plaintiff's filing (if any) of a supplemental brief
22   and page limitations regarding the production of such information;  and

23   WHEREAS, in the interests of judicial economy, the parties have come to an agreement
24   regarding the continuation of the current September 11 hearing and August 28 Reply deadline on
25   ARIN's Motion to Dismiss\Stay, a schedule for the filing of (and page limitations for) a
26   supplemental brief from Plaintiff and a singular Reply brief from ARIN on Plaintiff's Opposition
27   and the to-be-filed supplemental brief, a continued hearing date regarding same in this action, and
28   a continued date for the Case Management Conference and filing of the Case Management

1  Statement.

2        WHEREFORE, it is hereby stipulated by the parties through their respective counsel that:

3        (1)  the current September 11, 2006, hearing and the August 28, 2006, Reply deadline on

4  ARIN's Motion to Dismiss\Stay shall be continued;

5        (2)  Plaintiff will be allowed to file and personally or electronically serve a supplemental

6  brief on the Motion to Dismiss\Stay (not to exceed 15 pages) relating solely and exclusively to

7  the information produced by ARIN pursuant to the Stipulation (and no other issues) in the related

8  *Kremen v. Cohen Action* by September 18, 2006;

9        (3)  ARIN's Reply brief (not to exceed 25 pages) responding to Plaintiff's August 21,

10  2006, Opposition and Plaintiff's to-be-filed supplemental brief must be filed and personally or

11  electronically served no later than October 2, 2006;

12        (4)  the hearing date on ARIN's Motion to Dismiss\Stay and the Case Management

13  Conference shall be continued to October 23, 2006, at 9:00 a.m., or as soon thereafter as may be

14  heard, as determined by the Court's availability.  (The parties are also available on October 24,

15  25, and 26, 2006.)  The Case Management Conference shall be due seven calendar days before

16  the new hearing date.

17
   Dated:  August 25, 2006             MANATT, PHELPS & PHILLIPS, LLP
18
19                            By: /s/    Jack S. Yeh
                                 Jack S. Yeh

20                           *Counsel for Defendant*
                            AMERICAN REGISTRY FOR INTERNET NUMBERS,
21                           LTD.

22
23  Dated:  August 25, 2006             KRONENBERGER HANLEY, LLP

24                            By: /s/    Terri R. Hanley
                                 Terri R. Hanley

25                           *Counsel for Plaintiff*
                            GARY KREMEN
26

27  *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Jack S. Yeh hereby attests that concurrence in the filing of this document has been obtained.*

28                                3

1

## <u>ORDER</u>

2       Pursuant to the foregoing stipulation and good cause appearing therefor, it is hereby

3   ordered as follows:

4       (1)  the current September 11, 2006, hearing and the August 28, 2006, Reply deadline on

5   ARIN's Motion to Dismiss\Stay shall be continued;

6       (2)  Plaintiff will be allowed to file and personally or electronically serve a supplemental

7   brief on the Motion to Dismiss\Stay (not to exceed 15 pages) relating solely and exclusively to

8   the information produced by ARIN pursuant to the Stipulation (and no other issues) in the related

9   *Kremen v. Cohen Action* by September 18, 2006;

10      (3)  ARIN's Reply brief (not to exceed 25 pages) on ARIN's Motion to Dismiss\Stay

11  responding to Plaintiff's August 21, 2006, Opposition and Plaintiff's to-be-filed supplemental

12  brief must be filed and personally or electronically served no later than October 2, 2006;

13      (4)  the hearing date on ARIN's Motion to Dismiss\Stay and the Case Management

14  Conference shall be continued to October 23, 2006, at 9:00 a.m., or as soon thereafter as may be

15  heard, as determined by the Court's availability.  The Case Management Conference shall be due

16  seven calendar days before the new hearing date.

17

18      **IT IS SO ORDERED.**

19

20  Dated _____, 2006            _____
                                           The Honorable James Ware
21                                         United States District Court Judge

22

23

24

25

26

27

28

STIPULATED ORDER CONTINUING HEARING ON MOTION TO DISMISS AND CASE MANAGEMENT CONFERENCE
Case No.  C 06-02554 JW

41033752.1