**KRONENBERGER HANLEY, LLP**
Karl S. Kronenberger (Bar No. 226112)
Terri R. Hanley (Bar No. 199811)
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff GARY KREMEN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY KREMEN,** an individual,<br><br>Plaintiff,<br><br>vs.<br><br>**AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD.,** a Virginia corporation,<br><br>Defendant. | Case No. C 06-2554 JW<br><br>**DECLARATION OF KARL KRONENBERGER IN SUPPORT OF PLAINTIFF'S CONSOLIDATED SUPPLEMENTAL OPPOSITION TO ARIN'S MOTION FOR CLARIFICATION OR TO MODIFY, AND MOTION TO DISMISS UNDER RULE 12(b)(6) OR, ALTERNATIVELY, TO STAY**<br><br>**Date:** October 23, 2006<br>**Time:** 9:00 a.m.<br>**Judge:** Hon. James Ware<br><br>**TRIAL DATE: NONE SET** |

1

**DECLARATION OF KARL S. KRONENBERGER**

# DECLARATION OF KARL S. KRONENBERGER

I, Karl S. Kronenberger, declare the following:

1. My firm is counsel to Plaintiff Gary Kremen in the above-captioned matter.

2. Pursuant to the stipulated request and order that was filed on August 28, 2006, Defendant ARIN provided our office with a set of documents, and true and accurate portions of such documents, as detailed below, are attached to this declaration and referenced by Defendant's bates numbers. Also attached is the verification of Nate Davis, Director of Operations for ARIN, regarding the documents ARIN produced.

3. Exhibit 1 is the verification by Nate Davis, Director of Operations for ARIN.

4. Exhibit 2 contains the RSA contracts with bates numbers K5614-K5618, K5621-K5622, K5624-K5625, K5646-K5647, and K5654-K5657.

5. Exhibit 3 is a check to ARIN with a post-it note referencing Network Solutions, bates number K5685.

6. Exhibit 4 is an email thread dated January 8, 2004, with bates number K5766-5797.

7. Exhibit 5 is a database printout reflecting a transfer of the NETBLOCK PROPERTY, bates number K5798.

8. Exhibit 6 contains two letters from ARIN to Steve Cohen, bates numbers K19409 and K19413.

9. Exhibit 7 is a spreadsheet reflecting Internet Protocol address usage dated August 25, 1997, bates number K19481.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

1  DATED: September 18, 2006.

2

3                                              s/ Karl S. Kronenberger
4                                              Karl S. Kronenberger