| | |
|---|---|
| 1 | MANATT, PHELPS & PHILLIPS, LLP |
| | STEPHEN M. RYAN (DC Bar No. 359099) (sryan@manatt.com) |
| 2 | 700 12th Street, N.W., Suite 1100 |
| | Washington, DC 20005-4075 |
| 3 | Telephone: (202) 585-6500 |
| | Facsimile: (202) 585-6600 |
| 4 | |
| | MANATT, PHELPS & PHILLIPS, LLP |
| 5 | CHAD S. HUMMEL (CA Bar No. 139055) (chummel@manatt.com) |
| | JACK S. YEH (CA Bar No. 174286) (jyeh@manatt.com) |
| 6 | 11355 W. Olympic Boulevard |
| | Los Angeles, CA 90064 |
| 7 | Telephone: (310) 312-4000 |
| | Facsimile: (310) 312-4224 |
| 8 | |
| | MANATT, PHELPS & PHILLIPS, LLP |
| 9 | CHRISTOPHER L. WANGER (CA Bar No. 164751) (cwanger@manatt.com) |
| | JOHN P. KERN (CA Bar No. 206001) (jkern@manatt.com) |
| 10 | 1001 Page Mill Road, Building 2 |
| | Palo Alto, CA 94304-1006 |
| 11 | Telephone: (650) 812-1300 |
| | Facsimile: (650) 213-0260 |
| 12 | |
| | *Attorneys for Moving Non-Party* |
| 13 | AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

SAN JOSE DIVISION

| | | |
|---|---|---|
| GRAY KREMEN, | | Case No C98-20718 JW |
| | | [Related to Case No. C 06-2554 JW] |
| Plaintiff, | | |
| | | **VERIFICATION** |
| vs. | | |
| STEPHEN MICHAEL COHEN, et. al, | | |
| Defendant. | | |

I, Nate Davis, am the Director of Operations for the American Registry for Internet Numbers ("ARIN"). I was the lead manager responsible for ARIN's production to meet the terms of the Stipulated Order entered by the Court on or about August 28, 2006. I have read the Stipulated Order, including Exhibits A and B attached thereto, and I hereby verify that, to the best

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

30190877.2

VERIFICATION
Case No. C 98-20718 JW

Dockets.Justia.com

1  of my information, knowledge and belief, ARIN conducted a reasonable and thorough search for
2  materials and information responsive to each request in the Stipulated Order and that the
3  materials and information produced in connection herewith are those we found that respond to the
4  requests of the Stipulated Order.

6  Dated: September 6, 2006

   _____
   Nate Davis

28                                  2