**ATTORNEY SERVICE OF SAN LUIS OBISPO**
FEES ACCOUNT
P.O. BOX 1233
SAN LUIS OBISPO, CA 93406

103749
90-2168-1222

DATE 1/22/01

PAY TO THE ORDER OF  American Registry for Internet Numbers   $ 50.00

fifty dollars — DOLLARS

MID-STATE BANK
SAN LUIS OBISPO, CA 93405

Michael ⌀ Schulz

⑈103749⑈ ⑆122221686⑆ 072

Bob —
This came on 1/24 —
Stev signed for it.
Looks like maybe it
belongs to NSI?
The websites look like
all porn!   MK

K5685