Leslie Nobile

| | |
|---|---|
| From: | Cathy Clements [cathyc@arin.net] |
| Sent: | Wednesday, January 28, 2004 11:24 AM |
| To: | Leslie Nobile |
| Subject: | RE: Look for my name |

Leslie,

I have added the following comments to the SAND sum file.

01-28-04   cpc   Do not do anything on this account till you speak with
                 Leslie  - part of legal battle

Do you want the OrgID suspended?

Cathy

-----Original Message-----
From: Leslie Nobile [mailto:leslien@arin.net]
Sent: Monday, January 26, 2004 5:54 AM
To: ipgroup@arin.net
Subject: FW: Look for my name

Just as a follow up on this, I wanted to alert you all to the fact that this is related to
the old sex.com case. Please ensure that you make no changes to the anything related to
these folks as there is still an on-going legal battle. I will list the IP addresses in
questions below, as well as some of the names to look out for. Please let me know if you
have any questions.
Thanks.

Leslie

64.19.192.0 - 64.19.239.255 -(directly allocated to Sand Man Int. by ARIN on Dec 29, 1999)

```
whois> 64.19.224.0
OrgName:    Sand Man International Limited S.A. de C.V.
OrgID:      SAND
Address:    Sand Man International
City:       San Diego
StateProv:  CA
PostalCode: 92101
Country:    US
 NetRange:   64.19.192.0 - 64.19.239.255
CIDR:       64.19.192.0/19, 64.19.224.0/20
NetName:    SAND-MAN-1
NetHandle:  NET-64-19-192-0-1
Parent:     NET-64-0-0-0-0
NetType:    Direct Allocation
NameServer: NS.OMNITEC.COM
NameServer: NS2.OMNITEC.COM
Comment:
RegDate:
Updated:    2002-08-08
TechHandle: MM1338-ARIN
TechName:   de C.V., PACNET S.A.
TechPhone:  52 66 34 34 80
TechEmail:  ip@pacnet.com.mx
# ARIN WHOIS database, last updated 2004-01-14 19:15
```

208.214.46.0 - 208.214.47.255 (downstream reassignment to Sand Man from UUNET in 1997)
whois> 208.214.46.0

1

K5766

```
UUNET Technologies, Inc. UUNET1996B (NET-208-192-0-0-1)
                               208.192.0.0 -
208.255.255.255
Sand Man International Limited S.A. de C.V. UU-208-214-46
(NET-208-214-46-0-
                               208.214.46.0 -
208.214.47.255

whois> NET-208-214-46-0-1
OrgName:    Sand Man International Limited S.A. de C.V.
OrgID:      SAND
Address:    Sand Man International
City:       San Diego
StateProv:  CA
PostalCode: 92101
Country:    US
NetRange:   208.214.46.0 - 208.214.47.255
CIDR:       208.214.46.0/23
NetName:    UU-208-214-46
NetHandle:  NET-208-214-46-0-1
Parent:     NET-208-192-0-0-1
NetType:    Reallocated
Comment:
RegDate:    1997-03-27
Updated:    2001-06-22
 TechHandle: SMC43-ARIN
TechName:   Cohen, Stephen Michael
TechPhone:  0115266 343480
TechEmail:  steve@sex.com

# ARIN WHOIS database, last updated 2004-01-14 19:15
```

-----Original Message-----
From: Richard Jimmerson [mailto:richardj@arin.net]
Sent: Sunday, January 25, 2004 11:38 PM
To: ipgroup@arin.net
Subject: Look for my name

There may be org and ISP network request templates submitted to hostmaster this week that include me as a carbon copy addressee. If you see one of these messages please do not respond to it without first speaking to me.

Thanks :)

-Richard

```
MX

Netname: SAND-MAN-1
Netblock: 64.19.192.0 - 64.19.239.255
Maintainer: SAND

Coordinator:
    de C.V., PACNET S.A.   (MM1338-ARIN)   ip@pacnet.com.mx
    52 66 34 34 80  (FAX) 52 66 34 64 86

Domain System inverse mapping provided by:

NS.OMNITEC.COM              64.19.195.41
NS2.OMNITEC.COM             64.19.195.61

Record last updated on 08-Aug-2002.
Database last updated on 23-Aug-2002 16:56:03 EDT.

The ARIN Registration Services Host contains ONLY Internet
Network Information: Networks, ASN's, and related POC's.
Please use the whois server at rs.internic.net for DOMAIN related
Information and whois.nic.mil for NIPRNET Information.
whois> as 11083
Latin American and Caribbean IP address Regional Registry (ASN-LACNIC-11083)
    Chucarro 1110 ap. 5
    Montevideo, 11300
    UY

    Autonomous System Name: LACNIC-11083
    Autonomous System Number: 11083

    Coordinator:
        Latin American and Caribbean IP address Regional Registry  (LACNIC-ARIN)  hostmaster@lacnic.net
            (+55) 11 5509-3525

    Record last updated on 27-Jul-2002.
    Database last updated on 23-Aug-2002 16:56:03 EDT.

The ARIN Registration Services Host contains ONLY Internet
Network Information: Networks, ASN's, and related POC's.
Please use the whois server at rs.internic.net for DOMAIN related
Information and whois.nic.mil for NIPRNET Information.
whois>
```

*[Handwritten annotations:]* Whowas

Transferred to Lacnic
Was registered to
Ocean Fund International

K5797