```
   Record last updated on 08-Aug-2002.
   Database last updated on 23-Aug-2002 16:56:03 EDT.

The ARIN Registration Services Host contains ONLY Internet
Network Information: Networks, ASN's, and related POC's.
Please use the whois server at rs.internic.net for DOMAIN related
Information and whois.nic.mil for NIPRNET Information.
whois> as 11083
Latin American and Caribbean IP address Regional Registry (ASN-LACNIC-11083)
    Chucarro 1110 ap. 5
    Montevideo, 11300
    UY

    Autonomous System Name: LACNIC-11083
    Autonomous System Number: 11083

    Coordinator:
       Latin American and Caribbean IP address Regional Registry   (LACNIC-ARIN)  hostmaster@lacnic.net
       (+55) 11 5509-3525

    Record last updated on 27-Jul-2002.
    Database last updated on 23-Aug-2002 16:56:03 EDT.

The ARIN Registration Services Host contains ONLY Internet
Network Information: Networks, ASN's, and related POC's.
Please use the whois server at rs.internic.net for DOMAIN related
Information and whois.nic.mil for NIPRNET Information.
whois> smc4-arin
Cohen, Stephen Michael (SMC4-ARIN)           steve@omnitec.com
    Paseo De Los Heroes, #10105,
    Piso7th, Del Rio Tijuana, Tijuana
    Baja California, 22320
    MX
    0115266343480 (FAX) 0115266 346486

    Record last updated on 08-Jan-2001.
    Database last updated on 23-Aug-2002 16:56:03 EDT.

The ARIN Registration Services Host contains ONLY Internet
Network Information: Networks, ASN's, and related POC's.
Please use the whois server at rs.internic.net for DOMAIN related
Information and whois.nic.mil for NIPRNET Information.
whois>
```

*Whowas* [handwritten annotation]

K5798

Dockets.Justia.com