

www.arin.net

August 4, 2005

Mr. Steven Cohen
Ocean Fund International, Ltd.
P.O. Box 530069
San Diego, CA 92153-0069

RE: Autonomous System Number 11083

Dear Mr. Cohen:

This letter represents a request for the outstanding payment on the number resources from ARIN listed below:

  Autonomous System Number 11083        $200

If full and complete payment is not received within 30 days of this letter, ARIN will revoke the number resources. This is the only notice that will be sent to you before revocation. ARIN staff has been directed to avoid telephone contact on this matter. You are requested and required to correspond with ARIN via email or facsimile regarding this matter.

Even if payment is received within 30 days, you will continue to run the risk that a determination adverse to your ability to obtain services in the future regarding the above number resources in Kremen v. Cohen, Case Number: C. 98 20718 JW PVT United States District Court, Northern District of California, San Jose Division. Unless directed to do so, ARIN will not refund any payment made prospectively for service regarding these resources if the Court rules adversely to you regarding these issues.

3635 Concorde Parkway
Suite 200
Chantilly, VA 20151
Tel: +1.703.227.9840
Fax: +1.703.227.0671

K 19409



www.arin.net

September 8, 2005

Mr. Steven Cohen
Sand Man International Limited, S.A. de C.V.
Paseo de los Heros, #10105 Piso 7th
Tijuana Zona Rio, Baja California 22320
MEXICO

RE: IP Addresses 64.19.205.0 – 64.19.239.255

Dear Mr. Cohen:

This letter represents a request for the outstanding payment on the number resources from ARIN listed below:

    IP Addresses 64.19.205.0 – 64.19.239.255        $18,500

If full and complete payment is not received within 30 days of this letter, ARIN will revoke the number resources. This is the only notice that will be sent to you before revocation. ARIN staff has been directed to avoid telephone contact on this matter. You are requested and required to correspond with ARIN via email or facsimile regarding this matter.

Even if payment is received within 30 days, you will continue to run the risk that a determination adverse to your ability to obtain services in the future regarding the above number resources in Kremen v. Cohen, Case Number: C. 98 20718 JW PVT United States District Court, Northern District of California, San Jose Division. Unless directed to do so, ARIN will not refund any payment made prospectively for service regarding these resources if the Court rules adversely to you regarding these issues.

3635 Concorde Parkway
Suite 200
Chantilly, VA 20151
Tel: +1.703.227.9840
Fax: +1.703.227.0671

K 19413