| Subnet # | IP Allocation | Mask | | Max | Now | 1 Year | Description | 8/25/1997 |
|---|---|---|---|---|---|---|---|---|
| 1.0 | 207.67.128 | 255.255.255.0 | /24 | 256 | 102 | 250 | Internal Net | 102 |
| 2.0 | 207.137.72 | 255.255.252.0 | /22 | 256 | 247 | 256 | Web Hosting | |
| 3.0 | 207.137.73 | 255.255.252.0 | | 256 | 244 | 256 | Web Hosting | |
| 4.0 | 207.137.74 | 255.255.252.0 | | 256 | 248 | 256 | Web Hosting | |
| 5.0 | 207.137.75 | 255.255.252.0 | | 256 | 248 | 256 | Web Hosting | |
| 6.0 | 207.137.112 | 255.255.248.0 | /21 | 256 | 250 | 256 | Web Hosting | 987 |
| 7.0 | 207.137.113 | 255.255.248.0 | | 256 | 237 | 256 | Web Hosting | |
| 8.0 | 207.137.114 | 255.255.248.0 | | 256 | 242 | 256 | Web Hosting | |
| 9.0 | 207.137.115 | 255.255.248.0 | | 256 | 241 | 256 | Web Hosting | |
| 10.0 | 207.137.116 | 255.255.248.0 | | 256 | 245 | 256 | Web Hosting | |
| 11.0 | 207.137.117 | 255.255.248.0 | | 256 | 247 | 256 | Web Hosting | |
| 12.0 | 207.137.118 | 255.255.248.0 | | 256 | 251 | 256 | Web Hosting | |
| 13.0 | 207.137.119 | 255.255.248.0 | | 256 | 250 | 256 | Web Hosting | |
| 14.0 | 207.137.168 | 255.255.252.0 | /22 | 256 | 251 | 256 | Web Hosting | 1963 |
| 15.0 | 207.137.169 | 255.255.252.0 | | 256 | 248 | 256 | Web Hosting | |
| 16.0 | 207.137.170 | 255.255.252.0 | | 256 | 253 | 256 | Web Hosting | |
| 17.0 | 207.137.171 | 255.255.252.0 | | 256 | 242 | 256 | Web Hosting | |
| 18.0 | 209.75.0 | 255.255.252.0 | /22 | 256 | 251 | 256 | Web Hosting | 994 |
| 19.0 | 209.75.1 | 255.255.252.0 | | 256 | 246 | 256 | Web Hosting | |
| 20.0 | 209.75.2 | 255.255.252.0 | | 256 | 254 | 256 | Web Hosting | |
| 21.0 | 209.75.3 | 255.255.252.0 | | 256 | 248 | 256 | Web Hosting | |
| 22.0 | 209.75.12 | 255.255.252.0 | /22 | 256 | 249 | 256 | Web Hosting | 999 |
| 23.0 | 209.75.13 | 255.255.252.0 | | 256 | 247 | 256 | Web Hosting | |
| 24.0 | 209.75.14 | 255.255.252.0 | | 256 | 254 | 256 | Web Hosting | |
| 25.0 | 209.75.15 | 255.255.252.0 | | 256 | 251 | 256 | Web Hosting | |
| 26.0 | 209.75.32 | 255.255.240.0 | /20 | 256 | 255 | 256 | Web Hosting | 996 |
| 27.0 | 209.75.33 | 255.255.240.0 | | 256 | 254 | 256 | Web Hosting | |
| 28.0 | 209.75.34 | 255.255.240.0 | | 256 | 175 | 256 | Web Hosting | |
| 29.0 | 209.75.35 | 255.255.240.0 | | 256 | 26 | 256 | Web Hosting | |
| 30.0 | 209.75.36 | 255.255.240.0 | | 256 | 0 | 256 | Web Hosting | |
| 31.0 | 209.75.37 | 255.255.240.0 | | 256 | 0 | 256 | Web Hosting | |
| 32.0 | 209.75.38 | 255.255.240.0 | | 256 | 0 | 256 | Web Hosting | |
| 33.0 | 209.75.39 | 255.255.240.0 | | 256 | 0 | 256 | Web Hosting | |
| 34.0 | 209.75.40 | 255.255.240.0 | | 256 | 0 | 256 | Web Hosting | |
| 35.0 | 209.75.41 | 255.255.240.0 | | 256 | 0 | 256 | Web Hosting | |

K 19481
Dockets.Justia.com

| | | | | | |
|---|---|---|---|---|---|
| 36.0 | 209.75.42 | 255.255.240.0 | 256 | 0 | 256 | Web Hosting |
| 37.0 | 209.75.43 | 255.255.240.0 | 256 | 0 | 256 | Web Hosting |
| 38.0 | 209.75.44 | 255.255.240.0 | 256 | 0 | 256 | Web Hosting |
| 39.0 | 209.75.45 | 255.255.240.0 | 256 | 0 | 256 | Web Hosting |
| 40.0 | 209.75.46 | 255.255.240.0 | 256 | 0 | 256 | Web Hosting |
| 41.0 | 209.75.47 | 255.255.240.0 | 256 | 0 | 256 | Web Hosting |
| | | | 10496 | 7006 | 10490 | | 965 | 7006 |

K 19482