KRONENBERGER HANLEY, LLP
Karl S. Kronenberger (Bar No. 226112)
Terri R. Hanley (Bar No. 199811)
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff GARY KREMEN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GARY KREMEN, an individual,

   Plaintiff,

vs.

A STEPHEN MICHAEL COHEN, et. al,

   Defendant.

Case No. C 06-2554 JW

**PROOF OF SERVICE**

1

PROOF OF SERVICE

Dockets.Justia.com

# PROOF OF SERVICE

I am a resident of the state of California, over the age of eighteen years and not a party to this action. My business address is 220 Montgomery Street, Suite 1920, San Francisco, California, 94104.

On September 26, 2006, I served the following document(s):

**1. NOTICE OF FILING CONSOLIDATED SUPPLEMENTAL OPPOSITION IN RELATED CASE.**

**2. PLAINTIFF'S CONSOLIDATED SUPPLEMENTAL OPPOSITION TO ARIN'S MOTION FOR CLARIFICATION OR TO MODIFY, AND MOTION TO DISMISS UNDER RULE 12(b)(6) OR, ALTERNATIVELY, TO STAY;**

**3. DECLARATION OF KARL KRONENBERGER IN SUPPORT OF PLAINTIFF'S CONSOLIDATED SUPPLEMENTAL OPPOSITION TO ARIN'S MOTION FOR CLARIFICATION OR TO MODIFY, AND MOTION TO DISMISS UNDER RULE 12(b)(6) OR, ALTERNATIVELY, TO STAY;** and

on the parties listed below as follows:

**Counsel for Cohen**
Christopher L. Wanger
MANATT, PHELPS & PHILLIPS, LLP
1001 Page Mill Road, Bldg. 2
Palo Alto, CA 94304-1006

☐ BY FACSIMILE MACHINE (FAX), by personally transmitting a true copy thereof via an electronic facsimile machine to the fax number listed herein.

☒ BY FIRST CLASS MAIL, by placing a true copy thereof in a sealed envelope, with postage thereon fully prepaid, for collection and mailing, in San Francisco, California, following ordinary business practices, which is deposited with the US Postal Service the same day as it is placed for processing.

☐ BY PERSONAL SERVICE, by personally delivering a true copy thereof to the addresse(s) listed herein at the location listed herein.

☐ BY OVERNIGHT DELIVERY containing a true copy thereof to the addresse(s) listed herein at the location listed herein.

☐ BY EMAIL to the addresses listed above.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

KRONENBERGER HANLEY, LLP
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
www.KronenbergerLaw.com

1  [X]  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____
Margarita Calpotura