MANATT, PHELPS & PHILLIPS, LLP
STEPHEN M. RYAN (DC Bar No. 359099) (sryan@manatt.com)
700 12th Street, N.W., Suite 1100
Washington, DC 20005-4075
Telephone: (202) 585-6500
Facsimile: (202) 585-6600

MANATT, PHELPS & PHILLIPS, LLP
CHAD S. HUMMEL (CA Bar No. 139055) (chummel@manatt.com)
JACK S. YEH (CA Bar No. 174286) (jyeh@manatt.com)
11355 W. Olympic Boulevard
Los Angeles, CA 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

MANATT, PHELPS & PHILLIPS, LLP
CHRISTOPHER L. WANGER (CA Bar No. 164751) (cwanger@manatt.com)
JOHN P. KERN (CA Bar No. 206001) (jkern@manatt.com)
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: (650) 812-1300
Facsimile: (650) 213-0260

Attorneys for *Defendant*
AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY KREMEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD., a Virginia corporation,<br><br>Defendant. | Case No. **C 06 2554 JW**<br>[Related to Case No. C 98-20718 JW]<br><br>**STATEMENT OF RECENT DECISION RELEVANT TO THE REPLY IN SUPPORT OF AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD.'S MOTION TO DISMISS OR, ALTERNATIVELY, FOR STAY**<br><br>Date: October 23, 2006<br>Time: 9:00 a.m.<br>Courtroom: Courtroom 8, 4th Floor<br><br>Action Filed: April 12, 2006<br>TRIAL DATE: NONE SET |

TO THE COURT, THE PARTIES, AND COUNSEL OF RECORD:

Pursuant to Northern District Local Rule 7-3(d), Defendant AMERICAN REGISTRY

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

1

STATEMENT OF RECENT DECISION
CASE NO. C 06-2554 JW

FOR INTERNET NUMBERS, LTD. ("ARIN") hereby provides notice that the California Court of Appeal issued an opinion in *AmerUS Life Ins. Co. v. Bank of America, N.A.*, 2006 WL 2781059 (Cal. App. 2 Dist., 2006) ("*AmerUS Life*"), which was published on October 2, 2006, the same day that ARIN filed its Reply in Support of its Motion to Dismiss Or, Alternatively, For Stay. This decision is relevant to and supports the statute of limitations arguments made by ARIN in Section II(a)(2) of its Reply brief.

A copy of the *AmerUS Life* opinion is attached hereto as <u>Exhibit A</u>.

Dated:   October 3, 2006            MANATT, PHELPS & PHILLIPS, LLP

By:   <u>/s/ Christopher L. Wanger</u>
      Christopher L. Wanger
      Attorneys for *Defendant*
      AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD.

41045742.1