# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Kremen,<br><br>            Plaintiff(s),<br><br>    v.<br><br>American Registry For Internet Numbers Ltd.,<br><br>            Defendant(s). | 06-02554 JW<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax

**Notice Re: Noncompliance With Court Order**
06-02554 JW                         -1-

(415-522-4112), hand delivery (ADR Program, USDC, Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: October 11, 2006

                RICHARD W. WIEKING
                Clerk
                by:     Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
06-02554 JW                                              -2-

**PROOF OF SERVICE**

Case Name:     Kremen v. American Registry For Internet Numbers Ltd.

Case Number:     06-02554 JW

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On October 11, 2006, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Terri R Hanley
> Idell & Seitel, LLP
> 465 California Street
> Suite 300
> San Francisco, CA 94104
> email@terrihanley.com
>
> Karl Stephen Kronenberger
> Kronenberger Hanley, LLP
> 220 Montgomery Street
> Suite 1920
> San Francisco, CA 94104
> karl@kronenbergerlaw.com
>
> Christopher L. Wanger
> Manatt Phelps & Phillips LLP
> 1001 Page Mill Road
> Building 2
> Palo Alto, CA 94304
> cwanger@manatt.com

Stephen M. Ryan
Manatt Phelps & Phillips LLP
One Metro Center
700 12th Street, N.W., Suite 1100
Washington, DC 20005

Jack S. Yeh
Manatt, Phelps & Phillips, LLP
11355 W. Olympic Blvd.
Los Angeles, CA 90064
jyeh@manatt.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on October 11, 2006 in San Francisco, California.

    RICHARD W. WIEKING
    Clerk
    by:   Timothy J. Smagacz

*Timothy Smagacz*
_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov