**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
220 Montgomery Street, Suite 1920
San Francisco, CA 94104
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff GARY KREMEN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY KREMEN,** an individual, <br><br> Plaintiff, <br><br> vs. <br><br> **AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD.,** a Virginia corporation, <br><br> Defendant. | Case No. C 06-2554 JW <br><br> **NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the firm of Kronenberger Hanley, LLP, has changed its name to Kronenberger Burgoyne, LLP. All future reference to the firm in this matter should be to Kronenberger Burgoyne, LLP. The firm's address, phone number, and fax number have not been affected by this change.

DATED: October 16, 2006.      **KRONENBERGER BURGOYNE, LLP**

By:    s/ Karl S. Kronenberger
       Karl S. Kronenberger
       Attorneys for Plaintiff Gary Kremen

1      **NOTICE OF CHANGE OF ATTORNEY INFORMATION**