**IDELL & SEITEL, LLP**
Terri R. Hanley (Bar No. 199811)
465 California Street, Suite 300
San Francisco, California 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

Attorneys for Plaintiff GARY KREMEN

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **GARY KREMEN,** an individual, <br><br> Plaintiff, <br><br> vs. <br><br> **AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD.,** a Virginia corporation, <br><br> Defendant. | Case No. C 06-2554 JW <br><br> **NOTICE OF CHANGE OF ATTORNEY INFORMATION;** <br><br> **NOTICE OF ASSOCIATION OF COUNSEL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Terri R. Hanley, counsel of record for Plaintiff in the above-captioned matter, has associated with the firm of Idell & Seitel, LLP, 465 California Street, Suite 300, San Francisco, California 94104, Telephone: (415) 986-2400, Facsimile: (415) 392-9259, who hereby associates as counsel for and shall appear on behalf Plaintiff Gary Kremen.

DATED: October 16, 2006.   **IDELL & SEITEL, LLP**

By:   /s/ Terri R. Hanley
Terri R. Hanley
Attorneys for Plaintiff Gary Kremen