UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge: James Ware**  **Courtroom Deputy: Elizabeth Garcia**
**Date: 10/23/06**  **Court Reporter: Irene Rodriguez**
**Case No: C-06-2554 JW**  **Interpreter: N/A**
   **Related Case: 98-20718 JW**

## TITLE
Gary Kremen v. American Registry for Internet Numbers, Ltd.

**Attorney(s) for Plaintiff(s): Karl Kronenberg, Terri Hanley, Richard Idell, Timothy Dillon**
**Attorney(s) for Defendant(s): Chad Hummel, Stephen Ryan, Jack Yeh**

## PROCEEDINGS

Defendant's Rule 12(B)(6) Motion to Dismiss, or Alternatively, Motion for Stay

## ORDER AFTER HEARING

Hearing Held.  Counsel for defense and plaintiff present.  Matter taken under submission.  Court will issue any further orders pertaining to matter.  Case Management Conference vacated.