**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Henry M. Burgoyne, III (CA Bar No. 203748)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff GARY KREMEN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY KREMEN,** an individual, | Case No. C 06-2554 JW |
| Plaintiff, | **NOTICE OF CHANGE OF FIRM ADDRESS** |
| vs. | |
| **AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD.,** a Virginia corporation, | |
| Defendant. | |

1

**NOTICE OF CHANGE OF FIRM ADDRESS**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the firm of Kronenberger Burgoyne, LLP has relocated its office to the address shown below:

Kronenberger Burgoyne, LLP
150 Post Street, Suite 520
San Francisco, CA  94108-4707

Please update your records accordingly.  All service regarding this action should be sent to the above address.  The firm's phone number, facsimile number, and electronic mail contact information have not been affected by this change.

DATED: November 17, 2006.

**KRONENBERGER BURGOYNE, LLP**

By:  /s/ Karl S. Kronenberger
Karl S. Kronenberger
Attorneys for Plaintiff
Gary Kremen

**NOTICE OF CHANGE OF FIRM ADDRESS**