United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gary Kremen, | NO. C 06-02554 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| American Registry For Internet Numbers, Ltd., | |
| Defendant. | |

Pursuant to the Court's Order Granting Defendant's Motion to Dismiss With Prejudice, judgment is entered in favor of Defendant American Registry For Internet Numbers Ltd. and against Plaintiff Gary Kremen.

The Clerk shall close this file.

Dated: December 20, 2006

　　　　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Christopher L. Wanger cwanger@manatt.com
Jack S. Yeh jyeh@manatt.com
Karl Stephen Kronenberger karl@kronenbergerlaw.com
Terri R Hanley email@terrihanley.com

**Dated: December 20, 2006**                               **Richard W. Wieking, Clerk**

                                                            **By:   /s/ JW Chambers**
                                                                  **Elizabeth Garcia**
                                                                  **Courtroom Deputy**