McDERMOTT WILL & EMERY LLP
Daniel E. Alberti (SBN 68620)
dalberti@mwe.com
3150 Porter Drive
Palo Alto, CA  94304-1212
Telephone:     650.813.5000
Facsimile:     650.813.5100

McDERMOTT WILL & EMERY LLP
Stephen M. Ryan (DC Bar No. 359099)
sryan@mwe.com
600 13th Street, N.W.
Washington, D.C.  20005-3096
Telephone:  202.756.8333
Facsimile:  202.756-8087

Attorneys for Defendants
AMERICAN REGISTRY FOR INTERNET
NUMBERS, LTD.

<div style="writing-mode: vertical">McDERMOTT WILL & EMERY LLP<br>ATTORNEYS AT LAW<br>PALO ALTO</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY KREMEN, an individual,<br><br>            Plaintiff,<br><br>      v.<br><br>AMERICAN REGISTRY FOR<br>INTERNET NUMBERS, LTD., a Virginia<br>corporation,<br><br>            Defendant. | CASE NO.  C 06 2554 JW<br>[Related to Case No. C 98-20718 JW]<br><br>**NOTICE OF APPEARANCE**<br><br>Action Filed:          APRIL 12, 2006 |

Dockets.Justia.com

1    NOTICE IS HEREBY GIVEN that the undersigned appear as counsel of record for

2    defendant American Registry for Internet Numbers, Ltd.

3    Daniel E. Alberti (SBN 68620)
     McDERMOTT WILL & EMERY LLP
4    3150 Porter Drive
5    Palo Alto, CA   94304-1212
     Telephone:  650.813.5000
6    Facsimile:  650.813.5100
     Email:  dalberti@mwe.com
7

8    Dated: January 23, 2007                    McDERMOTT WILL & EMERY LLP

9

10                                              By:_____/s/ Daniel E. Alberti_____
                                                    Daniel E. Alberti
11
                                                Attorneys for Defendants
12                                              AMERICAN REGISTRY FOR
                                                INTERNET NUMBERS, LTD.
13

14   MPK 121125-1.009900.0011

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McDermott Will & Emery LLP
Attorneys At Law
Palo Alto