McDERMOTT WILL & EMERY LLP
DANIEL E. ALBERTI (SBN 68620)
dalberti@mwe.com
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: 650.813.5000
Facsimile: 650.813.5100

McDERMOTT WILL & EMERY LLP
STEPHEN M. RYAN (DC Bar No. 359099)
sryan@mwe.com
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: 202.756.8333
Facsimile: 202.756-8087

MANATT, PHELPS & PHILLIPS, LLP
CHRISTOPHER L. WANGER (SBN 164751)
cwanger@manatt.com
JOHN P. KERN (SBN 206001)
jkern@manatt.com
1001 Page Mill Road, Building 2
Palo Alto, CA 94304-1006
Telephone: 650.812.1300
Facsimile: 650.213.0260

Attorneys for Defendants
AMERICAN REGISTRY FOR INTERNET
NUMBERS, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY KREMEN, an individual, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD., a Virginia corporation, <br><br> Defendant. | CASE NO. C 06 2554 JW <br> [Related to Case No. C 98 20718 JW] <br><br> **NOTICE OF CHANGE OF ADDRESS OF DEFENDANT'S COUNSEL STEPHEN M. RYAN** <br><br> Action Filed: APRIL 12, 2006 |

NOTICE OF CHANGE OF ADDRESS OF     CASE NO. **C 06 2554 JW**
DEFENDANT'S COUNSEL STEPHEN M. RYAN     [RELATED TO CASE NO. **C 98 20718 JW**]

Dockets.Justia.com

1   TO THE COURT AND ATTORNEYS OF RECORD:

2   PLEASE TAKE NOTICE THAT Stephen M. Ryan remains as counsel for Defendant AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD. ("ARIN"), but has changed law firms and his contact information from Manatt, Phelps & Phillips, LLP, 700 12th Street, N.W., Suite 1100, Washington, D.C. 20005-4075, to the following:

McDERMOTT WILL & EMERY LLP
Stepphen M. Ryan (DC Bar No. 359099)
sryan@mwe.com
600 13th Street, N.W.
Washington, D.C. 20005-3096
Telephone: 202.756.8333
Facsimile: 202.756.8087

Dated: January 23, 2007                    McDERMOTT WILL & EMERY LLP


                                           By:      /s/ Stephen M. Ryan
                                              Stephen M. Ryan

                                           Attorneys for Defendants
                                           AMERICAN REGISTRY FOR
                                           INTERNET NUMBERS, LTD.

MPK 121130-1.009900.0011

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

**NOTICE OF CHANGE OF ADDRESS OF DEFENDANT'S COUNSEL STEPHEN M. RYAN** — 2 — **CASE NO. C 06 2554 JW [RELATED TO CASE NO. C 98 20718 JW]**