1    McDERMOTT WILL & EMERY LLP
     STEPHEN M. RYAN (DC Bar No. 350099) (sryan@mwe.com)
2    Admitted pro hac vice
     600 13th Street NW
3    Washington, DC 20005
     Telephone: (202) 756-8333
4    Facsimile: (202) 756-8087
     E-mail: sryan@mwe.com
5
     McDERMOTT WILL & EMERY LLP
6    DANIEL E. ALBERTI (CA Bar No. 68620) (dalberti@mwe.com)
     3150 Porter Dr.
7    Palo Alto, CA 94304-1212
     Telephone: (650) 813-5019
8    Facsimile: (650) 813-5100
     E-mail: dalberti@mwe.com
9
     MANATT, PHELPS & PHILLIPS, LLP
10    CHAD S. HUMMEL (CA Bar No. 139055) (chummel@mannatt.com)
     JACK S. YEH (CA Bar No. 174286) (jyeh@manatt.com)
11    11355 W. Olympic Boulevard
     Los Angeles, CA 90064
12    Telephone: (310) 312-4000
     Facsimile: (310) 312-4224
13
     Attorneys for Defendant
14    AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD.

15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Gary Kremen,<br><br>          Plaintiff,<br><br>  v.<br><br>American Registry for Internet Numbers,<br><br>          Defendant. | NO. C 06-2554 JW |

**NOTICE OF FILING OF DOCUMENTS FROM A RELATED CASE**

As this Court knows, it was reviewing the record of Case No. 98 20718 JW PVT when it considered and issued its ruling in this case. Kremen has now filed an appeal from this Court's

December 20, 2006 ruling. So that the appellate record fairly includes documents that this Court had before it while considering its ruling, Defendant American Registry for Internet Numbers hereby places in the record of this case relevant documents from related case No. 98 20718 JW PVT. Defendant American Registry for Internet Numbers respectfully submits the following documents:

| Ex. No. | Date | Description of Document(s) |
|---|---|---|
| A | 9/17/2001 | Order re: Registration of IP Numbers (Netblocks) in the Name of Judgment Creditor |
| B | 10/29/2001 | Stipulation re: Standstill Agreement and Submission of Issues for Ancillary Determination |
| C | 6/8/2006 | Administrative Motion to Consider whether Cases Should be Designated as Related; Request for Judicial Notice of (1) May 2006 Complaint and (2) September 2001 Court Order (Exhibits A-B) |
| D | 6/12/2006 | Order of Referral to District Judge James Ware for consideration of whether the case is related to *Kremen v. Cohen, et al.*, C-98-20718 JW PVT |
| E | 6/27/2006 | Second Amended Notice of Motion and Motion for Clarification, or in the Alternative, for Modification of Order dated September 17, 2001, entitled "Order re: Registration of IP Numbers (Netblocks) in the Name of Judgment Creditor"; Memorandum of Points and Authorities in Support thereof |
| F | 6/27/2006 | Declaration of Raymond A. Plzak in Support of Motion to Clarify/Modify (Exhibits A-M) |
| G | 8/21/2006 | Plaintiff Gary Kremen's Opposition to Arin's Motion for Clarification, or, in the Alternative, for Modification of Order dated September 17, 2001, entitled "Order re: Registration of IP Numbers (Netblocks) in the Name of Judgment Creditor" |
| H | 8/21/2006 | Declaration of Richard J. Idell in Support of Plaintiff Gary Kremen's Opposition to Arin's Motion for Clarification, or, in the Alternative, for Modification of Order dated September 17, 2001, entitled "Order re: Registration of IP Numbers (Netblocks) in the Name of Judgment Creditor" |
| I | 8/21/2006 | Plaintiff's Request for Judicial Notice in Support of Plaintiff's *Ex Parte* Application for Order to Show Cause re: Arin's Failure to Obey Order dated September 17, 2001, entitled "Order re: Registration of IP Numbers (Netblocks) in the Name of Judgment Creditor" and Violation of Same |
| J | 8/25/2006 | Stipulated Request and [Proposed] Order Continuing the Hearing on Non-Party American Registry of Internet Numbers, Ltd.'s: Motion for Clarification, or, in the Alternative, for Modification of the Order dated September 17, 2001, entitled "Order re: Registration of IP Numbers (Netblocks) in the Name of Judgment Creditor" (Exhibits A-B) |
| K | 10/2/2006 | Supplemental Declaration of Raymond A. Plzak in Support of Motion to Clarify/Modify (Exhibits 1-4) |

| | | |
|---|---|---|
| L | 10/2/2006 | Reply of Non-Party American Registry for Internet Numbers, Ltd. to Plaintiff's Opposition and Supplemental Opposition to Motion for Clarification, or, in the Alternative, for Modification of Order dated September 17, 2001, entitled "Order re: Registration of IP Numbers (Netblocks) in the Name of Judgment Creditor" |
| M | 10/23/2006 | Transcript of Proceedings held before Hon. U.S. District Judge James Ware in *Gary Kremen, et al. v. Ocean Fund International, Ltd., et al.* and Related Case |
| N | 10/27/2006 | Notice of Motion and Motion to Strike Material Filed after Reply and without Prior Court Approval and, in the Alternative, Request for Approval to File Supplemental Brief |
| O | 11/2/2006 | Plaintiff's Opposition to Non-Party Arin's Motion to Strike Material Filed after Reply and without Prior Court Approval and, in the Alternative, Request for Approval to File Supplemental Brief; Counter-Motion to Strike |
| P | 12/20/2006 | Order Granting Motion for Clarification by Non-Party American Registry for Internet Numbers, Ltd. |

Please find copies of these documents attached as Exhibits A-P.

Dated: March 19, 2007

McDERMOTT WILL & EMERY LLP
STEPHEN M. RYAN
DANIEL E. ALBERTI

MANATT, PHELPS & PHILLIPS, LLP
CHAD S. HUMMEL
JACK S. YEH

By: _____
Attorneys for Defendant
AMERICAN REGISTRY FOR
INTERNET NUMBERS