# EXHIBIT A

JAMES M. WAGSTAFFE, ESQ. #95535
PAMELA URUETA, ESQ., #184579
KERR & WAGSTAFFE LLP
100 Spear Street, Suite 1800
San Francisco, CA 94105
Telephone: (415) 371-8500
Facsimile: (415) 371-0500

RICHARD J. IDELL, ESQ., #069033
JENNIFER A. MARONE, ESQ., #208858
IDELL, BERMAN & SEITEL
530 Bush Street, Suite 601
San Francisco, CA 94108
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

Attorneys for Plaintiff
GARY KREMEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY KREMEN,<br><br>    Plaintiff,<br><br>vs.<br><br>STEPHEN MICHAEL COHEN, et al.,<br><br>    Defendants. | Case No.: C 98 20718 JW PVT<br><br>**ORDER RE: REGISTRATION OF IP NUMBERS (NETBLOCKS) IN THE NAME OF JUDGMENT CREDITOR**<br><br>Date: September 17, 2001<br>Time: 3:00 p.m.<br>Place: Courtroom 8<br>       Honorable Judge James Ware |

Pursuant to the Application of Plaintiff, Gary Kremen, and as based on the record before this Court, and good cause shown,

ORDER RE: REGISTRATION OF IP NUMBERS (NETBLOCKS) IN THE NAME OF JUDGMENT CREDITOR -
1

ORIGINAL COPY

1  IT IS HEREBY ORDERED that the IP Numbers identified as Exhibit
2  "A" to the Declaration of Gary Kremen on file herein be registered in
3  the name of Plaintiff Gary Kremen. In furtherance of this Order,
4  AMERICAN REGISTRY OF INTERNET NUMBERS ("ARIN") is ORDERED to register
5  IP Numbers on the list to Gary Kremen forthwith. Specifically ARIN
6  is ordered to change the registration record of each of these IP
7  Numbers (netblocks) as follows: all fields (registrant,
8  administration contact, etc.) shall be in the name of Gary Kremen,
9  listing his address as 2542 Third Street, San Francisco, CA 94107,
10 telephone number as (415) 217-5121; facsimile number as (415) 285-
11 7111; and E-mail as Gary@sex.com.

12 Dated: September 17, 2001          _____
13                                     Honorable Judge James Ware

ORDER RE: REGISTRATION OF IP NUMBERS (NETBLOCKS) IN THE NAME OF JUDGMENT CREDITOR -
2

```
 1 | JAMES M. WAGSTAFFE, ESQ. #95535
   | PAMELA URUETA, ESQ., #184579
 2 | KERR & WAGSTAFFE LLP
   | 100 Spear Street, Suite 1800
 3 | San Francisco, CA 94105
   | Telephone: (415) 371-8500
 4 | Facsimile: (415) 371-0500
   |
 5 | RICHARD J. IDELL, ESQ., #069033
   | JENNIFER A. MARONE, ESQ., #208858
 6 | IDELL, BERMAN & SEITEL
   | 530 Bush Street, Suite 601
 7 | San Francisco, CA 94108
   | Telephone: (415) 986-2400
 8 | Facsimile: (415) 392-9259
   |
 9 | Attorneys for Plaintiff
   | GARY KREMEN
```

ORIGINAL FILED

SEP 1 8 2001

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY KREMEN,<br><br>    Plaintiff,<br><br>vs.<br><br>STEPHEN MICHAEL COHEN, et al.,<br><br>    Defendants. | Case No.: C 98 20718 JW PVT<br><br>**EX PARTE APPLICATION FOR ORDER REQUIRING REGISTRATION OF IP NUMBERS (NETBLOCKS) IN THE NAME OF JUDGMENT CREDITOR**<br><br>Date: September 17, 2001<br>Time: 3:00 p.m.<br>Place: Courtroom 8<br>       Honorable Judge James Ware |

COMES NOW, Gary Kremen, and files this ex parte application for Order requiring registration of IP Numbers (netblocks) in the name of Gary Kremen which are now registered in the name of the judgment

EX PARTE APPLICATION FOR ORDER REQUIRING REGISTRATION OF IP NUMBERS (NETBLOCKS) IN THE NAME OF JUDGMENT CREDITOR - 1

ORIGINAL

1 debtors, Stephen Michael Cohen and his companies, their alter egos or
2 affiliates.
3     Attached to the Declaration of Gary Kremen as Exhibit "A" is a
4 list of IP Numbers (netblocks) under which Stephen Michael Cohen, his
5 companies, their alter egos or affiliates are doing business or have
6 been doing business.
7     As the Court is well aware, Gary Kremen obtained a judgment for
8 Sixty-Five Million Dollars ($65,000,000.00) and a judgment imposing a
9 constructive trust on assets of the judgment debtors.
10     By this *ex parte* motion, Gary Kremen seeks an order requiring
11 registration of these IP Numbers (netblocks) in the name of Mr.
12 Kremen. The registrant for these IP Numbers (netblocks) is the
13 American Registry of Internet Numbers ("ARIN").
14     This *ex parte* motion is based upon this Notice of Motion, the
15 Declaration of James M. Wagstaffe, the Declaration of Gary Kremen and
16 the exhibit thereto and such other and further matters as may come
17 before the Court on the hearing of this matter.

Dated: 9/17/01

KERR & WAGSTAFFE LLP

By: _____
James Wagstaffe, Esq.
Attorneys for Plaintiff
GARY KREMEN

EX PARTE APPLICATION FOR ORDER REQUIRING REGISTRATION OF IP NUMBERS (NETBLOCKS) IN
THE NAME OF JUDGMENT CREDITOR - 2

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION FOR ORDER REQUIRING REGISTRATION OF IP NUMBERS (NETBLOCKS) IN THE NAME OF JUDGMENT CREDITOR

The Court may make such orders as are necessary and appropriate in order to aid in the execution of its judgments.

Fed. Rule of Civ. Proc. Rule 69(a), 28 U.S.C.A.; Cal. Rule of Court Rule 303(a)(2).

DECLARATION OF JAMES M. WAGSTAFFE IN SUPPORT OF EX PARTE APPLICATION FOR ORDER REQUIRING REGISTRATION OF IP NUMBERS (NETBLOCKS) IN THE NAME OF JUDGMENT CREDITOR

I, James M. Wagstaffe, do state as follows:

1. I am an attorney at law, licensed to practice before all the courts of the state of California. I am a partner of the firm Kerr & Wagstaffe. That firm represents Gary Kremen in the above action. All of the matters stated herein are of my own personal knowledge and if sworn in as a witness I could testify competently to the matters stated herein.

2. I am familiar with all the records and files in this action.

3. Attached as Exhibit "A" to the Declaration of Gary Kremen is a copy of certain IP Numbers (netblocks) that are currently registered to Stephen Michael Cohen, his companies, their alter egos or affiliates. These Internet IP Numbers (netblocks) are registered with American Registry of Internet Numbers ("ARIN").

4. Pursuant to the Court's judgment of April 3, 2001, Plaintiff, Gary Kremen, is entitled to the imposition of constructive trust on all assets of Stephen Michael Cohen and his companies.

5. It is respectfully submitted that the Court enter an order

EX PARTE APPLICATION FOR ORDER REQUIRING REGISTRATION OF IP NUMBERS (NETBLOCKS) IN THE NAME OF JUDGMENT CREDITOR - 3

1   requiring ARIN to register these IP Numbers (netblocks) listed on the
2   said Exhibit "A" to Gary Kremen. As shown by the Declaration of Gary
3   Kremen, investigation and search has shown that these IP Numbers are
4   currently in use by Cohen, his companies, their alter egos or
5   affiliates.
6       I declare under penalty of perjury under the laws of the State
7   of California that the foregoing is true and correct and that this
8   declaration is executed on this 17th day of _____, 2001 at San
    Francisco, California.
9
10  Dated: 9/17/01
                                    _____
11                                      James M. Wagstaffe

12      **DECLARATION OF GARY KREMEN IN SUPPORT OF EX PARTE APPLICATION FOR
        ORDER REQUIRING REGISTRATION OF IP NUMBERS (NETBLOCKS) IN THE NAME OF
13                              JUDGMENT CREDITOR**

14      I, GARY KREMEN, do state as follows under penalty of perjury:

15      1.  I am the Plaintiff in the above action. All of the matters
16  set forth in this declaration are of my own personal knowledge and if
17  sworn as a witness I can testify competently as to the matters stated
18  herein.

19      2.  IP Numbers are the actual numeric addresses linked to
20  domain names. IP stands for internet protocol. American Registry of
21  Internet Numbers ("ARIN") is a non-profit organization that allocates
22  IP Numbers to users. Netnames are an English language phrase that
23  corresponds to a range of IP Numbers. This is done because it is
24  easier to use an English pneumonic than a range of numbers.
25

EX PARTE APPLICATION FOR ORDER REQUIRING REGISTRATION OF IP NUMBERS (NETBLOCKS) IN
THE NAME OF JUDGMENT CREDITOR - 4

1 | Netblocks are the actual blocks of numbers. Autonomous System
2 | Numbers are numbers used by computer routers to optimize the flow of
3 | IP traffic. ARIN assigns such numbers as relates to computer
4 | networks under common control. Sand Man, a Cohen company, is one of
5 | the supporters of ARIN who make voluntary donations to ARIN.
6 |     2.   I have reviewed Internet listings of net blocks and
7 | autonomous system addresses currently in use by Steven Michael Cohen
8 | and/or his companies, their alter egos or affiliates ("Cohen
9 | Parties") and I have determined that the netblocks and autonomous
10 | system names and numbers listed on Exhibit "A" attached hereto are
11 | currently in use by Cohen Parties. I made this determination by
12 | analyzing prior Internet addresses, as to which this Court made a
13 | prior order, to determine which IP Numbers (netblocks) and autonomous
14 | system addresses were utilized for those addresses. I compared the
15 | addresses for the registration of the netblocks and automomous system
16 | numbers and determined in all cases that all were registered to
17 | Cohen's address of P.O Box 433168, San Diego, California 92143 and
18 | registered by Cohen himself, his companies, Cohen alter egos or
19 | affiliates.
20 |     I declare under penalty of perjury that the foregoing is true
21 | and correct and that this declaration was executed on the 17th day of
22 | September, 2001, at San Francisco, California.
23 | Dated: 9/17/200q                           _____
24 |                                            Gary Kremen
25 |

EX PARTE APPLICATION FOR ORDER REQUIRING REGISTRATION OF IP NUMBERS (NETBLOCKS) IN
THE NAME OF JUDGMENT CREDITOR - 5

Exhibit "A"

Net Blocks:

Netname: PACNET-MX1
Netblock: 209.205.192.0 – 209.205.239.255
Maintainer: PCNT

    Pacnet, S.A. de C.V. (NETBLK-PACNET-MX1)
    P.O. Box 433168
    San Diego, CA 92143
    US

Coordinator:

    Pacnet, S.A. de C.V. (SCP1-ARIN) ip@pacnet.com.mx
    52 66 33 90 71

    Including but not limited to: NS1.PACNET.COM.MX 209.205.195.50 and
    NS2.PACNET.COM.MX 209.205.195.70

Netname: UU-208-214-46
Netblock: 208.214.46.0 – 208.214.47.255
Maintainer: SAND

    Sand Man International
    San Diego, CA 92101
    US

Coordinator:

    Cohen, Stephen Michael (SMC43-ARIN) steve@SEX.COM
    0115266 343480 (FAX) 0115266 343480

Netname: PACNET-MX
Netblock: 64.19.192.0 – 64.19.239.255
Maintainer: SAND

    Sand Man International Limited S.A. de C.V. (NET-PACNET-MX)
    P.O. Box 433168
    San Diego, CA 92143
    USA

Coordinator:

    de C.V., PACNET S.A. (MM1338-ARIN) ip@pacnet.com.mx

52 66 34 34 80 (FAX) 52 66 34 64 86

Autonomous System Numbers:

Autonomous System Name: PACNET-MX
Autonomous System Number: 20228

>   Pacnet S.A. de C.V. (ASN-PACNET-MX)
>   P.O. Box 433168
>   San Diego, CA 92143
>   US

Coordinator:

>   de C.V. PACNET S.A. (MM 1838-ARIN) IP@pacnet.com.mx
>   52 66 34 34 80 (FAX) 52 66 34 64 86

Autonomous System Name: SEXCOM
Autonomous System Number: 11083

>   Ocean Fund International Ltd.
>   Paseo De Los Heroes, #10105
>   Piso 7th, Del Rio Tijuana
>   Del Rio Tijuana
>   Tijuana, Baja California CP 22320
>   MX

Coordinator:

>   Cohen, Stephen Michael (SMC4-ARIN)
>   steve@omnitec.com
>   0115266343480 (FAX) 0115266 346486