# EXHIBIT I

1  RICHARD J. IDELL, ESQ., #069033
2  OWEN SEITEL, ESQ., #137365
   IDELL & SEITEL LLP
3  The Merchants Exchange Building
   465 California Street, Suite 300
4  San Francisco, CA 94104
5  Telephone: (415) 986-2400
   Facsimile: (415) 392-9259
6
7  TIMOTHY P. DILLON, ESQ., #190839
   DILLON & GERARDI, APC
8  4660 La Jolla Village Dr., Suite 775
   San Diego, CA 92122
9  Telephone: (858) 587-1800
   Facsimile: (858) 587-2587
10
11 Attorneys for Plaintiff
   GARY KREMEN
12

                     UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

                           SAN JOSE DIVISION

| | |
|---|---|
| GARY KREMEN, an individual, | Case No.: C 98 20718 JW PVT |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER TO SHOW CAUSE RE: ARIN'S FAILURE TO OBEY ORDER DATED SEPTEMBER 17, 2001, ENTITLED "ORDER RE: REGISTRATION OF IP NUMBERS (NETBLOCKS) IN THE NAME OF JUDGMENT CREDITOR" AND VIOLATION OF SAME** |
| v. | |
| STEPHEN MICHAEL COHEN, an individual, OCEAN FUND INTERNATIONAL, LTD., a foreign company, SAND MAN INTERNACIONAL LIMITED, a foreign company, SPORTING HOUSES MANAGEMENT CORPORATION, a Nevada Company, SPORTING HOUSES OF AMERICA, a Nevada company, SPORTING HOUSES GENERAL, INC., a Nevada, company, and DOES 1-20 inclusive, | |
| Defendants. | |

PLAINTIFF'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR ORDER TO SHOW CAUSE RE: ARIN'S FAILURE TO OBEY ORDER DATED SEPTEMBER 17, 2001, ENTITLED "ORDER RE: REGISTRATION OF IP NUMBERS (NETBLOCKS) IN THE NAME OF JUDGMENT CREDITOR" AND VIOLATION OF SAME

Plaintiff Gary Kremen ("Kremen" or "Plaintiff"), by and through counsel, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following:

(1) The Second Amended Notice of Motion and Motion for Clarification, or, in the Alternative, for Modification of Order Dated September 17, 2001, entitled "Order re: Registration of IP Numbers (Netblocks) in the Name of Judgment Creditor," and all the papers in support thereof, filed on June 27, 2006 by the American Registry for Internet Numbers, Ltd. ("ARIN") in this action (the "ARIN Motion").

(2) The Opposition to the ARIN Motion and all the papers in support thereof, filed on August 21, 2006.

(3) Any Reply filed by ARIN in reply to the Opposition, and all the papers in support thereof.

(4) The Order re: Registration of IP Numbers (Netblocks) in the Name of Judgment Creditor issued by this Court on September 17, 2001.

Respectfully submitted,

IDELL & SEITEL LLP

Dated: August 21, 2006        By: _____
                              Richard J. Idell
                              Owen Seitel
                              Attorneys for Plaintiff GARY KREMEN