# EXHIBIT J

8/v5

1  MANATT, PHELPS & PHILLIPS, LLP
   STEPHEN M. RYAN (DC Bar No. 359099) (sryan@manatt.com)
2  700 12th Street, N.W., Suite 1100
   Washington, DC 20005-4075
3  Telephone:  (202) 585-6500
   Facsimile:  (202) 585-6600
4
5  MANATT, PHELPS & PHILLIPS, LLP
   CHAD S. HUMMEL (CA Bar No. 139055) (chummel@manatt.com)
   JACK S. YEH (CA Bar No. 174286) (jyeh@manatt.com)
6  11355 W. Olympic Boulevard
   Los Angeles, CA 90064
7  Telephone:  (310) 312-4000
   Facsimile:  (310) 312-4224
8
9  MANATT, PHELPS & PHILLIPS, LLP
   CHRISTOPHER L. WANGER (CA Bar No. 164751) (cwanger@manatt.com)
   JOHN P. KERN (CA Bar No. 206001) (jkern@manatt.com)
10 1001 Page Mill Road, Building 2
   Palo Alto, CA 94304-1006
11 Telephone:  (650) 812-1300
   Facsimile:  (650) 213-0260
12
13 *Attorneys for Moving Non-Party*
   AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD.

ARIN adv. Gary Kremen
(22149-060)
C. Wanger    J. Yeh (LA)        LA Cal.
S. Ryan (DC) D. Wishon
C. Hummel (LA) Client (SMR - DC)

RECEIVED
AUG 2 5 2006
CLERK, U.S. ...
... CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
SAN JOSE DIVISION

| | |
|---|---|
| GARY KREMEN<br><br>Plaintiff,<br><br>vs.<br><br>STEPHEN MICHAEL COHEN, et. al,<br><br>Defendant. | Case No C98-20718 JW<br>[Related to Case No. C 06-2554 JW]<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING THE HEARING ON NON-PARTY AMERICAN REGISTRY OF INTERNET NUMBERS, LTD.'S: MOTION FOR CLARIFICATION, OR, IN THE ALTERNATIVE, FOR MODIFICATION OF THE ORDER DATED SEPTEMBER 17, 2001, ENTITLED "ORDER RE: REGISTRATION OF IP NUMBERS (NETBLOCKS) IN THE NAME OF JUDGMENT CREDITOR** |

WHEREAS, moving non-party American Registry of Internet Numbers, LTD's ("ARIN") Motion For Clarification, Or, In The Alternative, For Modification Of The Order Dated September 17, 2001, Entitled "Order Re: Registration Of IP Numbers (NETBLOCKS) In The

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATED ORDER CONTINUING HEARING DATE ON ARIN'S MOTION TO CLARIFY\MODIFY
Case No. C 98-20718 JW

41033718.1

1 Name Of Judgment Creditor ("Motion to Clarify/Modify") is currently set for hearing on
2 September 11, 2006 before the Honorable James Ware;

3 Whereas Plaintiff Gary Kremen ("Plaintiff") filed his Opposition to ARIN's Motion to
4 Clarify\Modify on August 21, 2006;

5 WHEREAS, Plaintiff's August 21, 2006, Opposition to the Motion to Clarify\Modify
6 requested a further briefing and hearing to review certain information in ARIN's possession;

7 WHEREAS, the parties believe it is judicially efficient to afford ARIN an opportunity to
8 produce information requested by Plaintiff and for Plaintiff to file a supplemental brief relating
9 thereto;

10 WHEREAS, the parties have come to an agreement regarding the production and review
11 of information in ARIN's possession, continuation of the current September 11 hearing and
12 August 28 Reply deadline, a schedule for the filing of (and page limitations for) a supplemental
13 brief from Plaintiff and a singular Reply brief from ARIN on Plaintiff's Opposition and the to-be-
14 filed supplemental brief, and a continued hearing date regarding same; and

15 WHEREAS, in the interest of convenience and efficient judicial administration of
16 resources, the parties are concurrently seeking in the related case pending in this Court entitled
17 *Kremen v. American Registry for Internet Numbers, Ltd.*, Case No. 06-2554 JW, a stipulated
18 continuance under separate application of the current September 11, 2006, hearing date and
19 briefing deadlines on ARIN's Motion To Dismiss Plaintiff's Complaint Pursuant to 12(b)(6), Or,
20 Alternatively, For A Stay and Case Management Conference, to coincide with the schedule set
21 forth in this stipulated application.

22 WHEREFORE, it is hereby stipulated by the parties through their respective counsel that:

23 (1) the current September 11, 2006, hearing and the August 28, 2006, Reply deadline on
24 ARIN's Motion to Clarify\Modify shall be continued;

25 (2) ARIN will produce certain information to Plaintiff in the form set forth in the attached
26 Exhibits A and B no later than 5:30 p.m. on September 7, 2006, at the Law Offices of
27 Kronenberger Hanley, LLP, 220 Montgomery Street, Suite 1920, San Francisco, California
28 94104;

1      (3) Plaintiff will be allowed to file and personally or electronically serve a supplemental brief on the Motion to Clarify\Modify (not to exceed 15 pages) relating solely and exclusively to the information produced by ARIN pursuant to this Stipulation (and no other issues) by September 18, 2006;

    (4) ARIN's Reply brief (not to exceed 25 pages) responding to Plaintiff's August 21, 2006, Opposition and Plaintiff's to-be-filed supplemental brief must be filed and personally or electronically served no later than October 2, 2006;

    (5) the hearing date on ARIN's Motion to Clarify/Modify shall be continued to October 23, 2006, at 9:00 a.m., or as soon thereafter as may be heard, as determined by the Court's availability. (The parties are also available on October 24, 25, and 26, 2006.)

Dated: August 25, 2006

MANATT, PHELPS & PHILLIPS, LLP
STEPHEN M. RYAN
CHAD S. HUMMEL
JACK S. YEH

By: _____
    Jack S. Yeh

*Counsel for Moving Non-Party*
AMERICAN REGISTRY FOR INTERNET NUMBERS, LTD.

Dated: August 25, 2006

IDELL & SEITEL LLP
RICHARD J. IDELL
ORY SANDEL

By: _____
    Richard J. Idell
    Ory Sandel

*Counsel for Plaintiff*
GARY KREMEN

3
STIPULATED ORDER CONTINUING HEARING DATE ON ARIN'S MOTION TO CLARIFY\MODIFY
Case No. C 98-20718 JW

41033718.1

# ORDER

Pursuant to the foregoing stipulation and good cause appearing therefor, it is hereby ORDERED as follows:

(1) the current September 11, 2006, hearing and the August 28, 2006, Reply deadline on ARIN's Motion to Clarify\Modify shall be continued;

(2) ARIN will produce certain information to Plaintiff in the form set forth in the attached Exhibits A and B no later than 5:30p on September 7, 2006, at the Law Offices of Kronenberger Hanley, LLP, 220 Montgomery Street, Suite 1920, San Francisco, California 94104;

(3) Plaintiff will be allowed to file and personally or electronically serve a supplemental brief on the Motion to Clarify\Modify (not to exceed 15 pages) relating solely and exclusively to the information produced by ARIN pursuant to this Stipulation (and no other issues) by September 18, 2006;

(4) ARIN's Reply brief (not to exceed 25 pages) responding to Plaintiff's August 21, 2006, Opposition and Plaintiff's to-be-filed supplemental brief must be filed and personally or electronically served no later than October 2, 2006;

(5) the hearing date on ARIN's Motion to Clarify\Modify shall be continued to **October 23, 2006, at 9:00 a.m.**, or as soon thereafter as may be heard, as determined by the Court's availability.

**IT IS SO ORDERED.**

Dated _____, 2006

_____
The Honorable James Ware
United States District Court Judge

am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 25, 2006.

_____
Donna L. Wishon

## PROOF OF SERVICE

I, Donna L. Wishon, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 1001 Page Mill Road, Building 2, Palo Alto, CA 94304-1006. On August 25, 2006, I served the within documents:

**STIPULATED REQUEST AND [PROPOSED] ORDER CONTINUING THE HEARING ON NON-PARTY AMERICAN REGISTRY OF INTERNET NUMBERS, LTD.'S: MOTION FOR CLARIFICATION, OR, IN THE ALTERNATIVE, FOR MODIFICATION OF THE ORDER DATED SEPTEMBER 17, 2001, ENTITLED "ORDER RE: REGISTRATION OF IP NUMBERS (NETBLOCKS) IN THE NAME OF JUDGMENT CREDITOR**

☐ by transmitting via e-mail the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed Federal Express envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a Federal Express agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

**Karl Kronenberger**
**Terri Hanley**
Kronenberger Hanley, LLP
220 Montgomery Street, Ste. 1920
San Francisco, CA 94104
Phone: (415) 955-1155
Fax: (415) 955-1159
Email: karl@kronenbergerlaw.com
       terri@kronenbergerlaw.com

**Ory Sandel**
**Patricia De Fonte**
**Richard Idell**
Idell & Seitel LLP
465 California Street, Ste. 300
San Francisco, CA 94104
Phone: (415) 986-2400
Fax: (415) 392-9259
Email: ory.sandel@ibslaw.com
       patricia.defonte@ibslaw.com
       richard.idell@ibslaw.com

**Timothy P. Dillon**
**Nadya Y. Spivack**
Dillon & Gerardi
4660 La Jolla Village Dr., Suite 775
San Diego, Ca 92122
Phone: (858) 587-1800

**John A. Goalwin**
350 So. Figueroa Street, Suite 499
Los Angeles, Ca 90071
Phone: (213) 202-7820
(attorney for S. Cohen)

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
PALO ALTO

20160763.1

PROOF OF SERVICE

# EXHIBIT A

**Exhibit A: Documents to be Produced by ARIN**

All of the following information must be produced by ARIN as verified under oath:

1. Any documentation of any and allocations to Cohen or Cohen-related entities or alter-ego entities ("Cohen") (as detailed in Exhibit B), and when they occurred.

2. Any documentation of any contracts or terms associated with any allocations identified pursuant to item one above, or confirmation that no such contracts or terms exist.

3. Any documentation of which Netblocks or ASN's are associated with the contracts produced via fax by ARIN to Kremen on August 22, 2006 ("Contracts").

4. Any documentation of any prior or subsequent contracts, modifications, renewals, or other additional writings related to the Contracts produced, including any documentation of any such agreements made orally, or confirmation that no such documents exist.

5. Documentation that the forms of the Contracts were standard form service agreement contracts of ARIN at the dates the Contracts were signed, or else documentation of such other standard terms and conditions.

6. All correspondence, including email, and billing documents relating to the Contracts and any other allocations to Cohen or any Cohen entity or alter-ego entity, or confirmation under oath that all such documents have already been provided to Kremen.

/ / /

/ / /

41033718.1

# EXHIBIT B

**Exhibit B: Cohen Alter Ego and Affiliate Companies**

1. Pacnet, Incorporated, a California corporation; Pacnet, Inc., a Nevada corporation; Pacnet, S.A. de C.V., a Mexican corporation; or similar permutations thereof containing the name "Pacnet" or "Pac Net"

2. WLCom, S.A. de C.V a.k.a. WL Com Del Noroeste, SA de CV a.k.a. WL Com a.k.a. WL Com Del Noroeste, a Mexican corporation, WL Com; or similar permutations thereof including but not limited to WLCOM, W1 Com, WL Com del Noroseste, S.A. de C.V. containing the string of characters "wl com" or "wlcom" or "wl.com" or "w1com"

3. Speednet Ltd., a Vanuatu corporation a.k.a. Speednet, an Israeli company, a.k.a. Speednet, a Palestinian company

4. Mexico Lending, Ltd., a Nevada corporation

5. Fastcalled, Inc., a California corporation

6. Sandman Internacional Limited, S.A. de C.V., a Mexican corporation a.k.a. Sand Man International, S.A., a Mexican corporation, or Sandman International, Ltd.; or similar permutations thereof containing the name "Sand Man" or "Sandman"

7. Omnitec a.k.a. Omnitec International, a Nevada corporation, a.k.a. Omnitec Internacional, Omnitech International, Omnitech Internacional, Omni Tec, Omni Tech or similar permutations thereof containing the words "omni" and "tec" or "tech"

8. Ocean Fund International, Ltd, a British Virgin Islands company, Ocean Fund Internacional, Ocean Fun International, or similar permutations thereof containing the words "ocean" and "fund" or "fun"

9. International Sea Farms, Inc., a Nevada corporation

10. Montano Properties, LLC

11. Pinche Galicot, Inc., a Nevada corporation

12. Ezcallme.com

13. Earth Station V or Earth Station 5 or EarthStationV or EarthStation5 or similar permutations thereof containing the words "earth," "station" and the number "five"

14. Ynata, Ltd., a British Virgin Islands company; Yanata, Ltd.; or similar permutations thereof

15. First City Financial Corp., state of incorporation unknown

6
STIPULATED ORDER CONTINUING HEARING DATE ON ARIN'S MOTION TO CLARIFY\MODIFY
Case No. C 98-20718 JW

41033718.1

1  16. Sporting Houses Management Corp., a Nevada company; Sporting Houses of America, a Nevada company; Sporting Houses General, Inc., a Nevada company; or similar permutations of the words "sporting" and "houses"

///

///

///

7