# EXHIBIT M

Dockets.Justia.com

1          IN THE UNITED STATES DISTRICT COURT

2         FOR THE NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

5   GARY KREMEN, ET AL.,        )   C-98-20718-JW
                                )   C-06-2554-JW
6           PLAINTIFFS,         )
                                )   OCTOBER 23, 2006
7              V.               )
                                )
8   OCEAN FUND                  )
    INTERNATIONAL, LTD., ET     )   PAGES 1-52
9   AL.,                        )
                                )
10          DEFENDANTS.         )      COPY
    _____    )
11  AND RELATED CASE.           )

12          THE PROCEEDINGS WERE HELD BEFORE

13         THE HONORABLE UNITED STATES DISTRICT

14                 JUDGE JAMES WARE

15  A P P E A R A N C E S:

16  FOR THE PLAINTIFFS: KRONENBERGER HANLEY
                        BY:  KARL S. KRONENBERGER
17                           TERRI R. HANLEY
                        220 MONTGOMERY STREET
18                      SUITE 1920
                        SAN FRANCISCO, CALIFORNIA  94104
19
                        IDELL & SEITEL
20                      BY:  RICHARD J. IDELL
                        465 CALIFORNIA STREET
21                      SUITE 300
                        SAN FRANCISCO, CALIFORNIA  94104
22

23          (APPEARANCES CONTINUED ON THE NEXT PAGE.)

24

25  OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
                        CERTIFICATE NUMBER 8074

                                                      1

1    A P P E A R A N C E S:  (CONT'D)

2

3    FOR THE PLAINTIFFS: DILLON GERARDI
                        BY:   TIMOTHY P. DILLON
                        4660 LA JOLLA VILLAGE DRIVE
4                       SUITE 775
                        SAN DIEGO, CALIFORNIA 92122

5

6    FOR THE DEFENDANTS: MANATT, PHELPS & PHILLIPS
                        BY:   STEPHEN M. RYAN
7                             CHAD HUMMEL
                              JACK S. YEH
8                       700 12TH STREET, N.W.
                        SUITE 1100
9                       WASHINGTON, D.C. 20005

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                        2

|  |  |
|---|---|
| 1 | SAN JOSE, CALIFORNIA                OCTOBER 23, 2006 |
| 2 | P R O C E E D I N G S |
| 3 | (WHEREUPON, COURT CONVENED AND THE. |
| 4 | FOLLOWING PROCEEDINGS WERE HELD:) |
| 00:00:00 5 | THE CLERK:  CALLING CASE NUMBER C-06-2554, |
| 00:00:05 6 | GARY KREMEN VERSUS AMERICAN REGISTRY FOR INTERNET |
| 00:00:10 7 | NUMBERS. |
| 00:00:29 8 | MR. RYAN:  STEVE RYAN FROM THE MANATT LAW |
| 00:00:32 9 | FIRM ACCOMPANIED BY MR. HUMMEL AND MR. YEH ON |
| 00:00:35 10 | BEHALF OF DEFENDANT ARIN WHO IS THE MOVANT ON THE |
| 00:00:38 11 | MOTION TO, TO CHANGE THE 2001 ORDER. |
| 00:00:42 12 | THE COURT:  GOOD MORNING. |
| 00:00:43 13 | MR. HUMMEL:  GOOD MORNING, YOUR HONOR. |
| 0    44 14 | MR. YEH:  GOOD MORNING, YOUR HONOR. |
| 00:00:47 15 | MR. KRONENBERGER:  GOOD MORNING, YOUR HONOR. |
| 00:00:49 16 | KARL KRONENBERGER FOR GARY KREMEN AND ACCOMPANIED |
| 00:00:52 17 | BY MY COLLEAGUE TERRI HANLEY AND MR. IDELL, AND I'M |
| 00:00:59 18 | SORRY, AND MR. TIM DILLON. |
| 00:01:01 19 | THE COURT:  VERY WELL.  VERY WELL. |
| 00:01:05 20 | MR. RYAN, THIS IS YOUR CLIENT'S MOTION TO DISMISS. |
| 00:01:08 21 | MR. RYAN:  YOUR HONOR, THERE ARE TWO |
| 00:01:10 22 | MOTIONS BEFORE THE COURT THIS MORNING.  MR. HUMMEL |
| 00:01:15 23 | WILL BE ARGUING THE MOTION TO DISMISS. |
| 00:01:17 24 | WHAT I WOULD LIKE TO ADDRESS IS THE 2001 |
| 00:01:20 25 | ORDER BECAUSE WE BELIEVE MANY OF THE ISSUES WILL |

3

00:01:23  1      FALL OUT IF YOU ADDRESS THAT ISSUE FIRST.

00:01:26  2              THE COURT:  VERY WELL.

00:01:27  3              MR. RYAN:  LET ME SAY WHY WE ARE SEEKING

00:01:29  4      TO CHANGE THAT ORDER?  FIRST OF ALL, IT WAS

00:01:31  5      OBTAINED IN AN EX PARTE FASHION WHEN THERE WAS

00:01:34  6      ABSOLUTELY NO EMERGENCY REASON TO DO SO.

00:01:36  7              DURING THE COURSE OF THE REPRESENTATIONS

00:01:38  8      THAT WERE MADE TO THE COURT, THERE WERE, THERE

00:01:41  9      WERE --

00:01:57 10              THE COURT:  GO AHEAD.

00:01:58 11              MR. RYAN:  THE AMERICAN REGISTRY OF

00:02:00 12      INTERNET NUMBERS IS ESSENTIALLY THE REGISTRY WHERE

00:02:03 13      ONE HAS TO GO TO OBTAIN IP ADDRESSES IN LARGE

0    :07 14      QUANTITIES.  YOU CAN ALSO OBTAIN THEM FROM AN ISP.

00:02:10 15              SO, FOR EXAMPLE, SBC WOULD BE ABLE TO

00:02:14 16      GIVE YOU NUMBERS AS WELL.  BUT WITH REGARD TO THESE

00:02:16 17      NET BLOCKS WE ISSUED THEM APPROPRIATELY TO

00:02:18 18      MR. COHEN.  WE HAD NOTHING TO DO WITH MR. KREMEN'S

00:02:22 19      LAWSUIT.

00:02:23 20              WHEN THE COURT'S ORDER WAS ISSUED IT WAS

00:02:25 21      PREMISED I BELIEVE BASED ON REPRESENTATIONS THAT

00:02:27 22      MR. KREMEN MADE THAT WERE INCORRECT OR FALSE.

00:02:31 23              ONE OF THOSE REPRESENTATIONS IS THAT

00:02:33 24      MR. KREMEN SAID IN HIS AFFIDAVIT, COHEN IS A

00:02:37 25      SUPPORTER OF ARIN THAT MAKES VOLUNTARILY DONATIONS

                                                              4

00:02:40 1    TO ARIN.  THAT'S SIMPLY NOT TRUE.  EVERYBODY IS

00:02:43 2    REQUIRED TO SIGN A SERVICE AGREEMENT IF YOU WANT TO

00:02:45 3    GET ISSUED THE IP ORDERS AND THEY HAVE TO BE DONE

00:02:48 4    THAT WAY.

00:02:48 5              SO THE COURT EITHER RECEIVED

00:02:50 6    REPRESENTATIONS FROM MR. KREMEN THAT WERE EITHER

00:02:53 7    FALSE OR UNINTENTIONALLY MISLEADING.

00:02:55 8              IN ADDITION THE WAY WE WORK WITH THESE

00:02:58 9    RESOURCES, YOUR HONOR, WE ISSUE THEM PROPERLY TO

00:03:00 10   PEOPLE WHEN THEY SIGN AN AGREEMENT TO US.

00:03:02 11             WHEN THEY'RE DONE WITH THEM OR THE COURT

00:03:05 12   ORDERS US TO, TO CHANGE THAT, WE HAVE TO REVOKE

00:03:08 13   THEM FROM THE ONE PARTY AND THEN REISSUE THEM TO

00:03:11 14   THE NEXT PARTY.  THEY AREN'T JUST TRANSFERRED FROM

00:03:14 15   ONE PARTY TO ANOTHER.

00:03:15 16             SO WHEN THE COURT IS BEING ASKED BY

00:03:17 17   MR. KREMEN IN AN EX PARTE WAY WAS ASKED TO REGISTER

00:03:21 18   THE RESOURCES TO MR. KREMEN, THAT'S NOT HOW WE DO

00:03:24 19   BUSINESS.  IN ESSENCE WE GIVE THEM TO SOMEONE, WE

00:03:27 20   HAVE TO REVOKE THEM AND THEN REISSUE THEM.

00:03:29 21             THROUGHOUT THIS PROCESS WE HAVE BEEN

00:03:32 22   FULLY WILLING, EVEN THOUGH THE ORDER WAS DONE EX

00:03:35 23   PARTE, TO GIVE HIM THE RESOURCES.

00:03:37 24             HE HAS BEEN UNWILLING AND ABSOLUTELY

00:03:40 25   UNYIELDING IN HIS INTENTION NOT TO SIGN ANY OF THE

                                                            5

00:03:43  1    NECESSARY PAPERWORK THAT THE DEPARTMENT OF DEFENSE,

00:0  :47  2    THE U.S. DEPARTMENT OF JUSTICE, ANY ISP LIKE

00:03:52  3    VERIZON OR SBC, ANY INDIVIDUAL, EVERYONE SINCE 1998

00:03:58  4    WHO HAS WANTED RESOURCES HAS BEEN ASKED TO SIGN AN

00:04:01  5    AGREEMENT SAYING THAT THEY WILL USE THE RESOURCES

00:04:03  6    PROPERLY, THAT THEY'LL PAY FOR THE SERVICES ON A

00:04:06  7    REGULAR BASIS AND IF THEY'RE MISUSED IT GIVES THE

00:04:10  8    COMMUNITY THE RIGHT TO RESOURCES.  HE'S ABSOLUTELY

00:04:14  9    REFUSED.  SO THE REASON THAT THE RESOURCES HAVE NOT

00:04:16 10    BEEN TRANSFERRED TO HIM IS SOLELY HIS OWN DOING.

00:04:21 11         WITH REGARD TO WHY THE COURT SHOULD

00:04:23 12    CHANGE THE ORDER IT'S IN ESSENCE A MISREADING OF

00:04:26 13    YOUR ORDER IN 2001 THAT HE DID NOT HAVE TO COMPLY

0:    29 14    WITH ANY OF THE ACTIVITIES THAT A NORMAL APPLICANT

00:04:32 15    OR REGISTRANT WOULD DO.

00:04:33 16         WE BELIEVE THAT THE ONLY APPROPRIATE WAY

00:04:35 17    TO DEAL WITH THIS IS TO NOT GIVE HIM GREATER RIGHTS

00:04:38 18    THAN ANYONE ELSE IN THE INTERNET COMMUNITY.  WHAT

00:04:41 19    HE'S ASKING FOR IS THAT WE TRANSFER THESE RIGHTS TO

00:04:44 20    HIM WITHOUT ANY SERVICE AGREEMENT, WITHOUT ANY DUTY

00:04:46 21    FOR HIM TO PAY IN THE FUTURE AND WITH HIS ABILITY

00:04:50 22    TO MISUSE THE RESOURCES IF HE CHOSE WITHOUT US

00:04:53 23    HAVING A CONTRACTUALLY BASED RIGHT IN THE SERVICE

00:04:55 24    AGREEMENT TO DEAL WITH THAT.

00:04:59 25         THE RESOURCES THAT WERE ISSUED, THERE'S

6

ABOUT 12,000 IP NUMBERS THAT ARE OUT AT AN ISP THAT
MAY WELL BE CONTROLLED BY MR. COHEN, BUT THERE ARE
THIRD PARTIES THAT ARE OBTAINING SERVICES FROM THAT
ISP.

     WE HAVE SAID ALL ALONG THAT CHANGING THE
REGISTRATION AND PERHAPS SHUTTING THAT DOWN MAY NOT
BE THE APPROPRIATE WAY AND WE WANTED TO MAKE SURE
THAT THE COURT IS AWARE THAT THERE IS A POSSIBILITY
OF THREE PARTY HARM THAT PEOPLE COULD SUE ARIN, FOR
EXAMPLE, BECAUSE THE COURT DIDN'T ORDER THE, THE
RESOURCES REVOKED.  IT'S NOT CLEAR THAT WE HAVE THE
RIGHT TO REVOKE BASED ON THE COURT'S ORDER.

     WE WOULD LIKE THE COURT'S ORDER TO BE
AMENDED TO SHOW THAT WE HAVE THE RIGHT TO REVOKE
THOSE RESOURCES WHICH WE BELIEVE IS CONSISTENT WITH
THE INTENT OF YOUR ORDER BUT WASN'T SPELLED OUT AND
IN PART BECAUSE WE WEREN'T A PARTY.

     ARIN POTENTIALLY, BY THE WAY, COULD BE
HARMED IN EFFECT BY, BY THE INABILITY OF OURSELVES
TO, TO MAINTAIN THE UNIQUENESS OF THOSE IP NUMBERS.

     SO, FOR EXAMPLE, IF WE WERE TO REGISTER
THEM AS THE COURT ORDER SAID TO MR. KREMEN, HE
COULD BE BEGIN USING THOSE NUMBERS WHILE SOMEONE
ELSE IS USING THOSE NUMBERS.  THAT'S EXACTLY WHAT
OUR JOB IS TO PREVENT.  IT'S TO GRANT UNIQUE,

7

```
00:06:13   1   UNIQUE NUMBERS TO EACH PARTY FOR THE PERIOD THAT
0?   :16   2   THEY'RE ENTITLED TO USE THEM.
00:06:18   3        WHEN THEY'RE NOT ENTITLED TO USE THEM WE
00:06:21   4   BRING THEM BACK AND PUT THEM BACK IN THE TREASURY
00:06:24   5   AND RE-ISSUE THEM TO THE NEXT PARTY.
00:06:27   6        THE COURT:  WHAT DO YOU DO IF THERE'S A
00:06:28   7   CONFLICT?
00:06:29   8        MR. RYAN:  THERE'S NO CONFLICT FROM OUR
00:06:31   9   PROCESS.  WE ARE THE "WHO IS" DIRECTORY.  WHEN WE
00:06:34  10   PUBLISH SOMETHING, THIS IS THE AUTHORITATIVE LIST
00:06:37  11   OF WHO HAS THE RIGHT TO THOSE RESOURCES.
00:06:39  12        THE COURT:  THE PEOPLE, THE THIRD PARTIES
00:06:41  13   YOU'RE NOW TELLING ME ABOUT, HOW DID THEY COME
0   :44  14   TO -- THROUGH WHOM DID THEY OBTAIN RIGHTS?
00:06:47  15        MR. RYAN:  SO WHEN WE ISSUED THE ORIGINAL
00:06:49  16   RESOURCES TO COHEN OR TO A COHEN ASSOCIATED ENTITY,
00:06:53  17   THEY THEN WOULD USE THOSE RESOURCES TO PROVIDE AN
00:06:56  18   INDIVIDUAL, SAY A STUDENT, OR, OR A BUSINESS WITH
00:07:00  19   THOSE, WITH THOSE NUMBERS TO DO BUSINESS WITH THEIR
00:07:03  20   ISP.
00:07:04  21        THE COURT:  YOU'RE GIVING ME THAT AS A
00:07:07  22   HYPOTHETICAL BUT CAN YOU TRACE THROUGH NOW TO KNOW
00:07:10  23   EXACTLY WHO THE THIRD PARTIES ARE?
00:07:13  24        MR. RYAN:  NO, WE DO NOT HAVE SUFFICIENT
00:07:14  25   RECORDS TO KNOW WHO THOSE THIRD PARTIES ARE.  WE
```

8

```
00:07:17  1    SIMPLY BELIEVE.  AND WE KNOW MR. KREMEN HAS BEEN IN
00:07:20  2    TOUCH WITH THOSE PEOPLE THAT CONTROL THE ISP FAR
00:07:23  3    MORE THAN WE HAVE BUT THE ISP HAS MADE
00:07:25  4    REPRESENTATIONS TO US THAT THEY ARE THIRD PARTIES
00:07:28  5    SO THEY WOULD BE HARMED.  WE DON'T CARE SO AS LONG
00:07:31  6    AS THE COURT ORDERS US TO REVOKE THAT.
00:07:33  7          WE WANTED TO POINT OUT THE EQUITIES THAT
00:07:35  8    THERE ARE THIRD PARTIES INVOLVED BUT WE DON'T
00:07:37  9    REALLY WANT TO STAND BETWEEN MR. KREMEN AND
00:07:40 10    MR. COHEN.  WE NEVER WANTED TO BE THERE.
00:07:42 11          WE WANT TO GIVE THOSE RESOURCES, AS THE
00:07:45 12    COURT WANTED US TO, TO HIM, BUT ONLY AFTER, AFTER
00:07:48 13    HE SIGNS AN AGREEMENT THAT SAYS HE'LL USE THEM
0    :51 14    PROPERLY AND HE'LL BE GOVERNED BY THE RULES OF THE
00:07:54 15    COMMUNITY IN THE SAME WAY AS EVERYONE ELSE.
00:07:56 16          THE COURT:  VERY WELL.  LET ME INTERRUPT
00:07:58 17    WHATEVER COMMENTS YOU'RE GOING TO MAKE AND HEAR
00:08:00 18    FROM YOUR OPPONENT.
00:08:05 19          MR. IDELL:  GOOD MORNING, YOUR HONOR.  I
00:08:13 20    WANT TO START THIS DISCUSSION OFF BY APPROACHING IT
00:08:16 21    IN A MUCH SIMPLER WAY.  YOU KNOW, YOUR HONOR, IN
00:08:20 22    THE FIVE YEARS OR SO THAT WE HAVE COME BEFORE YOU
00:08:24 23    ON A NUMBER OF DIFFERENT PROPERTY ISSUES, THE ISSUE
00:08:27 24    HAS ALWAYS BEEN THE SAME, THERE'S A JUDGMENT
00:08:31 25    PROVIDES FOR A CONSTRUCTIVE TRUST OVER PROPERTY
```

9

```
00:08:34  1   THAT COHEN HAD.  THIS ORDER IS NO DIFFERENT THAN

00:  :36  2   ANY OF THOSE.

00:08:37  3              IT'S NOT COMPLICATED.  IT'S VERY SIMPLE.

00:08:40  4   IT'S UNDISPUTED THAT, THAT COHEN, SANDMAN, PACNET,

00:08:47  5   THE LATTER COMPANY BEING ONE THAT IT TOOK US A

00:08:51  6   WHILE TO FIGURE OUT HOW WE COULD PROVE THE ALTER

00:08:54  7   EGO STATUS BUT NOW HAS BEEN SHOWN THESE ARE ALL

00:08:57  8   COMPANIES THAT OBTAINED THESE RESOURCES FROM ARIN.

00:08:59  9              INTERESTINGLY, YOUR HONOR, THE STATEMENT

00:09:04 10   HAS BEEN MADE IN THE REPLY THAT KREMEN FOR THE

00:09:07 11   FIRST TIME IS COMING FORWARD AND SAYING HE'LL STEP

00:09:10 12   IN THE SHOES OF MR. COHEN.  THAT'S NOT AT ALL TRUE.

00:09:13 13   WE HAVE BEEN SAYING THAT SINCE DAY ONE.  WE SAID

0     16 14   THAT THE FIRST DAY WE CAME IN HERE ON

00:09:18 15   SEPTEMBER 17TH AND ASKED YOUR HONOR TO MAKE AN

00:09:20 16   ORDER THAT THEY REREGISTER THESE.  THAT'S ALL WE

00:09:24 17   EVER ASKED FOR.

00:09:25 18              WE FILED OUR OPPOSITION TO THIS MOTION

00:09:27 19   AFTER, AFTER NOT ONE BUT TWO SUBPOENAS HAVE BEEN

00:09:31 20   ISSUED ON ARIN.

00:09:33 21              IN, IN NEITHER OF THE PRODUCTIONS THEY

00:09:37 22   NEVER PRODUCED IN RESPONSE TO THOSE SUBPOENAS THESE

00:09:40 23   CONTRACTS WHICH THEY GAVE US TWO DAYS AFTER WE

00:09:43 24   FILED OUR OPPOSITION.  AND NOW THEY -- AND IT'S

00:09:46 25   VERY CURIOUS THAT THEY DIDN'T PRODUCE THOSE
```

10

00:09:49 1    CONTRACTS BUT, BUT IT'S PERHAPS ANSWERED IN THE

00:09:52 2    FACT THAT THOSE CONTRACTS DON'T EVEN DESIGNATE WHAT

00:09:56 3    RESOURCES THEY APPLY TO.

00:09:58 4         BUT NOW WE KNOW THIS CONTRACT BECAUSE

00:10:00 5    THEY HAVE GIVEN THEM TO US AND THEY SAY THAT THESE

00:10:02 6    ARE CONTRACTS THAT APPLY IN SOME WAY.  THEY SAY WE

00:10:06 7    CAN FIGURE OUT, IF YOU LOOK AT MR. -- IF I'M

00:10:10 8    PRONOUNCING HIS NAME CORRECTLY -- MR. ZLAK'S

00:10:13 9    DECLARATION HE SAYS WE CAN FIGURE OUT WHICH

00:10:15 10   RESOURCES WERE COVERED BY THIS CONTRACT.  I CAN'T

00:10:18 11   FIGURE IT OUT.  NO ONE ELSE FROM THIS LEGAL TEAM

00:10:21 12   CAN FIGURE IT OUT.  IT'S NOT EVEN CLEAR FROM THE

00:10:24 13   DECLARATION.

00:10:24 14        THE COURT:  LET'S GO BACK TO YOUR

00:10:26 15   STATEMENT ABOUT THAT THERE IS A CONFLICT, AS I

00:10:29 16   HEARD IT, BETWEEN THE POSITION OF ARIN AND THE

00:10:35 17   PLAINTIFF HERE OR, OR WITH RESPECT TO, WITH RESPECT

00:10:37 18   TO WHETHER OR NOT YOU HAD, YOU HAD INDICATED YOUR

00:10:40 19   WILLINGNESS TO SIGN WHATEVER THEY TENDERED TO YOU

00:10:43 20   TO SIGN FOR PURPOSES OF, OF TRANSFER.  HOW DO I

00:10:48 21   RESOLVE THAT CONFLICT?  IS THERE SOME DOCUMENT THAT

00:10:51 22   I CAN LOOK AT THAT WILL TELL ME WHETHER THE OFFER

00:10:53 23   WAS MADE AND REJECTED OR WHETHER IT WAS ACCEPTED?

00:10:56 24        MR. IDELL:  YOUR HONOR, THAT'S A

00:10:57 25   DIFFERENT ISSUE.  WHAT I SAID WAS --

11

THE COURT:  THAT'S THE ISSUE I'M ASKING ABOUT.  THAT'S THE ISSUE I WANT TO KNOW ABOUT.  IS THERE A PLACE THAT I CAN LOOK TO FIND THE ANSWER TO THAT?

MR. IDELL:  TO FIND THE ANSWER AS TO WHETHER OR NOT MR. KREMEN WOULD SIGN AN AGREEMENT; IS THAT THE QUESTION?

THE COURT:  SIGN WHATEVER AND INDICATED IT NEEDED TO HAVE SIGNED IN ORDER TO, TO TRANSFER TO MR. KREMEN WHAT, WHAT WAS ON ITS BOOKS BELONGING TO MR. COHEN.

MR. IDELL:  THEY HAD NEVER PRESENTED US WITH ANY DOCUMENT WHICH THEY SAID THAT IF YOU SIGN THIS DOCUMENT THEN, THEN YOU WILL BE IN THE SHOES OF MR. COHEN.

HOWEVER, YOUR HONOR, THEY WOULD NEED TO DO THAT BECAUSE IF THEY HAD VALID CONTRACTS WITH MR. COHEN AND PACNET AND THESE OTHER COMPANIES THEN BY REGISTERING THESE BLOCKED NUMBERS AND ASN NUMBERS IN MR. KREMEN'S NAME, MR. KREMEN IS BOUND BY WHATEVER CONTRACT COHEN IS BOUND BY.

THE COURT:  AND HOW DOES ONE REGISTER?

MR. IDELL:  THEY HAVE THE ABILITY, YOUR HONOR, TO CHANGE THE RECORD OF WHO, OF WHO CONTROLS THESE NET BLOCK NUMBERS AND AS NUMBERS.  THEY DO

12

00:12:18  1    THAT THROUGH AN ELECTRONIC PROCESS.  IT'S VERY

00:12:21  2    SIMILAR TO WHAT HAPPENS IN THE DOMAIN NAME CONTEXT

00:12:24  3    IN TERMS OF MAKING AN ELECTRONIC ENTRY.

00:12:27  4         MR. RYAN STATED TO YOU IN HIS BRIEF

00:12:30  5    PRESENTATION THAT THEY HAVE TO TAKE THE RESOURCES

00:12:33  6    BACK AND REISSUE THEM.  IT SOUNDS LIKE THEY'RE

00:12:38  7    DOING SOMETHING BUT THEY'RE NOT.  ALL THEY'RE DOING

00:12:40  8    IS FLIPPING A SWITCH, AN ELECTRONIC SWITCH,

00:12:44  9    CHANGING A NAME FROM JONES TO SMITH.  THAT'S ALL IT

00:12:47 10    IS.

00:12:47 11         MY POINT, YOUR HONOR, IS THAT THEY, THEY

00:12:51 12    HAVE BEEN IN AN EVOLVING PROCESS.  THEY HAVE THIS

00:12:56 13    LONG HISTORY OF HOW THEY GOT THEIR POWERS, TO THE

0    59 14    EXTENT THAT THEY HAVE ANY, WHICH IS ANOTHER ISSUE

00:13:01 15    THAT WE CAN GET INTO INVOLVING THE OTHER MOTION.

00:13:05 16         BUT THERE'S A LONG HISTORY AS TO HOW THEY

00:13:08 17    GOT THEIR POWERS AND HOW THEY DEVELOPED THEIR

00:13:11 18    SYSTEMS AND ALONG THE WAY THERE WERE CERTAIN

00:13:13 19    RESOURCES THAT WERE ISSUED BEFORE THEY EVER CAME

00:13:15 20    INTO THE PICTURE WHICH ARE NOT REGULATED BY THESE

00:13:18 21    CONTRACTS.  THAT'S THE SO CALLED LEGACY RESOURCES

00:13:21 22    WHICH APPARENTLY MR. COHEN HAS SOME OF THOSE.

00:13:24 23    THOSE ARE THE ONES THAT THEY SAY WE DON'T CONTROL.

00:13:27 24    THOSE ARE WITH UUNET.

00:13:30 25         BUT AS TO THE ONES THEY DO CONTROL

                                                    13

00:13:33  1    THEY'VE NOW COME FORWARD AND SAID, YES, THEY ARE

00:13:35  2    CONTRACTS AND WHAT WE'RE SAYING IS THAT WE DON'T

00:13:37  3    HAVE TO SIGN ANYTHING, WE DON'T HAVE TO SIGN

00:13:39  4    ANYTHING NEW.  WE JUST HAVE TO STEP INTO THE SHOES

00:13:42  5    THAT COHEN HAD BUT WE WANT TO BE BOUND BY WHATEVER

00:13:45  6    COHEN WAS BOUND BY AND THEN THEY HAVE TO COME TO US

00:13:48  7    AND SAY HERE'S WHAT COHEN IS BOUND BY.

00:13:51  8         THAT'S NOT COMPLICATED AND IT DOESN'T

00:13:54  9    MODIFY THE ORDER AND, IN FACT, IT MIGHT INVOKE A

00:13:59 10    CLARIFICATION THAT IN REREGISTERING KREMEN STEPS

00:14:03 11    INTO THE SHOES BUT THAT'S THE WHOLE NATURE OF

00:14:04 12    CONSTRUCTIVE TRUST.  YOU WOULDN'T HAVE TO DO

00:14:06 13    ANYTHING MORE THAN THAT.  THAT WOULD SOLVE THE

0     :08 14    ISSUE.

00:14:09 15         THE COURT:  I'M NOT SURE ON WHOSE SIDE

00:14:13 16    THIS CUTS BUT MY FIRST CONCERN IS THAT THIS IS A

00:14:15 17    PROBLEM WHICH EXISTED FOR AS LONG AS IT DID WITHOUT

00:14:17 18    COMING BACK HERE AND ALERTING ME TO IT.

00:14:20 19         I DON'T KEEP AS CLOSE A WATCH ON, ON MY

00:14:24 20    ORDERS AS, AS I WOULD WISH TO BECAUSE, BECAUSE IT'S

00:14:30 21    A BUSY COURT.

00:14:31 22         I DO RECALL HAVING, HAVING A SERIES OF,

00:14:34 23    OF PROPOSED ORDERS PRESENTED TO ME WITH RESPECT TO

00:14:37 24    MR. COHEN'S ACTIVITIES AND BEING WILLING, UNDER THE

00:14:40 25    CIRCUMSTANCES, TO, TO SIGN ORDERS REQUIRING VARIOUS

                                                        14

00:14:45  1    OF HIS ASSETS TO BE SURRENDERED TO, TO MR. KREMEN.

00:__:51  2    AND, AND BECAUSE OFTEN THERE IS NO OPPOSITION.

00:14:54  3            SO IF THIS HAD BEEN PRESENTED TO ME AS A

00:14:59  4    PROBLEM EARLY ON, IT WOULD HAVE GIVEN ME AN

00:15:03  5    OPPORTUNITY TO COMMENT ON IT.

00:15:04  6            HEARING WHAT I'M HEARING NOW, I GUESS I

00:15:09  7    NEED TO HEAR MORE FROM BOTH SIDES AS TO WHAT IT IS

00:15:16  8    YOU NEED THE COURT TO DO.

00:15:17  9            I DO NOT WANT THE REGISTRAR HERE, ARIN,

00:15:23 10    TO DO ANYTHING OTHER THAN TO COMPLY WITH, WITH

00:15:26 11    WHATEVER THE LAW REQUIRES TO MAKE THE TRANSFER.

00:15:28 12            IT'S, IT'S BEEN THROUGH THIS CASE THAT I

00:15:33 13    HAVE BEEN EDUCATED A LITTLE BIT ABOUT THE NATURE OF

00:__:39 14    DOMAIN NAMES AND EVEN THIS IS EARLIER FOR THE COURT

00:15:50 15    I HAVE BEEN.  IF THIS IS A DEED TO PROPERTY AND

00:15:54 16    SOMEONE HAS SOMEHOW MISCONVEYED A DEED OR ORDERING

00:16:01 17    THE PROPERTY BE TRANSFERRED, THERE'S A DOCUMENTARY

00:16:04 18    PROCESS THAT HAS TO FOLLOW THAT.  I WAS NOT

00:16:07 19    INTENDING BY MY ORDER TO, TO EXCUSE EITHER SIDE

00:16:10 20    FROM HAVING TO GO THROUGH WHATEVER PROCESS IS

00:16:13 21    REQUIRED TO MAKE A PROPER TRANSFER.

00:16:15 22            AND I WAS NOT INTENDING TO EXCUSE

00:16:18 23    MR. KREMEN FROM SIGNING WHATEVER, WHATEVER DOCUMENT

00:16:22 24    IS REQUIRED BY THE REGISTRAR TO HAVE THESE NAMES

00:16:26 25    AND TO COMPLY WITH THE LAW IF THAT'S WHAT EVERYBODY

                                                          15

| | | |
|---|---|---|
| 00:16:30 | 1 | ELSE DID.  I WAS NOT TRYING TO EXEMPT HIM FROM |
| 00:16:32 | 2 | THAT. |
| 00:16:33 | 3 | NOTHING IN MY ORDER CONTAINS ANY KIND OF |
| 00:16:39 | 4 | EXEMPTION AND THE DETAIL OF MY ORDER IS MERELY A |
| 00:16:41 | 5 | REFLECTION OF WHAT I WAS ASKED FOR WITHOUT |
| 00:16:44 | 6 | OPPOSITION AND SO IF THERE HAD BEEN OPPOSITION |
| 00:16:46 | 7 | EXPLAINING TO ME HOW TO SHAPE THE ORDER, I MIGHT |
| 00:16:50 | 8 | HAVE SHAPED IT DIFFERENTLY. |
| 00:16:51 | 9 | SO WHAT I SEE THE JOB BEFORE THE COURT |
| 00:16:54 | 10 | TODAY IS TO FIGURE OUT HOW TO DO THIS IN A WAY THAT |
| 00:16:58 | 11 | ACCOMPLISHES MY MAIN GOAL, NAMELY, TO HAVE MY ORDER |
| 00:17:01 | 12 | OBEYED; AND YOUR MAIN GOAL, WHICH IS TO GET THE |
| 00:17:05 | 13 | ASSET TRANSFER TO YOUR CLIENT; AND ARIN'S MAIN |
| 0     10 | 14 | GOAL, WHICH IS TO HAVE IT TRANSFERRED IN A FASHION |
| 00:17:13 | 15 | WHICH ALLOWS IT TO CARRY OUT ITS MANDATE TO HAVE IT |
| 00:17:17 | 16 | ISSUED UNDER CERTAIN RULES AND REGULATIONS. |
| 00:17:19 | 17 | ALL OF THOSE I DON'T BELIEVE ARE IN ANY |
| 00:17:21 | 18 | WAY IRRECONCILABLE.  AND SO WE CAN PULL ALL OF THIS |
| 00:17:26 | 19 | TOGETHER. |
| 00:17:26 | 20 | SO WHAT I NEED TO HEAR IS WHAT LANGUAGE |
| 00:17:29 | 21 | YOU ALL WOULD, WOULD SUGGEST TO ME WHICH, WHICH |
| 00:17:32 | 22 | CARRY THAT FORWARD AND IF YOU HEAR LANGUAGE FROM |
| 00:17:35 | 23 | THEM OR THEY HEAR LANGUAGE FROM YOU THAT IS |
| 00:17:38 | 24 | INCONSISTENT WITH THAT, TELL ME WHAT IT IS AND I |
| 00:17:41 | 25 | CAN RESOLVE THAT CONFLICT.  SO TAKE IT THAT WAY AND |

16

```
00:17:44  1    SEE WHERE WE COME OUT.
0r   :46  2            MR. IDELL:  AND THAT'S EXACTLY HOW WE ARE
00:17:48  3    APPROACHING IT, YOUR HONOR.  OUR SUGGESTION WOULD
00:17:49  4    BE SIMPLE.  OUR SUGGESTION WOULD BE THAT THE
00:17:51  5    LANGUAGE WOULD BE THAT MR. KREMEN WOULD FOLLOW AND
00:17:54  6    BE BOUND BY WHATEVER CONTRACTS EXISTED WITH COHEN
00:17:59  7    AND HIS ENTITIES WITH RESPECT TO, TO THE NET BLOCK
00:18:03  8    NUMBERS AND AS NUMBERS THAT ARE AT ISSUE.
00:18:07  9            THE COURT:  FOLLOW AND BE BOUND BY.  SO
00:18:10 10    YOU'RE QUESTIONING THAT HE NOT SIGN ANY DOCUMENT?
00:18:14 11            MR. IDELL:  WOULDN'T BE REQUIRED, YOUR
00:18:16 12    HONOR.  NOT ONLY THAT, YOUR HONOR, WE COULDN'T
00:18:18 13    RESOLVE THAT TODAY.
0    19  14            THE COURT:  HOW DO I KNOW HE'S BOUND BY
00:18:21 15    IT?
00:18:22 16            MR. IDELL:  WELL, YOUR HONOR, THEY'RE THE
00:18:25 17    ONES THAT ISSUED THE CONTRACTS AND IF YOU LOOK AT
00:18:28 18    MR. ZLAK'S DECLARATION THERE ARE FIVE NUMBERS --
00:18:33 19            THE COURT:  HOW WOULD I KNOW THAT
00:18:35 20    MR. KREMEN IS BOUND BY THE CONTRACT?
00:18:36 21            MR. IDELL:  WELL, YOUR HONOR, HOW WOULD
00:18:42 22    YOU KNOW THAT HE'S BOUND BY THE CONTRACT?
00:18:44 23    MR. COHEN AND/OR HIS ENTITY SIGNED THE CONTRACTS.
00:18:48 24            THE COURT:  HOW DO I KNOW THAT MR. KREMEN
00:18:49 25    IS BOUND BY IT?
```

17

00:18:51 1          MR. IDELL:  BECAUSE HE WOULD BE TAKING

00: :52 2   THIS REGISTRATION SUBJECT TO THE ORDER WHICH WOULD

00:18:54 3   SAY SO.

00:18:56 4          THE COURT:  HOW DO I KNOW THAT HE -- IF I

00:18:58 5   CALL HIM IN AND I SAY YOU HAVE TO FOLLOW THIS

00:19:00 6   ORDER, WHAT DO I HAVE TO PROVE THAT?

00:19:02 7          MR. IDELL:  IF I MAY BY EXAMPLE, YOUR

00:19:04 8   HONOR GAVE AN ORDER AFTER TRIAL THAT MR. KREMEN BE

00:19:07 9   ENTITLED TO THE PROPERTY IN SAN DIEGO.  THE

00:19:09 10  PROPERTY IN SAN DIEGO CARRIES WITH IT COVENANTS AND

00:19:14 11  RESTRICTIONS, IT CARRIES WITH IT A HOMEOWNER'S

00:19:17 12  ASSOCIATION THAT YOU HAVE TO BE BOUND BY THE RULES.

00:19:19 13  ALL OF THAT FOLLOWS THE FORM.  YOU GET THE PROPERTY

0   :22 14  AND THEN THERE ARE RULES AND REGULATIONS THAT

00:19:24 15  FOLLOW ITS USE.

00:19:25 16         THE SAME IS TRUE OF THE PROPERTY THAT YOU

00:19:27 17  SIGNED OVER WITH REGARD TO THE FACILITY IN SAN

00:19:31 18  DIEGO.  YOU SAID MR. KREMEN IS ENTITLED TO THE

00:19:33 19  PROPERTY, THERE WAS A LEASE IN PLACE, THERE WERE

00:19:35 20  RULES AND REGULATIONS AND IT FOLLOWS THE FORM.

00:19:38 21         THE SAME THING IS TRUE WITH ALL OF THESE

00:19:40 22  DOMAINS THAT WERE SIGNED OVER.

00:19:41 23         THE COURT:  WELL, BUT, ALL RIGHT.  SO

00:19:43 24  IT'S LIKE A COVENANT THAT RUNS WITH THE LAND SO

00:19:47 25  HE'S BOUND BY WHATEVER ARE THE CURRENT

                                                      18

00:19:49 1   RESTRICTIONS.

00:19:51 2   　　　　MR. IDELL:  NOT THE CURRENT RESTRICTIONS.

00:19:54 3   WHATEVER MR. COHEN WAS BOUND BY.

00:19:55 4   　　　　THE COURT:  IF IT RUNS WITH THE LAND, AS

00:19:57 5   THE HOMEOWNER ASSOCIATION CHANGES THE RULES, IT

00:20:00 6   APPLIES TO EVERYONE.  IF THE HOMEOWNERS ASSOCIATION

00:20:04 7   SAYS WE NOW CHANGED THE RULES AND YOU CAN'T HAVE

00:20:07 8   EIGHT-FOOT FENCES AND SOMEONE TAKES THE PROPERTY,

00:20:10 9   CAN THEY HAVE A SIX-FOOT FENCE OR ARE THEY

00:20:13 10  RESTRICTED TO EIGHT?

00:20:13 11  　　　　MR. IDELL:  THE ANSWER IS AT THE TIME

00:20:15 12  THAT COHEN GOT IT FROM ARIN, IF THE AGREEMENT

00:20:19 13  PROVIDES THAT THEY CAN CHANGE THE RULES, THEN THEY

00:20:22 14  CAN CHANGE THE RULES.  IF IT DOESN'T SAY THAT THEN

00:20:24 15  THEY CAN'T.

00:20:24 16  　　　　THE COURT:  ALL RIGHT.  SO WHAT IS YOUR

00:20:26 17  OBJECTION TO HIS SIGNING?  I DON'T UNDERSTAND THE

00:20:29 18  OBJECTION.

00:20:29 19  　　　　MR. IDELL:  BECAUSE WHAT THEY PRESENTED

00:20:31 20  TO MR. COHEN, WITHOUT GOING INTO THE LENGTHY

00:20:34 21  PROCESS OF NEGOTIATION AND THERE IS AN ISSUE AS TO

00:20:38 22  WHY IT TOOK THEM SO LONG TO COME INTO THIS COURT.

00:20:41 23  BUT AT THE LENGTHY PROCESS THEY NEVER REPRESENTED

00:20:44 24  MR. KREMEN UNTIL THE REPLY TO THESE PROCEEDINGS

00:20:47 25  WHICH CAME AFTER OUR OPPOSITION AND SUPPLEMENTAL

19

| | | |
|---|---|---|
| 00:20:50 | 1 | OPPOSITION, THEY NEVER ONCE CAME FORWARD AND SAID, |
| 00:20:54 | 2 | SAID HERE ARE THE CONTRACTS THAT COHEN HAS, YOU'RE |
| 00:20:56 | 3 | BOUND BY THIS. |
| 00:20:57 | 4 | THE COURT:  SO THE ONLY REASON THEY |
| 00:20:59 | 5 | DIDN'T SIGN IS THAT BECAUSE HE DIDN'T COME FORWARD |
| 00:21:01 | 6 | WITH WHAT THEY -- |
| 00:21:04 | 7 | MR. IDELL:  THEY'RE ASKING HIM TO SIGN |
| 00:21:06 | 8 | WHAT THE CURRENT AGREEMENT IS. |
| 00:21:08 | 9 | THE COURT:  THE REASON TO SIGN IS IT'S |
| 00:21:11 | 10 | CURRENT.  YOU'RE WILLING TO SIGN SOMETHING BUT NOT |
| 00:21:13 | 11 | THAT. |
| 00:21:13 | 12 | MR. IDELL:  HE'S WILLING TO SIGN AN |
| 00:21:15 | 13 | ACKNOWLEDGEMENT THAT THIS IS THE COHEN CONTRACT, |
| 00:21:17 | 14 | AND ONCE THEY PROVE TO US THAT, THAT THEY, IN FACT, |
| 00:21:21 | 15 | HAVE A CONTRACT WITH COHEN AND IT APPLIES TO THESE |
| 00:21:24 | 16 | ASN NUMBERS WHAT I STARTED TO SAY A FEW MOMENTS |
| 00:21:27 | 17 | AGO, YOUR HONOR, IS THAT WE CAN'T FIGURE OUT TODAY, |
| 00:21:29 | 18 | ABSENT SOME SHOWING BY THE OTHER SIDE, THAT, IN |
| 00:21:32 | 19 | FACT, THESE CONTRACTS THAT THEY HAVE APPLY TO THESE |
| 00:21:36 | 20 | RESOURCES BECAUSE YOU CAN'T TRACE THEM.  THEY DON'T |
| 00:21:38 | 21 | SAY ON THEM, THIS IS THE CONTRACT FOR THIS, FOR |
| 00:21:41 | 22 | THIS NET BLOCK NUMBER OR THIS IS THE CONTRACT FOR |
| 00:21:43 | 23 | THIS AS NUMBER. |
| 00:21:45 | 24 | THE COURT:  AND WHAT IS THE HARM TO |
| 00:21:46 | 25 | MR. KREMEN IF THEY HAVE TO SIGN THE CURRENT |

20

00:21:49  1    RESTRICTION?

0:   :49  2         MR. IDELL:  BECAUSE HE WOULD BE AGREEING

00:21:51  3    TO MORE THAN COHEN AGREED TO AND THAT WOULD NOT BE

00:21:55  4    CONSISTENT WITH THE JUDGMENT OF CONSTRUCTIVE TRUST.

00:21:57  5    HE SHOULDN'T BE REQUIRED TO HAVE LIMITATIONS THAT

00:21:59  6    WERE NOT IMPOSED BY COHEN.

00:22:00  7         THE COURT:  AND IS THAT THE ONLY REASON?

00:22:02  8         MR. IDELL:  THAT'S THE REASON, YOUR

00:22:03  9    HONOR.

00:22:03 10         THE COURT:  ALL RIGHT.  THANK YOU.

00:22:07 11         LET ME GO BACK OVER HERE, AND I KNOW I'M

00:22:10 12    SHORT OF TIME OR OUT OF TIME.

00:22:11 13         WHAT IS IT YOU WANT THE COURT TO DO THAT

0:   13 14    WOULD PROTECT YOUR CLIENT.

00:22:15 15         MR. RYAN:  ABSOLUTELY.  FIRST OF ALL, WE

00:22:17 16    HAVE GIVEN YOU A FORM OF ORDER THAT I WOULD LIKE

00:22:19 17    YOU TO REVIEW TODAY.  WE WOULD LIKE YOU TO SIGN THE

00:22:22 18    FORM OF ORDER TO MODIFY THE ORDER.

00:22:24 19         THE COURT:  PASS IT UP.

00:22:25 20         MR. RYAN:  THANK YOU VERY MUCH.  THIS IS

00:22:29 21    IDENTICAL TO THE ONE WITH OUR ORIGINAL PLEADING.

00:22:33 22         SECOND, I'M GOING TO HAND UP TO THE COURT

00:22:36 23    AN EXACT DUPLICATE OF THE RSA THAT WAS SIGNED BY

00:22:39 24    MR. COHEN FOR THE FIRST PIECE OF PROPERTY.  NOW,

00:22:43 25    THE RSA'S CHANGE OVER TIME JUST LIKE SOFTWARE

                                                          21

|          |    |                                                      |
|----------|----|------------------------------------------------------|
| 00:22:46 | 1  | LICENSES DO.  WE DON'T CARE WHICH ONE HE SIGNS.  HE   |
| 00:22:49 | 2  | CAN SIGN THE ONE THAT WAS THE FIRST ONE THAT COHEN    |
| 00:22:52 | 3  | AND HIS ASSOCIATE SIGNED.  THEY CAN SIGN THE SECOND   |
| 00:22:55 | 4  | VERSION THAT WAS EXTANT ON SOME OF THE LATER GIVEN    |
| 00:23:02 | 5  | IP SOURCES OR THEY CAN SIGN TODAY.  I, FRANKLY,       |
| 00:23:05 | 6  | DON'T CARE.                                           |
| 00:23:05 | 7  | THE COURT:  WHY DON'T YOU CARE?                       |
| 00:23:07 | 8  | MR. RYAN:  I DON'T CARE BECAUSE WHILE                 |
| 00:23:09 | 9  | THE, WHILE THE, THE RSA HAS EVOLVED, THIS HAS BEEN    |
| 00:23:14 | 10 | TOTALLY OF THEIR MAKING THAT THEY WON'T SIGN          |
| 00:23:16 | 11 | ANYTHING.  THEY WON'T SIGN ANY PAPERWORK.             |
| 00:23:18 | 12 | THE COURT:  YOU'VE GOT ME NOW.                        |
| 00:23:20 | 13 | MR. RYAN:  I UNDERSTAND.                              |
| 00:23:20 | 14 | THE COURT:  WHY DON'T YOU CARE?                       |
| 00:23:21 | 15 | MR. RYAN:  I DO ACTUALLY.                             |
| 00:23:22 | 16 | THE COURT:  IS IT SIGNIFICANT BETWEEN                 |
| 00:23:25 | 17 | THESE?                                                |
| 00:23:25 | 18 | MR. RYAN:  NO, IT IS SIGNIFICANT.  AS THE             |
| 00:23:27 | 19 | INTERNET COMMUNITY CHANGES, RSA 9, WHICH IS OUR       |
| 00:23:31 | 20 | CURRENT VERSION, WOULD GOVERN ANYONE WHO CAME TO US   |
| 00:23:34 | 21 | TODAY AND WE HAVE PROVIDED THE COURT WITH A COPY OF   |
| 00:23:36 | 22 | RSA 9.                                                |
| 00:23:38 | 23 | WE, WE REALLY JUST WANT TO RESOLVE THE                |
| 00:23:41 | 24 | ISSUE.  IT WOULD BE MORE APPROPRIATE GIVEN THAT       |
| 00:23:43 | 25 | THEY'RE GETTING THE RESOURCES TODAY TO SIGN RSA 9.    |

22

```
00:23:46  1        THE COURT:  DO YOU HAVE REGISTRANTS NOW
0r   :48  2   WHO ARE AT VARIOUS STAGES OF PROTECTION OR
00:23:51  3   RESTRICTION?
00:23:51  4        MR. RYAN:  WE HAVE 11,500 DIFFERENT
00:23:54  5   ENTITIES THAT HAVE GOTTEN RESOURCES OVER TIME THAT
00:23:57  6   ARE GOVERNED HISTORICALLY BY THE DIFFERENT
00:24:00  7   AGREEMENTS.
00:24:00  8        THE COURT:  SO THEY'RE USED TO THAT?
00:24:02  9        MR. RYAN:  THEY'RE USED TO THAT.
00:24:04 10        THE COURT:  SO WHAT DO YOU DO, LOOK UP
00:24:06 11   EACH ONE?
00:24:06 12        MR. RYAN:  THAT'S RIGHT, THAT'S RIGHT.
00:24:08 13   AND SO IN TRUTH, YOUR HONOR, AGAIN, I'M TRYING TO
0    11 14   PROVE TO THE COURT THAT THE FLEXIBLE PARTY HERE,
00:24:13 15   THE PARTY THAT IS SEEKING RESOLUTION IS US, WHETHER
00:24:16 16   IT'S RSA 2, 3, OR 9, I DON'T CARE.  IN FACT, I HAVE
00:24:21 17   A BLANK ONE SIGNED BY MY CFO RIGHT HERE IN COURT.
00:24:26 18   MR. KREMEN IS IN COURT.  HE CAN SIGN IT RIGHT NOW,
00:24:28 19   AND I CAN LEAVE THE COURTROOM TODAY AND GO HOME AND
00:24:31 20   TRANSFER THESE RECOURSES.
00:24:33 21        NOW, THE OTHER COROLLARY THAT WE DO WANT
00:24:37 22   YOU TO ORDER THE REVOCATION OF THOSE RESOURCES.
00:24:40 23        THE COURT:  I HEARD THAT.
00:24:42 24        MR. RYAN:  ALL RIGHT.  NOW, WITH REGARD
00:24:43 25   TO THE LEGACY PORTION, THAT PORTION THAT WAS
```

                                                    23

00:24:46 1    GRANTED THERE WAS A MAN NAMED JOHN POSTELLE WHO

00: :50 2    INVENTED THE INTERNET AND HE HAD A NOTEBOOK ON HIS

00:24:53 3    DESK AND AT THE BEGINNING OF THE INTERNET HE WROTE

00:24:57 4    DOWN SOME OF THOSE THINGS, MR. KREMEN GOT SOME OF

00:24:59 5    THAT SPACE, SO DID UUNET AND PART OF WHAT WE ASK TO

00:25:04 6    BE TRANSFERRED IS THE UUNET AND THIS ORDER SAYS WE

00:25:09 7    CAN'T DO THAT AND IN THE SAME WAY I CAN'T TAKE BACK

00:25:13 8    FROM MR. KREMEN HIS LEGACY ADDRESS SPACE, I

00:25:16 9    SIMILARLY HAVE NO CONTRACTUAL SERVICE AGREEMENT

00:25:19 10   AUTHORITY TO TAKE BACK THAT SMALL PORTION THAT

00:25:22 11   UUNET HAS.  THEY CAN PURSUE UUNET FOR THAT.

00:25:27 12        NOW, THE LAST PORTION IN THE ORDER IS THE

00:25:29 13   ONE ASN THAT HAS BEEN TRANSFERRED IT WAS IN MEXICO.

0    :33 14   WE TRANSFERRED IT IN 2002.  THAT WAS PERFECTLY

00:25:36 15   APPROPRIATE BECAUSE IT WAS ONLY IN DECEMBER OF

00:25:38 16   2003, NOT WHEN THE COURT ISSUED ITS ORIGINAL ORDER

00:25:43 17   THAT THEY SOUGHT TO ENFORCE AGAINST US, THAT THEY

00:25:46 18   SOUGHT TO HAVE THAT ORDER, AND I HAVE THE DOCUMENT

00:25:49 19   RIGHT HERE TO SHOW THAT.

00:25:50 20        IT IS A LETTER SENT BY MR. IDELL.  IT'S

00:25:53 21   DATED NOVEMBER 2003 AND IT SAYS THAT THEY'RE GOING

00:25:56 22   TO SEEK TO ENFORCE YOUR 2001 ORDER.

00:25:59 23        SO IN 2002, WE TRANSFERRED THINGS TO

00:26:02 24   MEXICO.  THAT WAS PERFECTLY APPROPRIATE.

00:26:04 25        NOW, THERE'S TWO THINGS WE CAN DO.  WE

                                                24

00:26:07  1    ARE AGAIN THE PARTY THAT WANTS TO RESOLVE THINGS.

00:  :09  2    I'LL GIVE THEM A NEW ASN, A NUMBER THAT IS A UNIQUE

00:26:14  3    IDENTIFIER.  IT WON'T BE THE ONE THAT COHEN HAD OR

00:26:17  4    I'LL ASK MY BROTHER IN LATIN AMERICA TO SEE IF THEY

00:26:21  5    WILL RETURN IT VOLUNTARILY TO THE COURT WHICH I CAN

00:26:23  6    DO, BUT I CAN'T ORDER PZLAK TO DO ANYTHING.  WE

00:26:26  7    SPUN THAT OFF.

00:26:27  8         NOW, I AM OUTRAGED THAT MY BROTHER WOULD

00:26:31  9    STAND HERE AND TELL THIS COURT THAT IT WAS ONLY IN

00:26:34 10    OUR REPLY PAPERS THAT WE, WE DESCRIBE THIS PROCESS.

00:26:37 11         I'M GOING TO READ TO THE COURT WHAT IS

00:26:39 12    EXHIBIT C.

00:26:40 13         THE COURT:  DON'T READ IT.  TELL ME AND

0:  42 14    I'LL BELIEVE YOU AND I'LL LOOK AT IT.

00:26:44 15         MR. RYAN:  LOOK AT EXHIBIT C TO

00:26:46 16    MR. ZLAK'S AFFIDAVIT AND I CAN HAND UP A COPY

00:26:49 17    BECAUSE I HAVE ANOTHER COPY HERE, AND IT WILL HELP

00:26:54 18    THE COURT.

00:26:55 19         THE COURT:  I'VE GOT ENOUGH PAPER.  LET

00:26:57 20    ME FIND IT.  IT'S AN E-MAIL.

00:26:59 21         MR. RYAN:  IT'S AN E-MAIL.  IF YOU LOOK

00:27:01 22    AT THAT E-MAIL ON JANUARY 30TH, 2004, THIS IS

00:27:04 23    APPROXIMATELY 30 DAYS AFTER, AFTER MR. KREMEN

00:27:07 24    FINALLY DECIDED HE WANTED TO ENFORCE THE COURT'S

00:27:09 25    2001 ORDER.  IF YOU READ THAT E-MAIL, THE ONLY

25

00:27:14 1    IMPORT OF WHAT WE'RE SAYING IS THAT WE ASKED HIM TO

00:27:17 2    FILL OUT THE PAPERWORK, AND, IN FACT, YOUR HONOR.

00:27:20 3             THE COURT:   WHERE IS THAT LANGUAGE?

00:27:22 4             MR. RYAN:   THIS IS MR. IDELL'S LANGUAGE.

00:27:26 5    AS WE DISCUSSED IN WASHINGTON, WE AGREED TO RESOLVE

00:27:29 6    THE MATTER AND ENFORCEMENT OF THE ORDER BY

00:27:32 7    ASSIGNMENT OF THE NET BLOCKS TO GARY, ARIN WANTED

00:27:35 8    IN THE SECOND PARAGRAPH, ARIN WANTED GARY TO FILL

00:27:39 9    OUT THE USUAL PAPERWORK BEFORE THE ACTUAL

00:27:41 10   ASSIGNMENT.   IT WAS UNDERSTOOD THAT MR. JIMMERSON

00:27:45 11   AND YOU, IF NECESSARY, WOULD ASSIST GARY THROUGH

00:27:48 12   THAT PROCESS.

00:27:49 13            I CAN TELL YOUR HONOR, I WILL REPRESENT

00:27:50 14   TO THE COURT THAT I HAD MY STAFF PREPARE THE PAPERS

00:27:54 15   FOR THEM SO THAT THEY COULD JUST SIGN THEM.

00:27:56 16            SO SINCE 2004 ALL OF THE, ALL OF THE

00:28:01 17   ENERGY AND WASTE HAS BEEN GENERATED BECAUSE GARY

00:28:05 18   KREMEN WANTED DIFFERENT RIGHTS THAN EVERYBODY ELSE

00:28:08 19   IN THE INTERNET.   HE WANTED DIFFERENT RIGHTS THAN

00:28:11 20   MR. COHEN HAD, HE WANTED DIFFERENT RIGHTS THAN THE

00:28:14 21   DEPARTMENT OF DEFENSE, AND WE WERE UNWILLING TO

00:28:16 22   GRANT THAT.

00:28:18 23            THE COURT:   ALL RIGHT.   I'M OUT ON TIME

00:28:20 24   ON THIS WHOLE MATTER SO I MOVE TO HAVE IT

00:28:22 25   SUBMITTED.

                                                            26

00:28:23  1          I'LL TAKE A LOOK AT YOUR PROPOSED ORDER.

0?   :26  2  IT, AS I SAID, IT DOES APPEAR TO ME THAT, THAT MY

00:28:29  3  GOAL WAS SIMPLY TO, TO PUT MR. KREMEN IN OWNERSHIP

00:28:34  4  OF THIS BLOCK OF RESOURCES AS A WAY OF, OF, OF

00:28:42  5  SATISFYING A JUDGMENT.

00:28:43  6          IT APPEARS TO ME TO TIE TO WHAT WAS TAKEN

00:28:46  7  FROM HIM THAT MR. COHEN HAD DEVELOPED OVER TIME

00:28:51  8  UNLAWFULLY, AND BUT I WAS NOT TRYING TO EXEMPT HIM

00:28:55  9  FROM NORMAL REGISTRATION REQUIREMENTS SIGNING

00:28:58 10  WHATEVER AGREEMENTS WOULD BE REQUIRED.  THEY WERE

00:29:03 11  TO MAINTAIN THE RESOURCE AND IT WAS MY INTENT TO

00:29:09 12  HAVE HIM TAKE THE RIGHTS AND BUT ONLY UNDER THE

00:29:15 13  USUAL AND NORMAL CIRCUMSTANCES AND I'LL TRY IMPOSE

0   :18 14  AN ORDER WHICH, WHICH TAKES, TAKES THAT INTO

00:29:21 15  CONSIDERATION.

00:29:22 16          MR. IDELL:  MAY I BE HEARD BRIEFLY, YOUR

00:29:24 17  HONOR?

00:29:24 18          THE COURT:  BRIEFLY.

00:29:32 19          MR. IDELL:  YOUR HONOR, WHAT I SAID WAS,

00:29:34 20  AND I DON'T SEE HOW MR. RYAN CAN DISAGREE WITH

00:29:37 21  THIS, WE NEVER FOUND OUT UNTIL AFTER THIS OUR

00:29:40 22  OPPOSITION TO THE MOTION THAT THE CONTRACTS WERE

00:29:42 23  FILED.

00:29:43 24          AND THE E-MAIL COUNSEL REFERRED YOU TO

00:29:45 25  SAYS NOTHING ABOUT CONTRACTS AND ALL OF THE

                                                      27

00:29:47 1  E-MAILS, AND THERE'S MANY OF THEM IN THERE, THOSE

00: :50 2  WERE ALL SETTLEMENT DISCUSSIONS THAT PROBABLY

00:29:52 3  SHOULDN'T BE BEFORE THIS COURT BUT SUFFICE IT TO

00:29:54 4  SAY THAT THEY DIDN'T DISCLOSE TO US THAT THEY

00:29:57 5  DIDN'T CONTROL THE UUNET BLOCK, THEY DIDN'T

00:30:00 6  DISCLOSE TO US THAT THEY HAD GIVEN AWAY TO THEIR

00:30:02 7  LATIN AMERICAN BROTHER ONE OF THE BLOCKS, THAT THEY

00:30:05 8  ONLY HAD THREE BLOCKS.

00:30:07 9  THEY HANDED MR. KREMEN PAPERWORK WHICH

00:30:09 10 WAS THEIR CURRENT PAPERWORK AND MR. KREMEN STARTED

00:30:12 11 FILLING IT OUT AND SAYING, WAIT A MINUTE, I'M NOT

00:30:14 12 APPLYING FOR THIS. I DON'T HAVE TO APPROVE THAT

00:30:17 13 I'M DOING THIS. I DON'T HAVE TO DO THIS. ALL I'M

0    20 14 GETTING IS WHAT COHEN HAD. AND WHEN WE TOLD THEM

00:30:23 15 THAT, THEY NEVER SAID, WELL, COHEN SIGNED A

00:30:25 16 CONTRACT, HERE IT IS. INSTEAD THEY DID NOTHING.

00:30:29 17 AND, AND, YOUR HONOR, WE HAVEN'T

00:30:31 18 DISCUSSED THE, THE VARIOUS, THE VARIOUS PROCEDURAL

00:30:34 19 BLOCKS TO THEIR, TO THEIR RELIEF. WE HAVE BRIEFED

00:30:37 20 THAT ALL EXTENSIVELY. I THINK THEY'RE OUT OF THE

00:30:40 21 BOX ON ANY OF THE GROUNDS OF RULE 60 AND, AND I'M

00:30:43 22 HAPPY TO SUBMIT IT, YOUR HONOR, BUT I WANTED TO

00:30:46 23 MAKE SURE THAT WHILE THEY SAY WE'RE THE PARTY

00:30:50 24 TRYING TO SOLVE THIS ALL MR. KREMEN HAS SAID SINCE

00:30:54 25 THE HEARING IS EXACTLY WHAT YOUR HONOR SAID:  I

28

00:30:56  1    WANT TO STEP INTO THE SHOES AND DO WHAT HE DID,

00:30:59  2    NOTHING MORE, NOTHING LESS.

00:31:00  3            THE COURT:  WELL, I'M SURE YOU'LL AGREE

00:31:05  4    WITH THE COURT THAT I HAVE MADE THIS COURT AND, AND

00:31:07  5    AVAILABLE TO YOU FOR ANY DISPUTE.  IF I HAD KNOWN

00:31:10  6    ABOUT IT EARLIER, IF THIS HAD BEEN STARTED IN 2004,

00:31:14  7    IF I HAD KNOWN ABOUT IT IN 2004, IT WOULD HAVE BEEN

00:31:16  8    RESOLVED IN 2004.

00:31:18  9            NOW THAT I KNOW ABOUT IT, I'LL TRY AND

00:31:20 10    GIVE YOU A RESOLUTION THAT IS CONSISTENT WITH MY

00:31:23 11    ATTITUDE ABOUT THIS.

00:31:23 12            MR. IDELL:  THANK YOU, YOUR HONOR.

00:31:25 13            THE COURT:  NOW -- SO LET'S MOVE TO THE,

00:31:27 14    TO THE SECOND OF THE MOTIONS WHICH IS THE MOTION

00:31:30 15    TO, TO DISMISS.

00:31:38 16            MR. HUMMEL:  GOOD MORNING, YOUR HONOR.

00:31:42 17    CHAD HUMMEL ON BEHALF OF ARIN THE DEFENDANT IN THIS

00:31:46 18    CASE AND THE MOVING PARTY.

00:31:48 19            YOUR HONOR HAS ALREADY HIT ON A NUMBER OF

00:31:51 20    THE THEMES THAT WE RAISED IN THE MOTION TO DISMISS.

00:31:53 21    THIS WAS A COMPLAINT THAT WAS BROUGHT THAT RELATES

00:31:56 22    ENTIRELY TO THIS COURT'S SEPTEMBER 17TH, 2001

00:31:59 23    ORDER.

00:32:00 24            THE COMPLAINT RECITES CLAIMS OR PURPORTS

00:32:02 25    TO RECITE CLAIMS UNDER SECTION 1 OF THE SHERMAN

                                                        29

00:32:05 1  ACT, SECTION 2 OF THE SHERMAN ACT, CALIFORNIA'S

00:32:08 2  CARTRIGHT ACT, WHICH IS THE CALIFORNIA STATE AND

00:32:11 3  ANTITRUST STATUTE THAT, OF COURSE, TRACKS ONLY THE

00:32:14 4  SECTION 1 CLAIM AND THERE'S NO RIGHT TO UNILATERAL

00:32:20 5  MONOPOLIZATION CLAIM UNDER THE CARTRIGHT ACT.  IT

00:32:23 6  HAS TO BE CONCERTED ACTIVITY, CONVERSION AND BREACH

00:32:27 7  OF FIDUCIARY DUTY.

00:32:29 8       ALL OF THOSE CAUSES OF ACTION ARISE OUT

00:32:31 9  OF BASICALLY THE FOLLOWING CONDUCT NONE OF WHICH IS

00:32:35 10 SUFFICIENT TO JUSTIFY THAT THE LAWSUIT CONTINUES

00:32:37 11 PAST TODAY.

00:32:38 12       THE CONDUCT THAT THEY ALLEGE IN THE

00:32:40 13 COMPLAINT IS, ONE, THAT ARIN WAS CREATED BY THE

00:32:42 14 GOVERNMENT; IT WAS CREATED TO ALLOCATE RESOURCES

00:32:47 15 AND NOT PROPERTY BY THE WAY AND WE CAN GET INTO

00:32:49 16 THAT IF YOU'RE INTERESTED.

00:32:50 17       THE COURT:  WELL, I DON'T KNOW.  I MAY BE

00:32:52 18 BOUND BY THE CIRCUIT ON THAT.

00:32:54 19       MR. HUMMEL:  THERE'S A BIG DIFFERENCE

00:32:56 20 BETWEEN DOMAIN NAMES AND IP RESOURCES AND MR. RYAN

00:32:59 21 CAN TALK TO YOU, AS HE DID WITH ME ALL MORNING

00:33:02 22 BEFORE WE CAME TO COURT, ABOUT THE DIFFERENCES AND

00:33:04 23 THEY'RE IMPORTANT BUT IT'S DIFFERENT THAN A DOMAIN

00:33:07 24 NAME SUFFICE IT TO SAY THAT.

00:33:08 25       THE COURT:  IS THERE A CASE HOLDING THAT

                                                          30

```
00:33:11  1      THAT'S A PROPERTY RIGHT?
or    :12  2              MR. HUMMEL:  NO, NOT OF THE IP TYPE THAT
00:33:14  3      ARIN DISTRIBUTES, NO.  BUT WE WERE CREATED, WE
00:33:19  4      ESTABLISHED PREREQUISITES FOR FOLKS AND COMPANIES
00:33:23  5      THAT REQUESTED THESE IP RESOURCES.  WE CREATED A
00:33:26  6      REGISTRATION SERVICES AGREEMENT, VARIOUS FORMS OF
00:33:29  7      WHICH YOUR HONOR HAS CONSIDERED AND TALKED ABOUT
00:33:31  8      THIS MORNING.  THOSE CONTAIN SOME SPECIFIC RIGHTS
00:33:34  9      THAT ARIN RETAINS SUCH AS TO INSIST ON CERTAIN
00:33:38 10      INFORMATION DISCLOSURE, THE PAYMENT OF FEES, AND
00:33:41 11      WHAT THEY CALL GRAB BACK PROVISIONS, IN OTHER
00:33:45 12      WORDS, IF THEY VIOLATE THE TERMS AND CONDITIONS IN
00:33:47 13      WHICH THEY WERE ALLOCATED THE IP RESOURCES ARIN
0     52 14      OBTAIN THE RIGHT TO TAKE THEM BACK.
00:33:53 15              THE REST OF THE CONDUCT IS THAT THERE WAS
00:33:55 16      AN ORDER ISSUED, YOUR HONOR ISSUED IT IN SEPTEMBER
00:33:58 17      OF 2001, SERVICE OF THAT ORDER, BY THE WAY, WAS
00:34:01 18      AFFECTED IN DECEMBER OF '03.  FROM DECEMBER '03 ON
00:34:08 19      THE PARTIES NEGOTIATED OVER THE COMPLIANCE WITH THE
00:34:10 20      ORDER AND THE TERMS OF SUCH COMPLIANCE, SOME OF
00:34:12 21      WHICH, SOME OF WHICH MR. RYAN GOT INTO INCLUDING
00:34:15 22      WITH THE E-MAIL.
00:34:16 23              AND IT'S UNDISPUTED THAT ARIN HAS ALWAYS,
00:34:22 24      ALWAYS ORDERED TO TRANSFER THESE IP RESOURCES, OR
00:34:25 25      IP RESOURCES GENERALLY, GENERALLY THAT WOULD BE THE
```

31

00:34:28  1    FUNCTIONAL EQUIVALENCE IF, IF, IF MR. KREMEN,

00:    :31  2    KREMEN SIGNED THE CURRENT RSA AND OTHERWISE

00:34:34  3    COMPLIED WITH ARIN'S GUIDELINES.  THAT'S THE

00:34:37  4    CONDUCT.  THAT'S THE CONDUCT.

00:34:41  5         SECTION 1 OF THE SHERMAN ACT AS YOUR

00:34:45  6    HONOR KNOWS ONLY PROHIBITS RESTRAINTS OF TRADE AND

00:34:53  7    COMBINATIONS OR CONSPIRACIES THAT UNREASONABLY

00:34:55  8    RESTRAIN TRADE.

00:34:57  9         LET'S TALK ABOUT THE SECTION 1 CLAIM FOR

00:34:59 10    A MINUTE.  IT IS, NUMBER ONE, BARRED BY STATUTE.

00:35:02 11    IT WAS A FOUR-YEAR STATUTE OF LIMITATIONS.  THE

00:35:05 12    CONDUCT THAT IS REALLY, REALLY BEING COMPLAINED

00:35:07 13    ABOUT BY MR. KREMEN OCCURRED THE DATE THE ORDER WAS

00:    11 14    SIGNED.  HE COULD HAVE GONE TO ARIN THAT DAY AND

00:35:14 15    INSISTED UPON THE TRANSFER SUBJECT TO THE TERMS AND

00:35:17 16    CONDITIONS.  IT'S MORE THAN FOUR YEARS BEFORE THE

00:35:19 17    FILING OF THE COMPLAINT.  IT'S TIME BARRED.

00:35:24 18         NUMBER TWO, TO THE EXTENT HE'S

00:35:25 19    COMPLAINING ABOUT THE NEGOTIATIONS RELATING TO

00:35:28 20    COMPLIANCE WITH THE ORDER, THAT'S UNDER THE

00:35:30 21    NORR-PENINGTON DOCTRINE AND WE CITED THE CASES THAT

00:35:33 22    TALK ABOUT SETTLEMENT NEGOTIATIONS OR OFFERS TO

00:35:35 23    COMPLY IN CONNECTION WITH ENFORCEMENT OF A COURT

00:35:38 24    ORDER.

00:35:39 25         NUMBER THREE, THERE'S NO COMBINATION OR

32

00:35:41  1    CONSPIRACY THAT SURVIVES THE COPPERWELL TEST.  THE

00:   :44  2    BEST THEY CAN DO IS SAY THEY ARE OFFICERS AND

00:35:47  3    DIRECTORS OF ARIN; THAT IF CONSPIRED WITH THE

00:35:51  4    ENTITY ITSELF AND IF YOUR HONOR KNOWS UNDER THE

00:35:53  5    COPPERWELL DOCTRINE THAT DOESN'T CONSTITUTE A

00:35:56  6    SECTION 1 COMBINATION OR CONSPIRACY.

00:35:58  7           NUMBER FOUR, THERE'S NO HARM TO

00:36:00  8    COMPETITION ALLEGED ANYWHERE IN THE COMPLAINT OTHER

00:36:02  9    THAN THE CONCLUSORY LANGUAGE.  MERELY HAVING AN

00:36:06  10   INFORMATION DISCLOSURE REQUIREMENT, MERELY

00:36:09  11   REQUIRING THAT PAYMENT OF FEES AND MERELY REQUIRING

00:36:12  12   THE SIGNING OF A REGISTRATION SERVICES AGREEMENT IS

00:36:15  13   NOT, IS NOT CONDUCT THAT HARMS COMPETITION IN

00:   :18  14   GENERAL, AND FOR THAT, YOUR HONOR, I WOULD REFER

00:36:20  15   YOU TO THE GREGORY CASE IN THE TENTH CIRCUIT WHICH

00:36:23  16   IS VERY ANALOGOUS TO THIS CASE UNDER THE SECTION 1

00:36:26  17   OF THE SHERMAN ACT.

00:36:28  18          IN SHORT, THIS SECTION 1 CLAIM FAILS ON A

00:36:31  19   NUMBER OF GROUNDS, STATUTE, NORR-PENINGTON

00:36:33  20   IMMUNITY, COPPERWELL AND THERE'S NO ALLEGATION

00:36:36  21   WHATSOEVER WITHIN THE RELEVANT MARKET THAT THEY

00:36:39  22   DESCRIBE.

00:36:39  23          LET ME MOVE ONTO THE SECTION 2 CLAIM IF I

00:36:42  24   MIGHT.  MONOPOLIZATION UNDER THE SHERMAN ACT

00:36:49  25   REQUIRES THAT THE ACQUISITION OR MAINTENANCE OF

                                                              33

MONOPOLY POWER, THAT IS THE ABILITY TO CONTROL

PRICE AND EXCLUDE COMPETITION THROUGH PREDATORY OR

EXCLUSIONARY CONDUCT.   AGAIN, WHAT IS THE CONDUCT

HERE?   THE CONDUCT IS MERELY HAVING LEGITIMATE

SPECIFIC PREREQUISITES TO OBTAINING THESE IP

RESOURCES AS A MATTER OF LAW THAT'S NOT

EXCLUSIONARY OR PREDATORY CONDUCT.

        MORE IMPORTANTLY, HOWEVER, YOUR HONOR,

THERE'S NO CAUSAL RELATIONSHIP BETWEEN HAVING AN

INFORMATION DISCLOSURE REQUIREMENT AND THE PAYMENT

OF FEES REQUIREMENT OR, OR THE SIGNING OF A

REGISTRATION SERVICES AGREEMENT IN THE CONTRACTUAL

PROVISIONS WITH HOW ARIN ACHIEVED ITS POSITION IN

THE MARKET.   THERE'S NO CAUSAL RELATIONSHIP BETWEEN

THE TWO.   IT DIDN'T GRANT IT THAT AUTHORITY, NOR

DOES IT ALLOW IT TO MAINTAIN THAT AUTHORITY.

THERE'S NO CAUSAL CONNECTION.

        AND AGAIN, FOR THE SAME REASON THAT THE

SECTION 1 CLAIM FAILS ON STATUTORY GROUNDS,

STATUTORY LIMITATIONS GROUNDS AND, AND THE, THE

ENTIRE FAILURE OF, OF MR. KREMEN TO ALLEGE ANY HARM

TO COMPETITION, THE SECTION 2 CLAIM FAILS AS WELL.

        YOUR HONOR, AS TO THE CONVERSION CLAIM I

THINK THAT'S BEEN ADEQUATELY BRIEFED.   THERE'S NO

CONVERSION UNDER CALIFORNIA LAW AND UNDER THE

34

00:38:06 1    FEDERAL CASES THAT INTERPRET CALIFORNIA LAW IF

00:38:07 2    THERE HASN'T BEEN NOTICE AND AN OPPORTUNITY TO BE

00:38:09 3    HEARD IN CONNECTION WITH, WITH, IN CONNECTION WITH

00:38:13 4    A COURT ORDER.

00:38:14 5         FINALLY UNDER THE BREACH OF FIDUCIARY

00:38:17 6    DUTY CLAIM, WHICH IS ALSO TIME BARRED AS WELL AS

00:38:19 7    THE CONVERSION CLAIM, THE BREACH OF FIDUCIARY DUTY

00:38:23 8    CLAIM FAILS SIMPLY BECAUSE THERE'S NO FIDUCIARY

00:38:27 9    RELATIONSHIP BETWEEN ARIN AND AN APPLICANT FOR IP

00:38:30 10   RESOURCES PERIOD.  THERE'S NO FACTS ALLEGED THAT

00:38:35 11   WOULD SUPPORT THE EXISTENCE OF A DUTY UNDER

00:38:38 12   CALIFORNIA LAW AND THAT SHOULD FAIL.

00:38:39 13        THE COURT:  COULD YOU SAY MORE UNDER

00: 41 14   STATUTORY ANALYSIS.  WHEN DOES THE STATUTE BEGIN TO

00:38:46 15   RUN?

00:38:47 16        MR. HUMMEL:  AT THE TIME THE COURT

00:38:48 17   ENTERED THE ORDER.

00:38:49 18        THE COURT:  WHY?

00:38:50 19        MR. HUMMEL:  BECAUSE THE COMPLAINT ITSELF

00:38:52 20   ALLEGATION IN STICKING TO THE FOUR CORNERS OF THE

00:38:55 21   COMPLAINT, THAT THAT'S THE TIME THAT THE HARM

00:38:56 22   OCCURRED THROUGH NONCOMPLIANCE.

00:38:58 23        THE COURT:  WELL, BUT IF, IF MY ORDER IS

00:39:02 24   NOT SELF-EXECUTING IF, IF THEY CHOOSE TO, CHOOSE TO

00:39:12 25   DELAY SERVING THE ORDER AND IT'S AT THAT POINT THAT

35

```
00:39:14  1    NO OBJECTION IS MADE TO THE TARDY SERVICE AND SORT
00:  :17  2    OF TARDY SERVICE IS WAIVED, AND THEN AT THAT POINT
00:39:20  3    IN 2003, YOU'RE TELLING ME DECEMBER 2003, THEY'RE
00:39:25  4    THEN TOLD WE'RE NOT GOING TO COMPLY WITH IT, WHY
00:39:28  5    DOESN'T THAT START THE RUNNING OF THE STATUTE OF
00:39:30  6    LIMITATIONS?
00:39:31  7         MR. HUMMEL:  NUMBER ONE, YOU HAVE TO
00:39:33  8    STICK TO THE ALLEGATIONS OF THE COMPLAINT AND THEY
00:39:35  9    ALLEGE IN NUMEROUS PLACES THAT WE CITE IN OUR BRIEF
00:39:38 10    THAT THE HARM OCCURRED AT THE MOMENT THE ORDER WAS
00:39:40 11    ISSUED.
00:39:41 12         NUMBER TWO, REGARDLESS, AND I CAN
00:39:44 13    ACTUALLY FIND THE PRECISE CITES IN THE COMPLAINT TO
0:   47 14    WHERE THAT --
00:39:48 15         THE COURT:  WELL, YOU'RE RIGHT IN TERMS
00:39:49 16    OF A MOTION TO DISMISS I NEED TO TAKE THOSE
00:39:52 17    ALLEGATIONS AS TRUE.
00:39:55 18         IS THAT A FACT OR IS THAT A LEGAL
00:39:57 19    CONCLUSION THOUGH?
00:39:59 20         MR. HUMMEL:  IT'S BOTH.  I THINK IT'S
00:40:01 21    BOTH.
00:40:01 22         THE FACT IS THAT WHEN YOUR HONOR ISSUED
00:40:04 23    THE ORDER, YOU INTENDED TO, TO EFFECTUATE
00:40:08 24    ESSENTIALLY PUTTING MR. KREMEN IN THE SHOES OF
00:40:11 25    MR. COHEN WITH ALL OF THE RIGHTS AND ALL OF THE
```

                                                              36

OBLIGATIONS THAT MR. COHEN HAD.

WHEN THAT DIDN'T HAPPEN, THAT IS THE TIME THAT THE STATUTE OF LIMITATIONS BEGAN TO RUN, AND, FRANKLY, YOUR HONOR, THEY SHOULDN'T BE ABLE TO MANIPULATE THE STATUTE BY DELAYING SERVICE.

WHAT HAPPENED WAS THAT WE WEREN'T FORMALLY SERVED BUT WE RECEIVED NOTICE OF THE ORDER ALMOST IMMEDIATELY UPON ISSUANCE AND THESE NEGOTIATIONS AND THESE CONVERSATIONS INVOLVING MR. RYAN BEGAN.

THE COURT:  LET ME HEAR FROM YOUR OPPONENT.

MR. KRONENBERGER:  CARL KRONENBERGER FOR GARY KREMEN.  YOUR HONOR, WITH YOUR PERMISSION, I WOULD LIKE TO ADDRESS THE STATUTE OF LIMITATIONS ISSUES, FIDUCIARY DUTY AND UNFAIR COMPETITION ISSUE AND THEN HAVE MY COLLEAGUE TERRY HANLEY ADDRESS THE ANTITRUST ISSUES EXCEPT AS THEY RELATE TO STATUTE OF LIMITATIONS.

THE COURT:  I'M NOT SURE I'LL HAVE TIME FOR ALL OF THAT BUT WHY DON'T YOU GET STARTED.

MR. KRONENBERGER:  YOUR HONOR, I'D LIKE TO ADDRESS A COMMENT THAT THE DEFENDANT HAS MADE REGARDING, REGARDING THE ANTITRUST CASE IN GENERAL AND THAT IS THAT IT HAS ARISEN OUT OF THE 2001

37

00:41:24 1    ORDER.  THAT IS SIMPLY NOT THE CASE.

0r  :26 2         THE 2001 ORDER THEIR DISPUTE WITH IT

00:41:31 3    RELATES TO, TO THE ARIN POLICIES AND WHETHER OR NOT

00:41:35 4    THEY'RE CONTRACTS AND THIS GETS INTO WHAT MR. IDELL

00:41:38 5    WAS DISCUSSING ON WHETHER OR NOT THERE ARE ANY

00:41:41 6    CONTRACTS AND WHAT MR. KREMEN SHOULD BE OBLIGATED

00:41:43 7    TO.

00:41:44 8         THERE IS A SERIOUS QUESTION OF FACT

00:41:46 9    WHETHER ANY CONTRACTS EXIST THAT RELATE TO ANY OF

00:41:49 10   THE NET BLOCKS AT ISSUE IN THIS CASE.

00:41:51 11        WE DID NOT FIND OUT ABOUT ANY CONTRACTS

00:41:54 12   AT ALL UNTIL THE MORNING AFTER WE FILED OUR

00:41:57 13   OPPOSITION.  ONCE WE GOT THESE CONTRACTS, THEY'RE

0,  :59 14    UNCLEAR ON WHETHER OR NOT THEY RELATE TO THE NET

00:42:02 15   BLOCKS AT ISSUE.  THEY MAY NOT BE ANY CONTRACTS AT

00:42:05 16   ALL THAT RELATE TO THESE.  IN FACT, THE OCEAN FUND

00:42:09 17   COMPANY, AN ALTER EGO OF COHEN, IT IS -- IT OWNS

00:42:13 18   THE ASN NUMBER, HOWEVER, THERE'S NO CONTRACT THAT

00:42:16 19   THEY PRESENTED.

00:42:17 20        AND, AND THE BACKGROUND HERE, YOUR HONOR,

00:42:19 21   IS ARIN IS SORT OF IN A LONG HISTORY OF THE

00:42:23 22   LOCATION OF IP ADDRESSES.  THERE ARE MANY

00:42:26 23   ADDRESSES, OTHERS THAT OWN THEIR OWN IP ADDRESSES

00:42:30 24   AND ARIN HAS NO AUTHORITY WHATSOEVER OVER THOSE.

00:42:33 25        WE SIMPLY DO NOT KNOW WHETHER THESE

                                                        38

00:42:35 1    BLOCKS ARE ARIN BLOCKS OR PRE-ARIN BLOCKS BECAUSE

00:42:38 2    THEY ONLY CAME INTO EXISTENCE IN 1998.

00:42:41 3              YOUR HONOR, I'D LIKE TO JUMP INTO THE

00:42:43 4    STATUTE OF LIMITATIONS ISSUE BECAUSE WE DON'T HAVE

00:42:46 5    ENOUGH TIME HERE UNLESS YOU HAVE QUESTIONS.

00:42:47 6              THE COURT:  WELL, YOU KNOW, I'M CONFUSED

00:42:49 7    ABOUT THIS WHOLE THING BECAUSE I NORMALLY, I KNOW

00:42:52 8    NOW AS A RESULT OF THESE PROCEEDINGS THAT A

00:42:55 9    NONPROFIT ORGANIZATION SUCH AS ARIN CAN BE SUED FOR

00:42:59 10   ANTITRUST BUT THIS IS NOT THE NORMAL CIRCUMSTANCE

00:43:02 11   THAT I CONFRONT IN THIS COURT AND I HAVE HAD

00:43:05 12   SEVERAL MAJOR ANTITRUST CASES WHERE THAT, WHERE

00:43:08 13   THAT LAW IS IN THE BALANCE.

0    :10 14            THIS IS A CIRCUMSTANCE WHICH IS TOTALLY

00:43:13 15   ESCAPING ME AS TO HOW WHAT THEY DID, EVEN IF THEY,

00:43:16 16   THEY DID EVERYTHING THE COMPLAINT SAID AMOUNTS TO A

00:43:19 17   VIOLATION BUT LET'S STICK WITH THE STATUTE OF

00:43:22 18   LIMITATIONS.

00:43:22 19            IF I'M, IF I'M PROPERLY POINTING YOU IN

00:43:25 20   THE RIGHT DIRECTION, I'M TOLD THAT THE COMPLAINT

00:43:27 21   SAYS THAT THE HARM OCCURRED IN 2001.  IS THAT WHAT

00:43:30 22   THE COMPLAINT SAYS?

00:43:32 23            MR. KRONENBERGER:  NO, YOUR HONOR, THE

00:43:33 24   COMPLAINT ALLEGES CONTINUOUS HARM STARTING IN 2001.

00:43:37 25            THE COURT:  ALL RIGHT.  LET'S SAY

                                                    39