```
00:43:39   1    SOMETHING STARTED IN 2001, SO IF THAT IS THE BASIS

0r    :42  2    OF THE CLAIM, WHATEVER HAPPENED IN 2001, YOU'RE

00:43:46   3    TARDY.

00:43:46   4              MR. KRONENBERGER:  THE MOST IMPORTANT

00:43:48   5    ISSUE, YOUR HONOR, THE MOST IMPORTANT POINT IN TIME

00:43:50   6    IS THE SERVICE OF THE ORDER WHICH, WHICH, WHICH

00:43:52   7    IT'S EITHER LATE 2003, OR AS MR. PZLAK SAYS ON 2003

00:43:58   8    OF HIS DECLARATION, THE FIRST TWO WEEKS OF 2004.

00:44:01   9              WHAT HAPPENED BETWEEN THE ISSUANCE OF THE

00:44:04  10    ORDER AND ANY OTHER DATE THAT IS DIFFERENT.

00:44:09  11              MR. KRONENBERGER:  THERE WAS A

00:44:10  12    STIPULATION BETWEEN PACNET AND MR. KREMEN NOT TO

00:44:12  13    ENFORCE THE ORDER BECAUSE THEY WERE WORKING OUT

0     14  14    ISSUES REGARDING THEIR DISPUTE AND, AND ON -- AND

00:44:17  15    THERE'S A LETTER WHICH IS EXHIBIT L, I BELIEVE,

00:44:20  16    TO --

00:44:21  17              THE COURT:  HOW DOES THAT AFFECT ARIN?

00:44:27  18              MR. KRONENBERGER:  IN A WAY IT DOESN'T.

00:44:28  19    YOU MAKE A GOOD POINT BUT THE REASON WHY IT WAS NOT

00:44:31  20    SERVED UPON ARIN IS BECAUSE, IS BECAUSE PACNET WAS

00:44:35  21    ON THE REGISTRATION OF THE NET BLOCKS AND, AND

00:44:38  22    MR. KREMEN HAD A DISPUTE WITH PACNET AND THERE WAS

00:44:41  23    A STIPULATION NOT TO ENFORCE THIS ORDER WHILE THEY

00:44:45  24    WORKED OUT THEIR DISPUTE.  THEY DON'T WORK OUT

00:44:47  25    THEIR DISPUTE AND THEN ON EXHIBIT L YOU HAVE A
```

40

Dockets.Justia.com

00:44:50 1    LETTER FROM MR. IDELL TO THE ATTORNEY FOR PACNET

or   :52 2    SAYING THAT WE'RE GOING TO PROCEED TO ENFORCE.

00:44:54 3    THIS WAS NOVEMBER 6TH, 2003, A MONTH LATER THE

00:44:58 4    ORDER WAS SERVED SO DECEMBER 2003, WHEREAS

00:45:01 5    MR. PZLAK SAYS JANUARY OF 2004, REGARDLESS, IT'S

00:45:05 6    WITHIN THE STATUTE OF LIMITATIONS AND THAT'S

00:45:07 7    RELEVANT FOR UPON CONVERSION.

00:45:08 8              THE COURT:  IT BEING WHAT?

00:45:10 9              MR. KRONENBERGER:  THE SERVICE WHERE AN

00:45:12 10   ABSOLUTE DUTY.

00:45:13 11             THE COURT:  THE SERVICE DOESN'T, THE

00:45:14 12   SERVICE DOESN'T AFFECT STATUTE OF LIMITATIONS.

00:45:17 13   IT'S THE FILING OF THE COMPLAINT.  SERVICE IS JUST

0    19 14   A PROCESS BY WHICH NOTICE IS GIVEN OF A COMPLAINT.

00:45:22 15   I HAVE TO JUDGE THE TOLLING OF THE STATUTE OF THE

00:45:24 16   FILING OF THE COMPLAINT, DON'T I?

00:45:26 17             MR. KRONENBERGER:  YES, YOUR HONOR.  THE

00:45:28 18   IMPORTANT THING IS THAT, IS THAT EACH TIME THE

00:45:30 19   PLAINTIFF IS INJURED OR EACH TIME THE PLAINTIFF'S

00:45:32 20   INTEREST IS INVADED THERE'S CONTINUING HARM AND THE

00:45:35 21   HARM IS, IS AND THE STATUTE OF LIMITATIONS IS

00:45:39 22   CONTINUALLY RESTARTED WITH THIS CONTINUING HARM.

00:45:42 23             THE COURT:  THERE IS SUCH A THING, AS I

00:45:43 24   WOULD RECOGNIZE, AND COURTS HAVE RECOGNIZED, AS, AS

00:45:52 25   THAT A HARM THAT TAKES PLACE STARTING THE STATUTE

41

| | |
|---|---|
| 00:45:54 1 | OF THE LIMITATIONS AND SO YOU'RE ABLE TO ATTACK ON |
| 00: :57 2 | SOMETHING NEW, THAT MIGHT EXTEND THE STATUTE OF |
| 00:46:00 3 | LIMITATIONS BUT IF THE HARM IS, IS, IS THE HOLDING |
| 00:46:04 4 | OF SOMETHING THAT REALLY BELONG TO THE OTHER AND |
| 00:46:07 5 | FOR THAT ENTIRE PERIOD OF TIME IT CONTINUES TO BE |
| 00:46:10 6 | HELD, WHAT IS YOUR ARGUMENT THAT THAT ALLOWS YOU, |
| 00:46:13 7 | YOU TO HAVE AN ENDLESS STATUTE OF LIMITATIONS? |
| 00:46:18 8 |          MR. KRONENBERGER:  YOUR HONOR, THERE'S |
| 00:46:19 9 | SPECIFIC CASE LAW THAT ADDRESSES IT AND WE WEREN'T |
| 00:46:21 10 | ABLE TO PUT THIS IN OUR DOCUMENTS BECAUSE IT WAS |
| 00:46:23 11 | ONLY BROUGHT UP IN THE REPLY OF ARIN.  THEY BROUGHT |
| 00:46:26 12 | UP A DOCTRINE DEALING WITH THE QUOTE, "LAST OVERT |
| 00:46:30 13 | ACT" AND THAT FOCUSES ON NEW AND INDEPENDENT ACTS |
| 0  33 14 | THAT OCCUR AFTER AN INITIAL AGREEMENT THAT, THAT |
| 00:46:38 15 | THAT HAD HARMED FOR THE PURPOSE OF, OF CONTINUING |
| 00:46:40 16 | HARM IN THE STATUTE OF LIMITATIONS. |
| 00:46:43 17 |          SPECIFICALLY THE COLUMBIA STEEL CASE, 111 |
| 00:46:47 18 | F.3D. 1427, IT GOES INTO THIS DISCUSSION WHERE |
| 00:46:53 19 | ACTIVE ENFORCEMENT OF A POLICY, JUST LIKE WE HAD IN |
| 00:46:57 20 | ARIN, ACTIVE ENFORCEMENT OF A POLICY IS A NEW AND |
| 00:47:00 21 | INDEPENDENT ACT FOR STATUTE OF LIMITATIONS AND THIS |
| 00:47:03 22 | WAS AN 18-YEAR AGREEMENT IN THE COLUMBIA STEEL |
| 00:47:06 23 | CASE, 18 YEARS BUT THE COURT JUST FOCUSSED ON |
| 00:47:09 24 | 14 YEARS PRIOR TO THE FILING OF THE COMPLAINT.  THE |
| 00:47:11 25 | ACTIVE ENFORCEMENT OF THE POLICY WITHIN THAT |

42

```
00:47:14   1   FOUR YEARS WAS CONTINUING HARM WITHIN THE STATUTE
or    :16  2   OF LIMITATIONS.
00:47:17   3            SO THIS IS, THIS LINE OF CASE LAW
00:47:21   4   STARTING WITH COLUMBIA STEEL, HENNIGAN, 787 F.2D
00:47:25   5   1289 IS ANOTHER CASE AND IT DEALS WITH THE
00:47:29   6   AGREEMENT TO DIVERT CUSTOMERS OVER A LONG PERIOD OF
00:47:32   7   TIME JUST PRIOR TO THE FILING OF THE CASE WE'RE
00:47:35   8   ANALYZED.
00:47:35   9            THE COURT:  I'LL LOOK AT THAT.  THAT IS A
00:47:38  10   CASE SIMILAR TO THIS WHERE THE DEFENDANT REFUSED TO
00:47:42  11   DO SOMETHING AT THE VERY BEGINNING OF THE RUNNING
00:47:44  12   OF THE STATUTE, CONTINUED TO REFUSE TO DO WHATEVER
00:47:47  13   IT WAS SUBJECT TO CONDITIONS, LET'S TAKE THAT OFF,
0     50  14   JUST REFUSE TO TRANSFER, AND, AND THE COURT ALLOWED
00:47:53  15   AN 18-YEAR STATUTE OF LIMITATIONS?
00:47:56  16            MR. KRONENBERGER:  IN ESSENCE, YES.
00:47:58  17            THE COURT:  I'LL TAKE A LOOK AT THAT.  IT
00:48:00  18   JUST SEEMS TO ME THAT WHAT THAT MEANS IS, IS THAT
00:48:04  19   WHEN YOU PUT SOMEONE ON NOTICE THAT THEY'RE HOLDING
00:48:06  20   SOMETHING, THERE IS NO STATUTE OF LIMITATIONS AND I
00:48:09  21   JUST HAVEN'T SEEN ENOUGH CASE LAW TO CONVINCE ME OF
00:48:11  22   THAT, ESPECIALLY AN ANTITRUST CASE.
00:48:16  23            MR. KRONENBERGER:  THAT WAS AN ANTITRUST
00:48:18  24   CASE?
00:48:18  25            THE COURT:  SO THAT'S WHAT I NEED TO LOOK
```

43

00:48:20 1    AT.

00: :20 2                    MR. KRONENBERGER:  YOUR HONOR, THERE ARE

00:48:21 3    TWO OTHER CASES THAT DEAL WITH ACTIVE ENFORCEMENT

00:48:23 4    OF ILLEGAL AGREEMENTS, AIRLINE WELD, 742 F.2D 1194,

00:48:29 5    AND AURORA ENTERPRISES 688 --

00:48:32 6                    THE COURT:  AND IN WHAT SENSE IS THIS

00:48:34 7    CASE INVOLVE -- THEY SAY IN LAW SCHOOL ALWAYS STOP

00:48:40 8    AND GET THE QUESTION BUT YOU DON'T ALWAYS OBEY THAT

00:48:47 9    STUFF ANYWAY SO.

00:48:48 10                   IN WHAT SENSE DOES THIS CASE INVOLVE

00:48:50 11   ACTIVE ENFORCEMENT OF A LEGAL AGREEMENT?

00:48:52 12                   MR. KRONENBERGER:  THIS ENTIRE LINE OF

00:48:56 13   CASES.

0    :56 14                   THE COURT:  THIS CASE.

00:48:59 15                   MR. KRONENBERGER:  THE ARIN CASE, THE

00:49:00 16   AGREEMENT IS THE ARIN POLICY WHICH IS THE HEART OF

00:49:03 17   THE ANTITRUST MATTER.  IT'S THE ARIN POLICY OF

00:49:06 18   REQUIRING THIS, THIS -- A GREAT AMOUNT OF

00:49:11 19   INFORMATION BEING COLLECTED FROM PEOPLE WHO NEED IP

00:49:14 20   ADDRESS BLOCKS AND THEN, AND THEN BEING ABLE TO

00:49:17 21   SELECTIVELY AND UNDER THE PURE AND ABSOLUTE

00:49:19 22   DISCRETION OF ARIN DECIDE WHO GETS ADDRESS BLOCKS

00:49:22 23   AND WHO DOESN'T AND THE --

00:49:24 24                   THE COURT:  DOES THAT HAPPEN HERE?

00:49:29 25                   MR. KRONENBERGER:  YES, YOUR HONOR.

                                                          44

```
00:49:29   1    THERE'S A HUGE BUSINESS FOR SMALL BUSINESSES:  THEY
00:   :36  2    GET THE COMPANY AND THERE'S NO PROBLEM AT ALL BUT
00:49:39   3    SMALL BUSINESSES THEY WANT TO GET NET BLOCKS AND
00:49:41   4    OBTAIN NET BLOCKS TO RUN THEIR BUSINESS AND IT'S A
00:49:45   5    HUGE PROBLEM.  THERE ARE HUGE DELAYS AND THE DELAYS
00:49:47   6    ARE PUT IN PLACE BECAUSE THERE'S AN INCENTIVE FOR
00:49:52   7    LARGE COMPANIES TO PROHIBIT SMALLER PLAYERS TO GET
00:49:55   8    INTO THE MARKET BECAUSE SMALL COMPANIES LEASE IN
00:49:59   9    TURN IP BLOCKS FROM THE BIGGER COMPANIES IF THEY
00:50:01  10    CAN'T GET THEM FROM ARIN.  SO THERE'S AN INCENTIVE
00:50:04  11    FOR LARGE TELECOMMUNICATION COMPANIES WHO CONTROL
00:50:08  12    ARIN AND THE BOARD OF DIRECTORS AND BOARD OF
00:50:10  13    ADVISORS, THERE'S AN INTEREST OF THOSE ADVISORS IN
0.        14    PROHIBITING PLAYERS FROM ENTERING THE MARKET LIKE
00:50:16  15    MR. KREMEN.
00:50:18  16          SO AS YOU SEE, YOUR HONOR, WE'RE NOT
00:50:20  17    DEALING JUST WITH THE SEPTEMBER 2001 ORDER.
00:50:23  18          THE COURT:  NOW, LET ME ASK THIS, IF I
00:50:25  19    FIND CONSISTENT WITH MY EARLIER DISCUSSION THAT
00:50:27  20    IT'S LEGITIMATE FOR ARIN TO HAVE REQUIRED
00:50:30  21    MR. KREMEN TO SIGN WHATEVER RESTRICTIONS IT IMPOSED
00:50:37  22    UPON REGISTRANTS, WHETHER THEY BE WHAT MR. COHEN
00:50:39  23    HAD IN HIS POSSESSION OR AS REVISED LATER, IS THERE
00:50:42  24    ANYTHING TO YOUR ANTITRUST CLAIM?
00:50:47  25          MR. KRONENBERGER:  THE ANTITRUST CLAIM IS
```

45

00:50:49 1      NOT AFFECTED IN ANY WAY.

0ᴄ  :50 2             THE COURT:  ALL RIGHT.  SO IT'S MERE

00:50:52 3      EXISTENCE AND REQUIREMENT THAT YOU SIGN ANYTHING

00:50:54 4      THAT IS AT THE HEART OF YOUR ANTITRUST CLAIM?

00:51:00 5             MR. KRONENBERGER:  THAT'S RIGHT, AND THE

00:51:01 6      SPECIFICS IN THEIR --

00:51:03 7             THE COURT:  I STICK MY NECK OUT.  DO YOU

00:51:05 8      HAVE ANY CASE AUTHORITY TO FIND OUT THAT ARIN'S

00:51:09 9      PRACTICED EXISTENCE IN WHAT IT REQUIRED PEOPLE TO

00:51:12 10     DO VIOLATED THE ANTITRUST LAW?

00:51:14 11            MR. KRONENBERGER:  IT'S CLEARLY

00:51:15 12     DISCRIMINATORY.

00:51:16 13            THE COURT:  DO YOU HAVE ANY CASE

0ᴄ   17 14      AUTHORITY?

00:51:18 15            MR. KRONENBERGER:  ACTUALLY I WOULD LIKE

00:51:20 16     PERMISSION.

00:51:21 17            THE COURT:  ANYONE BRING ME CASE

00:51:22 18     AUTHORITY THAT I CAN READ SOME OTHER JUDGE WHAT

00:51:25 19     YOU'RE ASKING ME TO DO.

00:51:28 20            MR. HANLEY:  GOOD MORNING.  TERRI HANLEY

00:51:29 21     FOR PLAINTIFF GARY KREMEN.  I BELIEVE YOUR HONOR

00:51:32 22     HAS GOTTEN TO THE HEART OF THE SUBSTANTIVE ATTACKS

00:51:35 23     ON OUR ANTITRUST CLAIMS IN THIS MATTER.

00:51:37 24            NOW, YOU'VE ACKNOWLEDGED THAT THE CASE

00:51:39 25     LAW ESTABLISHES THAT AN INDUSTRY ASSOCIATION, AN

46

```
00:51:42   1    AFFILIATE GROUP CAN BE LIABLE FOR ANTITRUST
or   :46   2    ACTIVITIES.  YOUR QUESTION IT SEEMS TO BE IS HOW
00:51:48   3    HAS ARIN'S CONDUCT IN THE PRESENT CASE VIOLATED
00:51:51   4    THOSE LAWS?
00:51:52   5            THE COURT:  THAT WAS AN EARLIER QUESTION
00:51:54   6    BUT THE PENDING ONE IS GIVE ME SOMETHING THAT I CAN
00:51:56   7    READ THAT WILL HELP ME TO FOLLOW SOMEONE ELSE'S
00:51:59   8    LEAD.  I LIKE WELL WORN PATHS.  THEY USUALLY ARE
00:52:03   9    SAFER SO.
00:52:06  10            MR. HANLEY:  THE ANSWER, YOUR HONOR, IS
00:52:07  11    THAT CONTRARY TO OPPOSING COUNSEL'S
00:52:09  12    CHARACTERIZATION OF THE COMPLAINT, IT IS NOT MERELY
00:52:12  13    THE ESTABLISHMENT OF POLICIES, MERELY THE
0;    15  14    REQUIREMENT OF THE SUBMISSION OF DETAILED
00:52:18  15    INFORMATION BY APPLICANTS FOR IP ALLOCATIONS.
00:52:21  16            THE HARM COMES AND HAS BEEN NOTED
00:52:23  17    PREVIOUSLY THAT, THAT A GROUP OF SELF-INTERESTED
00:52:28  18    ECONOMIC INDUSTRY PARTICIPANTS TOOK IT UPON
00:52:31  19    THEMSELVES TO LOBBY FOR AND CREATE THE PRIVATE
00:52:36  20    INDUSTRY THAT IS NOW ARIN.
00:52:38  21            THE BOARD OF ARIN, WHICH IS SPECIFICALLY
00:52:40  22    PLED AND IDENTIFIED IN THE COMPLAINT BY NAME, BY
00:52:42  23    INDUSTRY AFFILIATION, BY GOVERNMENT ASSOCIATION,
00:52:47  24    CONTROL EXCLUSIVELY THE ENTRY INTO THE MARKET FOR
00:52:49  25    IP NUMBERS, ALLOCATIONS AND THEIR USE.
```

47

00:52:52 1          NOW, IT'S BEEN OBSERVED BY THE U.S.

0  :56 2     SUPREME COURT.

00:52:58 3          THE COURT:  NOW, LET ME SEE IF I FOLLOW

00:53:00 4     THAT.  I CAN HEAR A CLAIM, AS I UNDERSTAND IT, IF

00:53:05 5     YOU CONVINCE ME THAT ARIN IS CONTROLLED BY A GROUP

00:53:08 6     OF LARGER COMPANIES WHO CONSPIRE TOGETHER TO KEEP

00:53:12 7     SMALLER COMPANIES FROM GETTING SOMETHING THAT WOULD

00:53:14 8     GIVE THEM ECONOMIC POWER.

00:53:15 9          AND THAT WOULD BE THESE IP ADDRESSES AND

00:53:18 10    SO WHAT YOU'RE DESCRIBING FOR ME, ARIN IS NOT A

00:53:21 11    LEGITIMATE ENTERPRISE.  IT'S A CONSPIRACY OF, OF

00:53:24 12    ITS BOARD TO, TO DENY SOMETHING TO, TO THE MARKET,

00:53:31 13    THE COMPETITION OF SMALLER COMPANIES OWNING IP

0   :34 14    ADDRESSES.

00:53:35 15         DO YOU TAKE THE SAME POSITION AS YOUR

00:53:38 16    OPPONENT WHICH IS THE ONE THAT I ASKED THAT IF ARIN

00:53:42 17    SAID TO, TO MR. KREMEN ALL WE WANT YOU TO DO IS

00:53:46 18    SIGN WHAT EVERYBODY ELSE HAS SIGNED, THAT THAT

00:53:49 19    WOULD STILL AMOUNT TO AN ANTITRUST VIOLATION?

00:53:54 20       MR. HANLEY:  IT WOULD, YOUR HONOR.

00:53:55 21         THE COURT:  I'VE GOT THAT.  NOW, IS THERE

00:53:56 22    ANY CASE LIKE THIS?

00:53:59 23         MR. HANLEY:  YES, YOUR HONOR.  AND IN

00:54:00 24    FACT, IT'S A CASE CITED IN OPPOSING COUNSEL'S OWN

00:54:03 25    MOVING PAPER.

                                                    48

00:54:03 1        THE COURT:  GIVE ME THE CITE.

00:54:05 2        MR. HANLEY:  U.S. V GRENELL WHICH IS

00:54:08 3   ADDRESSED IN OUR OPPOSITION PAPERS ON PAGE 18.

00:54:11 4   THERE THE U.S. SUPREME COURT HELD THAT IS AN

00:54:14 5   UNLAWFUL MONOPOLY FOR AN ASSOCIATION TO EXCLUDE BY

00:54:16 6   MEANS OF RESTRICTED ENTRY CONTRACTS INTO A

00:54:19 7   COMPETITIVE MARKET.  THAT IS EXACTLY THE ACTIVITY

00:54:21 8   THAT HAS BEEN CONDUCTED HERE ON THE PART OF ARIN AS

00:54:24 9   THEY HAVE IDENTIFIED OVER 11,000 TIMES AND, AND

00:54:27 10  INCLUDING IN THE CASE OF MR. KREMEN BUT NOT LIMITED

00:54:30 11  TO THAT CASE.

00:54:30 12       THE COURT:  HOW LONG HAS ARIN BEEN

00:54:32 13  AROUND?

00:54:34 14       MR. HANLEY:  IT'S DEBATABLE AS TO WHETHER

00:54:36 15  IT'S STILL AROUND OR THEY EXIST NOW LEGALLY.  THEY

00:54:40 16  CLAIM TO BE IN OPERATION I BELIEVE SINCE 1998.

00:54:43 17       THE COURT:  AND HAS THERE BEEN ANOTHER

00:54:44 18  CASE INVOLVING ARIN HOLDING THAT IT IS VIOLATING

00:54:47 19  THE ANTITRUST LAWS OR HAS THE ISSUE COME UP?

00:54:54 20       MR. HANLEY:  TWO PENDING LAWSUITS

00:54:56 21  INVOLVING ICAM, WHICH IS THE ORGANIZATION THAT WE

00:54:59 22  ALLEGE ARIN ATTEMPTS TO DERIVE ITS POWER.  THE

00:55:04 23  ACTUAL CONTRACT THAT WOULD EVEN, WOULD EVEN

00:55:10 24  PLAUSIBLY LEGITIMIZE ARIN'S AT THIS POINT HAS BEEN

00:55:16 25  YET TO BE EXECUTED.  THERE IS NO EXISTING OPERATION

49

00:55:18 1   AGREEMENT AT THIS TIME THAT AUTHORIZES ARIN'S

00:55:21 2   POSITION IN THE MARKET AND THAT CREATES EVEN MORE

00:55:23 3   OF THE, OF THE CAST, THE GREATER PALLOR OF THIS

00:55:27 4   ANTICOMPETITIVE ACTION IN THAT THEY CAN'T CLAIM THE

00:55:30 5   QUASI GOVERNMENTAL AUTHORITY THAT I CAN'T ENJOY AND

00:55:34 6   ICAM ITSELF IS SUBJECT TO TWO LAWSUITS CURRENTLY

00:55:38 7   PENDING.

00:55:39 8         THE COURT:  WELL, THIS IS A FASCINATING

00:55:41 9   AREA FOR ME AND I'LL TAKE A LOOK AT IT.

00:55:43 10        IT SEEMS TO ME THAT AT THE HEART OF MY

00:55:46 11  ATTITUDE IS THE QUESTION THAT I KEEP ASKING,

00:55:49 12  NAMELY, IS THERE ANYTHING TO THE ANTITRUST CASE IF

00:55:55 13  I FIND THAT MR. KREMEN'S REFUSAL, PRESUMING THERE

0. 58 14     WAS ONE, TO SIGN THE REGISTRATION REQUIREMENT AND,

00:56:03 15  AND ONCE I GET PASSED THAT, I'LL LOOK A LITTLE MORE

00:56:06 16  CAREFULLY AT THIS QUESTION OF THE STATUTE OF

00:56:11 17  LIMITATIONS AND, AND IF I GET PASSED THE STATUTE OF

00:56:15 18  LIMITATIONS I'LL GET INTO THE SUBSTANCE OF THESE

00:56:18 19  ALLEGATIONS THAT ARIN, ARIN BY ITS VERY EXISTENCE

00:56:21 20  AND WHAT IT REQUIRES, IN OTHER WORDS, IT'S THE

00:56:25 21  REQUIREMENT ITSELF TO, TO SIGN UP THE REGISTRATION

00:56:29 22  AND, AND BE A PART OF THIS REGISTRY THAT IS

00:56:32 23  ANTICOMPETITIVE.

00:56:34 24        MR. HANLEY:  NOT JUST THE EXISTENCE OF

00:56:36 25  THE REGISTRY BUT THE PROCEDURES THAT ARE REQUIRED

                                                    50

```
00:56:39   1    TO OBTAIN THE REGISTRATION, NOT ONLY THE OBTAINMENT
00:  :41   2    OF IT BUT THE MONITORING, THE GRAB BACK PROVISIONS
00:56:44   3    THAT WE NOTICED NOT TO MENTION THE FACT THAT THE
00:56:47   4    ENTIRE TIME FOLLOWING THE ALLOCATION YOU HAVE NOW
00:56:50   5    PUT IN THE POSSESSION OF YOUR PRIMARY COMPETITORS
00:56:53   6    DETAILED, AND I MEAN VERY HIGHLY CONFIDENTIAL
00:56:56   7    INFORMATION REGARDING YOUR NETWORK OPERATIONS DOWN
00:56:59   8    TO THE NAME OF THE LAPTOP THAT THE CFO OR CEO WOULD
00:57:03   9    BE OPERATING ON.  AND THE AMOUNT OF DETAIL IS
00:57:06  10    AMAZING AND YOU HANDED IT OVER TO YOUR COMPETITORS
00:57:09  11    WHO HAVE THE POWER TO TAKE IT OVER AT ANY POINT.
00:57:12  12         THE COURT:  IS THERE ANY EVIDENCE THAT
00:57:13  13    YOU WOULD PROFFER TO THE COURT THAT IT HAS BEEN
0    15   14    ABUSED?
00:57:17  15         MR. HANLEY:  WELL, AGAIN, WE'RE AT THE
00:57:19  16    PLEADING STAGE AT THIS POINT.  OF COURSE WE PLAN TO
00:57:24  17    CONDUCT DISCOVERY.
00:57:24  18         THE COURT:  YOU DON'T HAVE ANYTHING LIKE
00:57:26  19    THAT AT THIS POINT.
00:57:27  20         MR. HANLEY:  NOT AT THIS POINT, YOUR
00:57:28  21    HONOR.
00:57:28  22         THE COURT:  VERY WELL.  THANK YOU.  I'LL
00:57:30  23    HAVE THIS ENTIRE MATTER UNDER SUBMISSION.  I'LL
00:57:33  24    GIVE YOU AN ORDER SHORTLY.
00:57:35  25         MR. HUMMEL:  YOUR HONOR, VERY BRIEFLY.
```

51

00:57:36 1          THE COURT:  YES.

00:57:37 2          MR. HUMMEL:  THERE WAS A CASE MANAGEMENT

00:57:38 3   CONFERENCE IN THIS MATTER TO SET FOR 10:00 O'CLOCK.

00:57:42 4          DOES IT MAKE SENSE TO PUT THAT OVER?

00:57:44 5          THE COURT:  YES, I'LL VACATE THAT AND

00:57:47 6   I'LL ADDRESS WHAT THE CASE IS AND WE'LL BRING IT

00:57:50 7   ALL IN AND TALK ABOUT WHERE WE GO FROM THERE.

00:57:53 8          MR. HUMMEL:  THANK YOU FOR YOUR TIME.

00:57:55 9          MR. IDELL:  THANK YOU, YOUR HONOR.

00:58:10 10          (WHEREUPON, THE PROCEEDINGS IN THIS MATTER

00:58:10 11   WERE CONCLUDED.)

00:58:10 12

00:58:10 13

14

15

16

17

18

19

20

21

22

23

24

25

                                                    52

1

2

3

4                    CERTIFICATE OF REPORTER

5

6

7

8            I, THE UNDERSIGNED OFFICIAL COURT

9    REPORTER OF THE UNITED STATES DISTRICT COURT FOR

10   THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH

11   FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

12   CERTIFY:

13            THAT THE FOREGOING TRANSCRIPT,

14   CERTIFICATE, INCLUSIVE, CONSTITUTED A TRUE, FULL

15   AND CORRECT TRANSCRIPT OF MY SHORTHAND NOTES TAKEN

16   AS SUCH OFFICIAL COURT REPORTER OF THE PROCEEDINGS

17   HEREINBEFORE ENTITLED AND REDUCED BY COMPUTER-AIDED

18   TRANSCRIPTION TO THE BEST OF MY ABILITY.

19

20

21

22            _Irene Rodriguez_

23            IRENE RODRIGUEZ, CSR, CRR
              CERTIFICATE NUMBER CSR 8074

24

25

**Blanchard, Judith**

| | |
|---|---|
| **From:** | Lerner, Brian |
| **Sent:** | Tuesday, November 14, 2006 8:00 PM |
| **To:** | Ryan, Stephen; Yeh, Jack |
| **Cc:** | Hummel, Chad |
| **Subject:** | RE: ARIN's transcript of hearing  -- Good news, it's here. |

**Attachments:**    102306cv.pdf



102306cv.pdf (100 KB)

            Thankfully, we finally received the transcript.  However, upon reading it,
there are a few misspellings of important words, including Mr. Plzak's name, which was
incorrectly spelled "Mr. Zlak."  Also, the words "UU NET" should be changed to one word,
namely, "UNNET."  I requested that the Court Reporter make the corrections and e-mail the
modified transcript to me asap.  I anticipate receiving the modified transcript by
tomorrow.

I attached a .pdf copy of the original transcript we received today for your review.

Cordially,
Brian G. Lerner
manatt | phelps | phillips
11355 West Olympic Boulevard
Los Angeles, CA  90064

( (310) 312-4228
7 (310) 312-4224 (general)
* blerner@manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-
mail messages attached to it, may contain confidential information that is legally
privileged. If you are not the intended recipient, or a person responsible for delivering
it to the intended recipient, you are hereby notified that any disclosure, copying,
distribution or use of any of the information contained in or attached to this message is
STRICTLY PROHIBITED. If you have received this transmission in error, please immediately
notify us by reply e-mail at blerner@manatt.com or by telephone at 310-312-4220, and
destroy the original transmission and its attachments without reading them or saving them
to disk. Thank you.


-----Original Message-----
From: Ryan, Stephen
Sent: Tuesday, November 14, 2006 5:08 AM
To: Lerner, Brian; Yeh, Jack
Subject: RE: ARIN's transcript of hearing -- Good news, it's almost here.

When we get it let's pdf so I can send to business week.

Sent from my GoodLink Wireless Handheld (www.good.com)

    -----Original Message-----
From:      Lerner, Brian
Sent: Monday, November 13, 2006 09:04 PM Pacific Standard Time
To:    Yeh, Jack; Ryan, Stephen
Subject:    RE: ARIN's transcript of hearing  -- Good news, it's almost here.


We will hopefully have the transcript by tomorrow.  The Court Reporter informed me that
she's almost finished and requested that I provide her with the correct spelling of

                                          1

certain names, which I did.  She's in trial now, but promised to send the transcript asap.

Cordially,
Brian G. Lerner
manatt | phelps | phillips
11355 West Olympic Boulevard
Los Angeles, CA  90064

( (310) 312-4228
7 (310) 312-4224 (general)
* blerner@manatt.com

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply e-mail at blerner@manatt.com or by telephone at 310-312-4220, and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

GARY KREMEN, ET AL.,     ) C-98-20718-JW
                          ) C-06-2554-JW
     PLAINTIFFS,     )
                          ) OCTOBER 23, 2006
         V.          )
                          )
OCEAN FUND              )
INTERNATIONAL, LTD., ET ) PAGES 1-52
AL.,                  )
                          )
     DEFENDANTS.     )
_____ )
AND RELATED CASE.     )

THE PROCEEDINGS WERE HELD BEFORE

THE HONORABLE UNITED STATES DISTRICT

JUDGE JAMES WARE

A P P E A R A N C E S:

FOR THE PLAINTIFFS: KRONENBERGER HANLEY
                 BY:  KARL S. KRONENBERGER
                     TERRI R. HANLEY
                 220 MONTGOMERY STREET
                 SUITE 1920
                 SAN FRANCISCO, CALIFORNIA  94104

                 IDELL & SEITEL
                 BY:  RICHARD J. IDELL
                 465 CALIFORNIA STREET
                 SUITE 300
                 SAN FRANCISCO, CALIFORNIA  94104

      (APPEARANCES CONTINUED ON THE NEXT PAGE.)

OFFICIAL COURT REPORTER: IRENE RODRIGUEZ, CSR, CRR
                     CERTIFICATE NUMBER 8074

U.S.  COURT  REPORTERS

Page 2

1  A P P E A R A N C E S: (CONT'D)
2
   FOR THE PLAINTIFFS: DILLON GERARDI
3         BY: TIMOTHY P. DILLON
          4660 LA JOLLA VILLAGE DRIVE
4         SUITE 775
          SAN DIEGO, CALIFORNIA 92122
5
6  FOR THE DEFENDANTS: MANATT, PHELPS & PHILLIPS
          BY: STEPHEN M. RYAN
7         CHAD HUMMEL
          JACK S. YEH
8     700 12TH STREET, N.W.
          SUITE 1100
9         WASHINGTON, D.C. 20005
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1  SAN JOSE, CALIFORNIA         OCTOBER 23, 2006
2        P R O C E E D I N G S
3     (WHEREUPON, COURT CONVENED AND THE.
4  FOLLOWING PROCEEDINGS WERE HELD:)
5     THE CLERK: CALLING CASE NUMBER C-06-2554,
6  GARY KREMEN VERSUS AMERICAN REGISTRY FOR INTERNET
7  NUMBERS.
8     MR. RYAN: STEVE RYAN FROM THE MANATT LAW
9  FIRM ACCOMPANIED BY MR. HUMMEL AND MR. YEH ON
10 BEHALF OF DEFENDANT ARIN WHO IS THE MOVANT ON THE
11 MOTION TO, TO CHANGE THE 2001 ORDER.
12     THE COURT: GOOD MORNING.
13     MR. HUMMEL: GOOD MORNING, YOUR HONOR.
14     MR. YEH: GOOD MORNING, YOUR HONOR.
15     MR. KRONENBERGER: GOOD MORNING, YOUR HONOR.
16 KARL KRONENBERGER FOR GARY KREMEN AND ACCOMPANIED
17 BY MY COLLEAGUE TERRI HANLEY AND MR. IDELL, AND I'M
18 SORRY, AND MR. TIM DILLON.
19     THE COURT: VERY WELL. VERY WELL.
20 MR. RYAN, THIS IS YOUR CLIENT'S MOTION TO DISMISS.
21     MR. RYAN: YOUR HONOR, THERE ARE TWO
22 MOTIONS BEFORE THE COURT THIS MORNING.  MR. HUMMEL
23 WILL BE ARGUING THE MOTION TO DISMISS.
24     WHAT I WOULD LIKE TO ADDRESS IS THE 2001
25 ORDER BECAUSE WE BELIEVE MANY OF THE ISSUES WILL

Page 4

1  FALL OUT IF YOU ADDRESS THAT ISSUE FIRST.
2     THE COURT: VERY WELL.
3     MR. RYAN: LET ME SAY WHY WE ARE SEEKING
4  TO CHANGE THAT ORDER? FIRST OF ALL, IT WAS
5  OBTAINED IN AN EX PARTE FASHION WHEN THERE WAS
6  ABSOLUTELY NO EMERGENCY REASON TO DO SO.
7     DURING THE COURSE OF THE REPRESENTATIONS
8  THAT WERE MADE TO THE COURT, THERE WERE, THERE
9  WERE --
10     THE COURT: GO AHEAD.
11     MR. RYAN: THE AMERICAN REGISTRY OF
12 INTERNET NUMBERS IS ESSENTIALLY THE REGISTRY WHERE
13 ONE HAS TO GO TO OBTAIN IP ADDRESSES IN LARGE
14 QUANTITIES. YOU CAN ALSO OBTAIN THEM FROM AN ISP.
15     SO, FOR EXAMPLE, SBC WOULD BE ABLE TO
16 GIVE YOU NUMBERS AS WELL.  BUT WITH REGARD TO THESE
17 NET BLOCKS WE ISSUED THEM APPROPRIATELY TO
18 MR. COHEN.  WE HAD NOTHING TO DO WITH MR. KREMEN'S
19 LAWSUIT.
20     WHEN THE COURT'S ORDER WAS ISSUED IT WAS
21 PREMISED I BELIEVE BASED ON REPRESENTATIONS THAT
22 MR. KREMEN MADE THAT WERE INCORRECT OR FALSE.
23     ONE OF THOSE REPRESENTATIONS IS THAT
24 MR. KREMEN SAID IN HIS AFFIDAVIT, COHEN IS A
25 SUPPORTER OF ARIN THAT MAKES VOLUNTARILY DONATIONS

Page 5

1  TO ARIN. THAT'S SIMPLY NOT TRUE. EVERYBODY IS
2  REQUIRED TO SIGN A SERVICE AGREEMENT IF YOU WANT TO
3  GET ISSUED THE IP ORDERS AND THEY HAVE TO BE DONE
4  THAT WAY.
5     SO THE COURT EITHER RECEIVED
6  REPRESENTATIONS FROM MR. KREMEN THAT WERE EITHER
7  FALSE OR UNINTENTIONALLY MISLEADING.
8     IN ADDITION THE WAY WE WORK WITH THESE
9  RESOURCES, YOUR HONOR, WE ISSUE THEM PROPERLY TO
10 PEOPLE WHEN THEY SIGN AN AGREEMENT TO US.
11     WHEN THEY'RE DONE WITH THEM OR THE COURT
12 ORDERS US TO, TO CHANGE THAT, WE HAVE TO REVOKE
13 THEM FROM THE ONE PARTY AND THEN REISSUE THEM TO
14 THE NEXT PARTY. THEY AREN'T JUST TRANSFERRED FROM
15 ONE PARTY TO ANOTHER.
16     SO WHEN THE COURT IS BEING ASKED BY
17 MR. KREMEN IN AN EX PARTE WAY WAS ASKED TO REGISTER
18 THE RESOURCES TO MR. KREMEN, THAT'S NOT HOW WE DO
19 BUSINESS.  IN ESSENCE WE GIVE THEM TO SOMEONE, WE
20 HAVE TO REVOKE THEM AND THEN REISSUE THEM.
21     THROUGHOUT THIS PROCESS WE HAVE BEEN
22 FULLY WILLING, EVEN THOUGH THE ORDER WAS DONE EX
23 PARTE, TO GIVE HIM THE RESOURCES.
24     HE HAS BEEN UNWILLING AND ABSOLUTELY
25 UNYIELDING IN HIS INTENTION NOT TO SIGN ANY OF THE

2  (Pages 2 to 5)

955f0837-6e12-4355-bff8-818f7ee8ccaa

Page 6

1  NECESSARY PAPERWORK THAT THE DEPARTMENT OF DEFENSE
2  THE U.S. DEPARTMENT OF JUSTICE, ANY ISP LIKE
3  VERIZON OR SBC, ANY INDIVIDUAL, EVERYONE SINCE 1998
4  WHO HAS WANTED RESOURCES HAS BEEN ASKED TO SIGN AN
5  AGREEMENT SAYING THAT THEY WILL USE THE RESOURCES
6  PROPERLY, THAT THEY'LL PAY FOR THE SERVICES ON A
7  REGULAR BASIS AND IF THEY'RE MISUSED IT GIVES THE
8  COMMUNITY THE RIGHT TO RESOURCES. HE'S ABSOLUTELY
9  REFUSED. SO THE REASON THAT THE RESOURCES HAVE NOT
10 BEEN TRANSFERRED TO HIM IS SOLELY HIS OWN DOING.
11      WITH REGARD TO WHY THE COURT SHOULD
12 CHANGE THE ORDER IT'S IN ESSENCE A MISREADING OF
13 YOUR ORDER IN 2001 THAT HE DID NOT HAVE TO COMPLY
14 WITH ANY OF THE ACTIVITIES THAT A NORMAL APPLICANT
15 OR REGISTRANT WOULD DO.
16      WE BELIEVE THAT THE ONLY APPROPRIATE WAY
17 TO DEAL WITH THIS IS TO NOT GIVE HIM GREATER RIGHTS
18 THAN ANYONE ELSE IN THE INTERNET COMMUNITY. WHAT
19 HE'S ASKING FOR IS THAT WE TRANSFER THESE RIGHTS TO
20 HIM WITHOUT ANY SERVICE AGREEMENT, WITHOUT ANY DUTY
21 FOR HIM TO PAY IN THE FUTURE AND WITH HIS ABILITY
22 TO MISUSE THE RESOURCES IF HE CHOSE WITHOUT US
23 HAVING A CONTRACTUALLY BASED RIGHT IN THE SERVICE
24 AGREEMENT TO DEAL WITH THAT.
25      THE RESOURCES THAT WERE ISSUED, THERE'S

Page 7

1  ABOUT 12,000 IP NUMBERS THAT ARE OUT AT AN ISP THAT
2  MAY WELL BE CONTROLLED BY MR. COHEN, BUT THERE ARE
3  THIRD PARTIES THAT ARE OBTAINING SERVICES FROM THAT
4  ISP.
5      WE HAVE SAID ALL ALONG THAT CHANGING THE
6  REGISTRATION AND PERHAPS SHUTTING THAT DOWN MAY NOT
7  BE THE APPROPRIATE WAY AND WE WANTED TO MAKE SURE
8  THAT THE COURT IS AWARE THAT THERE IS A POSSIBILITY
9  OF THREE PARTY HARM THAT PEOPLE COULD SUE ARIN, FOR
10 EXAMPLE, BECAUSE THE COURT DIDN'T ORDER THE, THE
11 RESOURCES REVOKED. IT'S NOT CLEAR THAT WE HAVE THE
12 RIGHT TO REVOKE BASED ON THE COURT'S ORDER.
13      WE WOULD LIKE THE COURT'S ORDER TO BE
14 AMENDED TO SHOW THAT WE HAVE THE RIGHT TO REVOKE
15 THOSE RESOURCES WHICH WE BELIEVE IS CONSISTENT WITH
16 THE INTENT OF YOUR ORDER BUT WASN'T SPELLED OUT AND
17 IN PART BECAUSE WE WEREN'T A PARTY.
18      ARIN POTENTIALLY, BY THE WAY, COULD BE
19 HARMED IN EFFECT BY, BY THE INABILITY OF OURSELVES
20 TO, TO MAINTAIN THE UNIQUENESS OF THOSE IP NUMBERS.
21      SO, FOR EXAMPLE, IF WE WERE TO REGISTER
22 THEM AS THE COURT ORDER SAID TO MR. KREMEN, HE
23 COULD BE BEGIN USING THOSE NUMBERS WHILE SOMEONE
24 ELSE IS USING THOSE NUMBERS. THAT'S EXACTLY WHAT
25 OUR JOB IS TO PREVENT. IT'S TO GRANT UNIQUE,

Page 8

1  UNIQUE NUMBERS TO EACH PARTY FOR THE PERIOD THAT
2  THEY'RE ENTITLED TO USE THEM.
3      WHEN THEY'RE NOT ENTITLED TO USE THEM WE
4  BRING THEM BACK AND PUT THEM BACK IN THE TREASURY
5  AND RE-ISSUE THEM TO THE NEXT PARTY.
6      THE COURT: WHAT DO YOU DO IF THERE'S A
7  CONFLICT?
8      MR. RYAN: THERE'S NO CONFLICT FROM OUR
9  PROCESS. WE ARE THE "WHO IS" DIRECTORY. WHEN WE
10 PUBLISH SOMETHING, THIS IS THE AUTHORITATIVE LIST
11 OF WHO HAS THE RIGHT TO THOSE RESOURCES.
12      THE COURT: THE PEOPLE, THE THIRD PARTIES
13 YOU'RE NOW TELLING ME ABOUT, HOW DID THEY COME
14 TO -- THROUGH WHOM DID THEY OBTAIN RIGHTS?
15      MR. RYAN: SO WHEN WE ISSUED THE ORIGINAL
16 RESOURCES TO COHEN OR TO A COHEN ASSOCIATED ENTITY,
17 THEY THEN WOULD USE THOSE RESOURCES TO PROVIDE AN
18 INDIVIDUAL, SAY A STUDENT, OR, OR A BUSINESS WITH
19 THOSE, WITH THOSE NUMBERS TO DO BUSINESS WITH THEIR
20 ISP.
21      THE COURT: YOU'RE GIVING ME THAT AS A
22 HYPOTHETICAL BUT CAN YOU TRACE THROUGH NOW TO KNOW
23 EXACTLY WHO THE THIRD PARTIES ARE?
24      MR. RYAN: NO, WE DO NOT HAVE SUFFICIENT
25 RECORDS TO KNOW WHO THOSE THIRD PARTIES ARE.  WE

Page 9

1  SIMPLY BELIEVE. AND WE KNOW MR. KREMEN HAS BEEN IN
2  TOUCH WITH THOSE PEOPLE THAT CONTROL THE ISP FAR
3  MORE THAN WE HAVE BUT THE ISP HAS MADE
4  REPRESENTATIONS TO US THAT THEY ARE THIRD PARTIES
5  SO THEY WOULD BE HARMED. WE DON'T CARE SO AS LONG
6  AS THE COURT ORDERS US TO REVOKE THAT.
7      WE WANTED TO POINT OUT THE EQUITIES THAT
8  THERE ARE THIRD PARTIES INVOLVED BUT WE DON'T
9  REALLY WANT TO STAND BETWEEN MR. KREMEN AND
10 MR. COHEN. WE NEVER WANTED TO BE THERE.
11      WE WANT TO GIVE THOSE RESOURCES, AS THE
12 COURT WANTED US TO, TO HIM, BUT ONLY AFTER, AFTER
13 HE SIGNS AN AGREEMENT THAT SAYS HE'LL USE THEM
14 PROPERLY AND HE'LL BE GOVERNED BY THE RULES OF THE
15 COMMUNITY IN THE SAME WAY AS EVERYONE ELSE.
16      THE COURT: VERY WELL. LET ME INTERRUPT
17 WHATEVER COMMENTS YOU'RE GOING TO MAKE AND HEAR
18 FROM YOUR OPPONENT.
19      MR. IDELL: GOOD MORNING, YOUR HONOR. I
20 WANT TO START THIS DISCUSSION OFF BY APPROACHING IT
21 IN A MUCH SIMPLER WAY. YOU KNOW, YOUR HONOR, IN
22 THE FIVE YEARS OR SO THAT WE HAVE COME BEFORE YOU
23 ON A NUMBER OF DIFFERENT PROPERTY ISSUES, THE ISSUE
24 HAS ALWAYS BEEN THE SAME, THERE'S A JUDGMENT
25 PROVIDES FOR A CONSTRUCTIVE TRUST OVER PROPERTY

3 (Pages 6 to 9)

955f0837-6e12-4355-bff8-818f7ee8ccaa

## Page 10

1  THAT COHEN HAD. THIS ORDER IS NO DIFFERENT THAN
2  ANY OF THOSE.
3        IT'S NOT COMPLICATED. IT'S VERY SIMPLE.
4  IT'S UNDISPUTED THAT, THAT COHEN, SANDMAN, PACNET,
5  THE LATTER COMPANY BEING ONE THAT IT TOOK US A
6  WHILE TO FIGURE OUT HOW WE COULD PROVE THE ALTER
7  EGO STATUS BUT NOW HAS BEEN SHOWN THESE ARE ALL
8  COMPANIES THAT OBTAINED THESE RESOURCES FROM ARIN.
9        INTERESTINGLY, YOUR HONOR, THE STATEMENT
10 HAS BEEN MADE IN THE REPLY THAT KREMEN FOR THE
11 FIRST TIME IS COMING FORWARD AND SAYING HE'LL STEP
12 IN THE SHOES OF MR. COHEN. THAT'S NOT AT ALL TRUE.
13 WE HAVE BEEN SAYING THAT SINCE DAY ONE. WE SAID
14 THAT THE FIRST DAY WE CAME IN HERE ON
15 SEPTEMBER 17TH AND ASKED YOUR HONOR TO MAKE AN
16 ORDER THAT THEY REREGISTER THESE. THAT'S ALL WE
17 EVER ASKED FOR.
18       WE FILED OUR OPPOSITION TO THIS MOTION
19 AFTER, AFTER NOT ONE BUT TWO SUBPOENAS HAVE BEEN
20 ISSUED ON ARIN.
21       IN, IN NEITHER OF THE PRODUCTIONS THEY
22 NEVER PRODUCED IN RESPONSE TO THOSE SUBPOENAS THESE
23 CONTRACTS WHICH THEY GAVE US TWO DAYS AFTER WE
24 FILED OUR OPPOSITION. AND NOW THEY -- AND IT'S
25 VERY CURIOUS THAT THEY DIDN'T PRODUCE THOSE

## Page 11

1  CONTRACTS BUT, BUT IT'S PERHAPS ANSWERED IN THE
2  FACT THAT THOSE CONTRACTS DON'T EVEN DESIGNATE WHAT
3  RESOURCES THEY APPLY TO.
4        BUT NOW WE KNOW THIS CONTRACT BECAUSE
5  THEY HAVE GIVEN THEM TO US AND THEY SAY THAT THESE
6  ARE CONTRACTS THAT APPLY IN SOME WAY. THEY SAY WE
7  CAN FIGURE OUT, IF YOU LOOK AT MR. -- IF I'M
8  PRONOUNCING HIS NAME CORRECTLY -- MR. ZLAK'S
9  DECLARATION HE SAYS WE CAN FIGURE OUT WHICH
10 RESOURCES WERE COVERED BY THIS CONTRACT. I CAN'T
11 FIGURE IT OUT. NO ONE ELSE FROM THIS LEGAL TEAM
12 CAN FIGURE IT OUT. IT'S NOT EVEN CLEAR FROM THE
13 DECLARATION.
14       THE COURT: LET'S GO BACK TO YOUR
15 STATEMENT ABOUT THAT THERE IS A CONFLICT, AS I
16 HEARD IT, BETWEEN THE POSITION OF ARIN AND THE
17 PLAINTIFF HERE OR, OR WITH RESPECT TO, WITH RESPECT
18 TO WHETHER OR NOT YOU HAD, YOU HAD INDICATED YOUR
19 WILLINGNESS TO SIGN WHATEVER THEY TENDERED TO YOU
20 TO SIGN FOR PURPOSES OF, OF TRANSFER. HOW DO I
21 RESOLVE THAT CONFLICT? IS THERE SOME DOCUMENT THAT
22 I CAN LOOK AT THAT WILL TELL ME WHETHER THE OFFER
23 WAS MADE AND REJECTED OR WHETHER IT WAS ACCEPTED?
24       MR. IDELL: YOUR HONOR, THAT'S A
25 DIFFERENT ISSUE. WHAT I SAID WAS --

## Page 12

1        THE COURT: THAT'S THE ISSUE I'M ASKING
2  ABOUT. THAT'S THE ISSUE I WANT TO KNOW ABOUT. IS
3  THERE A PLACE THAT I CAN LOOK TO FIND THE ANSWER TO
4  THAT?
5        MR. IDELL: TO FIND THE ANSWER AS TO
6  WHETHER OR NOT MR. KREMEN WOULD SIGN AN AGREEMENT,
7  IS THAT THE QUESTION?
8        THE COURT: SIGN WHATEVER AND INDICATED
9  IT NEEDED TO HAVE SIGNED IN ORDER TO, TO TRANSFER
10 TO MR. KREMEN WHAT, WHAT WAS ON ITS BOOKS BELONGING
11 TO MR. COHEN.
12       MR. IDELL: THEY HAD NEVER PRESENTED US
13 WITH ANY DOCUMENT WHICH THEY SAID THAT IF YOU SIGN
14 THIS DOCUMENT THEN, THEN YOU WILL BE IN THE SHOES
15 OF MR. COHEN.
16       HOWEVER, YOUR HONOR, THEY WOULD NEED TO
17 DO THAT BECAUSE IF THEY HAD VALID CONTRACTS WITH
18 MR. COHEN AND PACNET AND THESE OTHER COMPANIES THEN
19 BY REGISTERING THESE BLOCKED NUMBERS AND ASN
20 NUMBERS IN MR. KREMEN'S NAME, MR. KREMEN IS BOUND
21 BY WHATEVER CONTRACT COHEN IS BOUND BY.
22       THE COURT: AND HOW DOES ONE REGISTER?
23       MR. IDELL: THEY HAVE THE ABILITY, YOUR
24 HONOR, TO CHANGE THE RECORD OF WHO, OF WHO CONTROLS
25 THESE NET BLOCK NUMBERS AND AS NUMBERS. THEY DO

## Page 13

1  THAT THROUGH AN ELECTRONIC PROCESS. IT'S VERY
2  SIMILAR TO WHAT HAPPENS IN THE DOMAIN NAME CONTEXT
3  IN TERMS OF MAKING AN ELECTRONIC ENTRY.
4        MR. RYAN STATED TO YOU IN HIS BRIEF
5  PRESENTATION THAT THEY HAVE TO TAKE THE RESOURCES
6  BACK AND REISSUE THEM. IT SOUNDS LIKE THEY'RE
7  DOING SOMETHING BUT THEY'RE NOT. ALL THEY'RE DOING
8  IS FLIPPING A SWITCH, AN ELECTRONIC SWITCH,
9  CHANGING A NAME FROM JONES TO SMITH. THAT'S ALL IT
10 IS.
11       MY POINT, YOUR HONOR, IS THAT THEY, THEY
12 HAVE BEEN IN AN EVOLVING PROCESS. THEY HAVE THIS
13 LONG HISTORY OF HOW THEY GOT THEIR POWERS, TO THE
14 EXTENT THAT THEY HAVE ANY, WHICH IS ANOTHER ISSUE
15 THAT WE CAN GET INTO INVOLVING THE OTHER MOTION.
16       BUT THERE'S A LONG HISTORY AS TO HOW THEY
17 GOT THEIR POWERS AND HOW THEY DEVELOPED THEIR
18 SYSTEMS AND ALONG THE WAY THERE WERE CERTAIN
19 RESOURCES THAT WERE ISSUED BEFORE THEY EVER CAME
20 INTO THE PICTURE WHICH ARE NOT REGULATED BY THESE
21 CONTRACTS. THAT'S THE SO CALLED LEGACY RESOURCES
22 WHICH APPARENTLY MR. COHEN HAS SOME OF THOSE.
23 THOSE ARE THE ONES THAT THEY SAY WE DON'T CONTROL.
24 THOSE ARE WITH UU NET.
25       BUT AS TO THE ONES THEY DO CONTROL

U.S. COURT REPORTERS

955f0837-6e12-4355-bff8-818f7ee8ccaa

Page 14

1 THEY'VE NOW COME FORWARD AND SAID, YES, THEY ARE
2 CONTRACTS AND WHAT WE'RE SAYING IS THAT WE DON'T
3 HAVE TO SIGN ANYTHING, WE DON'T HAVE TO SIGN
4 ANYTHING NEW. WE JUST HAVE TO STEP INTO THE SHOES
5 THAT COHEN HAD BUT WE WANT TO BE BOUND BY WHATEVER
6 COHEN WAS BOUND BY AND THEN THEY HAVE TO COME TO US
7 AND SAY HERE'S WHAT COHEN IS BOUND BY.
8         THAT'S NOT COMPLICATED AND IT DOESN'T
9 MODIFY THE ORDER AND, IN FACT, IT MIGHT INVOKE A
10 CLARIFICATION THAT IN REREGISTERING KREMEN STEPS
11 INTO THE SHOES BUT THAT'S THE WHOLE NATURE OF
12 CONSTRUCTIVE TRUST. YOU WOULDN'T HAVE TO DO
13 ANYTHING MORE THAN THAT. THAT WOULD SOLVE THE
14 ISSUE.
15         THE COURT: I'M NOT SURE ON WHOSE SIDE
16 THIS CUTS BUT MY FIRST CONCERN IS THAT THIS IS A
17 PROBLEM WHICH EXISTED FOR AS LONG AS IT DID WITHOUT
18 COMING BACK HERE AND ALERTING ME TO IT.
19         I DON'T KEEP AS CLOSE A WATCH ON, ON MY
20 ORDERS AS, AS I WOULD WISH TO BECAUSE, BECAUSE IT'S
21 A BUSY COURT.
22         I DO RECALL HAVING, HAVING A SERIES OF,
23 OF PROPOSED ORDERS PRESENTED TO ME WITH RESPECT TO
24 MR. COHEN'S ACTIVITIES AND BEING WILLING, UNDER THE
25 CIRCUMSTANCES, TO, TO SIGN ORDERS REQUIRING VARIOUS

Page 15

1 OF HIS ASSETS TO BE SURRENDERED TO, TO MR. KREMEN.
2 AND, AND BECAUSE OFTEN THERE IS NO OPPOSITION.
3         SO IF THIS HAD BEEN PRESENTED TO ME AS A
4 PROBLEM EARLY ON, IT WOULD HAVE GIVEN ME AN
5 OPPORTUNITY TO COMMENT ON IT.
6         HEARING WHAT I'M HEARING NOW, I GUESS I
7 NEED TO HEAR MORE FROM BOTH SIDES AS TO WHAT IT IS
8 YOU NEED THE COURT TO DO.
9         I DO NOT WANT THE REGISTRAR HERE, ARIN,
10 TO DO ANYTHING OTHER THAN TO COMPLY WITH, WITH
11 WHATEVER THE LAW REQUIRES TO MAKE THE TRANSFER.
12         IT'S, IT'S BEEN THROUGH THIS CASE THAT I
13 HAVE BEEN EDUCATED A LITTLE BIT ABOUT THE NATURE OF
14 DOMAIN NAMES AND EVEN THIS IS EARLIER FOR THE COURT
15 I HAVE BEEN. IF THIS IS A DEED TO PROPERTY AND
16 SOMEONE HAS SOMEHOW MISCONVEYED A DEED OR ORDERING
17 THE PROPERTY BE TRANSFERRED, THERE'S A DOCUMENTARY
18 PROCESS THAT HAS TO FOLLOW THAT. I WAS NOT
19 INTENDING BY MY ORDER TO, TO EXCUSE EITHER SIDE
20 FROM HAVING TO GO THROUGH WHATEVER PROCESS IS
21 REQUIRED TO MAKE A PROPER TRANSFER.
22         AND I WAS NOT INTENDING TO EXCUSE
23 MR. KREMEN FROM SIGNING WHATEVER, WHATEVER DOCUMENT
24 IS REQUIRED BY THE REGISTRAR TO HAVE THESE NAMES
25 AND TO COMPLY WITH THE LAW IF THAT'S WHAT EVERYBODY

Page 16

1 ELSE DID. I WAS NOT TRYING TO EXEMPT HIM FROM
2 THAT.
3         NOTHING IN MY ORDER CONTAINS ANY KIND OF
4 EXEMPTION AND THE DETAIL OF MY ORDER IS MERELY A
5 REFLECTION OF WHAT I WAS ASKED FOR WITHOUT
6 OPPOSITION AND SO IF THERE HAD BEEN OPPOSITION
7 EXPLAINING TO ME HOW TO SHAPE THE ORDER, I MIGHT
8 HAVE SHAPED IT DIFFERENTLY.
9         SO WHAT I SEE THE JOB BEFORE THE COURT
10 TODAY IS TO FIGURE OUT HOW TO DO THIS IN A WAY THAT
11 ACCOMPLISHES MY MAIN GOAL, NAMELY, TO HAVE MY ORDER
12 OBEYED; AND YOUR MAIN GOAL, WHICH IS TO GET THE
13 ASSET TRANSFER TO YOUR CLIENT; AND ARIN'S MAIN
14 GOAL, WHICH IS TO HAVE IT TRANSFERRED IN A FASHION
15 WHICH ALLOWS IT TO CARRY OUT ITS MANDATE TO HAVE IT
16 ISSUED UNDER CERTAIN RULES AND REGULATIONS.
17         ALL OF THOSE I DON'T BELIEVE ARE IN ANY
18 WAY IRRECONCILABLE. AND SO WE CAN PULL ALL OF THIS
19 TOGETHER.
20         SO WHAT I NEED TO HEAR IS WHAT LANGUAGE
21 YOU ALL WOULD, WOULD SUGGEST TO ME WHICH, WHICH
22 CARRY THAT FORWARD AND IF YOU HEAR LANGUAGE FROM
23 THEM OR THEY HEAR LANGUAGE FROM YOU THAT IS
24 INCONSISTENT WITH THAT, TELL ME WHAT IT IS AND I
25 CAN RESOLVE THAT CONFLICT. SO TAKE IT THAT WAY AND

Page 17

1 SEE WHERE WE COME OUT.
2         MR. IDELL: AND THAT'S EXACTLY HOW WE ARE
3 APPROACHING IT, YOUR HONOR. OUR SUGGESTION WOULD
4 BE SIMPLE. OUR SUGGESTION WOULD BE THAT THE
5 LANGUAGE WOULD BE THAT MR. KREMEN WOULD FOLLOW AND
6 BE BOUND BY WHATEVER CONTRACTS EXISTED WITH COHEN
7 AND HIS ENTITIES WITH RESPECT TO, TO THE NET BLOCK
8 NUMBERS AND AS NUMBERS THAT ARE AT ISSUE.
9         THE COURT: FOLLOW AND BE BOUND BY. SO
10 YOU'RE QUESTIONING THAT HE NOT SIGN ANY DOCUMENT?
11         MR. IDELL: WOULDN'T BE REQUIRED, YOUR
12 HONOR. NOT ONLY THAT, YOUR HONOR, WE COULDN'T
13 RESOLVE THAT TODAY.
14         THE COURT: HOW DO I KNOW HE'S BOUND BY
15 IT?
16         MR. IDELL: WELL, YOUR HONOR, THEY'RE THE
17 ONES THAT ISSUED THE CONTRACTS AND IF YOU LOOK AT
18 MR. ZLAK'S DECLARATION THERE ARE FIVE NUMBERS --
19         THE COURT: HOW WOULD I KNOW THAT
20 MR. KREMEN IS BOUND BY THE CONTRACT?
21         MR. IDELL: WELL, YOUR HONOR, HOW WOULD
22 YOU KNOW THAT HE'S BOUND BY THE CONTRACT?
23 MR. COHEN AND/OR HIS ENTITY SIGNED THE CONTRACTS.
24         THE COURT: HOW DO I KNOW THAT MR. KREMEN
25 IS BOUND BY IT?

5 (Pages 14 to 17)

U.S. COURT REPORTERS

955f0837-6e12-4355-bff8-818f7ee8ccaa

Page 18

1    MR. IDELL: BECAUSE HE WOULD BE TAKING
2  THIS REGISTRATION SUBJECT TO THE ORDER WHICH WOULD
3  SAY SO.
4    THE COURT: HOW DO I KNOW THAT HE -- IF I
5  CALL HIM IN AND I SAY YOU HAVE TO FOLLOW THIS
6  ORDER, WHAT DO I HAVE TO PROVE THAT?
7    MR. IDELL: IF I MAY BY EXAMPLE, YOUR
8  HONOR GAVE AN ORDER AFTER TRIAL THAT MR. KREMEN BE
9  ENTITLED TO THE PROPERTY IN SAN DIEGO. THE
10 PROPERTY IN SAN DIEGO CARRIES WITH IT COVENANTS AND
11 RESTRICTIONS, IT CARRIES WITH IT A HOMEOWNER'S
12 ASSOCIATION THAT YOU HAVE TO BE BOUND BY THE RULES
13 ALL OF THAT FOLLOWS THE FORM. YOU GET THE PROPERTY
14 AND THEN THERE ARE RULES AND REGULATIONS THAT
15 FOLLOW ITS USE.
16   THE SAME IS TRUE OF THE PROPERTY THAT YOU
17 SIGNED OVER WITH REGARD TO THE FACILITY IN SAN
18 DIEGO. YOU SAID MR. KREMEN IS ENTITLED TO THE
19 PROPERTY, THERE WAS A LEASE IN PLACE, THERE WERE
20 RULES AND REGULATIONS AND IT FOLLOWS THE FORM.
21   THE SAME THING IS TRUE WITH ALL OF THESE
22 DOMAINS THAT WERE SIGNED OVER.
23   THE COURT: WELL, BUT, ALL RIGHT. SO
24 IT'S LIKE A COVENANT THAT RUNS WITH THE LAND SO
25 HE'S BOUND BY WHATEVER ARE THE CURRENT

Page 19

1  RESTRICTIONS.
2    MR. IDELL: NOT THE CURRENT RESTRICTIONS.
3  WHATEVER MR. COHEN WAS BOUND BY.
4    THE COURT: IF IT RUNS WITH THE LAND, AS
5  THE HOMEOWNER ASSOCIATION CHANGES THE RULES, IT
6  APPLIES TO EVERYONE. IF THE HOMEOWNERS ASSOCIATION
7  SAYS WE NOW CHANGED THE RULES AND YOU CAN'T HAVE
8  EIGHT-FOOT FENCES AND SOMEONE TAKES THE PROPERTY,
9  CAN THEY HAVE A SIX-FOOT FENCE OR ARE THEY
10 RESTRICTED TO EIGHT?
11   MR. IDELL: THE ANSWER IS AT THE TIME
12 THAT COHEN GOT IT FROM ARIN, IF THE AGREEMENT
13 PROVIDES THAT THEY CAN CHANGE THE RULES, THEN THEY
14 CAN CHANGE THE RULES. IF IT DOESN'T SAY THAT THEN
15 THEY CAN'T.
16   THE COURT: ALL RIGHT. SO WHAT IS YOUR
17 OBJECTION TO HIS SIGNING? I DON'T UNDERSTAND THE
18 OBJECTION.
19   MR. IDELL: BECAUSE WHAT THEY PRESENTED
20 TO MR. COHEN, WITHOUT GOING INTO THE LENGTHY
21 PROCESS OF NEGOTIATION AND THERE IS AN ISSUE AS TO
22 WHY IT TOOK THEM SO LONG TO COME INTO THIS COURT.
23 BUT AT THE LENGTHY PROCESS THEY NEVER REPRESENTED
24 MR. KREMEN UNTIL THE REPLY TO THESE PROCEEDINGS
25 WHICH CAME AFTER OUR OPPOSITION AND SUPPLEMENTAL

Page 20

1  OPPOSITION, THEY NEVER ONCE CAME FORWARD AND SAID,
2  SAID HERE ARE THE CONTRACTS THAT COHEN HAS, YOU'RE
3  BOUND BY THIS.
4    THE COURT: SO THE ONLY REASON THEY
5  DIDN'T SIGN IS THAT BECAUSE HE DIDN'T COME FORWARD
6  WITH WHAT THEY --
7    MR. IDELL: THEY'RE ASKING HIM TO SIGN
8  WHAT THE CURRENT AGREEMENT IS.
9    THE COURT: THE REASON TO SIGN IS IT'S
10 CURRENT. YOU'RE WILLING TO SIGN SOMETHING BUT NOT
11 THAT.
12   MR. IDELL: HE'S WILLING TO SIGN AN
13 ACKNOWLEDGEMENT THAT THIS IS THE COHEN CONTRACT,
14 AND ONCE THEY PROVE TO US THAT, THAT THEY, IN FACT,
15 HAVE A CONTRACT WITH COHEN AND IT APPLIES TO THESE
16 ASN NUMBERS WHAT I STARTED TO SAY A FEW MOMENTS
17 AGO, YOUR HONOR, IS THAT WE CAN'T FIGURE OUT TODAY,
18 ABSENT SOME SHOWING BY THE OTHER SIDE, THAT, IN
19 FACT, THESE CONTRACTS THAT THEY HAVE APPLY TO THESE
20 RESOURCES BECAUSE YOU CAN'T TRACE THEM. THEY DON'T
21 SAY ON THEM, THIS IS THE CONTRACT FOR THIS, FOR
22 THIS NET BLOCK NUMBER OR THIS IS THE CONTRACT FOR
23 THIS AS NUMBER.
24   THE COURT: AND WHAT IS THE HARM TO
25 MR. KREMEN IF THEY HAVE TO SIGN THE CURRENT

Page 21

1  RESTRICTION?
2    MR. IDELL: BECAUSE HE WOULD BE AGREEING
3  TO MORE THAN COHEN AGREED TO AND THAT WOULD NOT BE
4  CONSISTENT WITH THE JUDGMENT OF CONSTRUCTIVE TRUST.
5  HE SHOULDN'T BE REQUIRED TO HAVE LIMITATIONS THAT
6  WERE NOT IMPOSED BY COHEN.
7    THE COURT: AND IS THAT THE ONLY REASON?
8    MR. IDELL: THAT'S THE REASON, YOUR
9  HONOR.
10   THE COURT: ALL RIGHT. THANK YOU.
11   LET ME GO BACK OVER HERE, AND I KNOW I'M
12 SHORT OF TIME OR OUT OF TIME.
13   WHAT IS IT YOU WANT THE COURT TO DO THAT
14 WOULD PROTECT YOUR CLIENT.
15   MR. RYAN: ABSOLUTELY. FIRST OF ALL, WE
16 HAVE GIVEN YOU A FORM OF ORDER THAT I WOULD LIKE
17 YOU TO REVIEW TODAY. WE WOULD LIKE YOU TO SIGN THE
18 FORM OF ORDER TO MODIFY THE ORDER.
19   THE COURT: PASS IT UP.
20   MR. RYAN: THANK YOU VERY MUCH. THIS IS
21 IDENTICAL TO THE ONE WITH OUR ORIGINAL PLEADING.
22   SECOND, I'M GOING TO HAND UP TO THE COURT
23 AN EXACT DUPLICATE OF THE RSA THAT WAS SIGNED BY
24 MR. COHEN FOR THE FIRST PIECE OF PROPERTY. NOW,
25 THE RSA'S CHANGE OVER TIME JUST LIKE SOFTWARE

6 (Pages 18 to 21)

955f0837-6e12-4355-bff8-818f7ee8ccaa

Page 22

1  LICENSES DO. WE DON'T CARE WHICH ONE HE SIGNS. HE
2  CAN SIGN THE ONE THAT WAS THE FIRST ONE THAT COHEN
3  AND HIS ASSOCIATE SIGNED. THEY CAN SIGN THE SECOND
4  VERSION THAT WAS EXTANT ON SOME OF THE LATER GIVEN
5  IP SOURCES OR THEY CAN SIGN TODAY. I, FRANKLY,
6  DON'T CARE.
7       THE COURT: WHY DON'T YOU CARE?
8       MR. RYAN: I DON'T CARE BECAUSE WHILE
9  THE, WHILE THE, THE RSA HAS EVOLVED, THIS HAS BEEN
10  TOTALLY OF THEIR MAKING THAT THEY WON'T SIGN
11  ANYTHING. THEY WON'T SIGN ANY PAPERWORK.
12       THE COURT: YOU'VE GOT ME NOW.
13       MR. RYAN: I UNDERSTAND.
14       THE COURT: WHY DON'T YOU CARE?
15       MR. RYAN: I DO ACTUALLY.
16       THE COURT: IS IT SIGNIFICANT BETWEEN
17  THESE?
18       MR. RYAN: NO, IT IS SIGNIFICANT. AS THE
19  INTERNET COMMUNITY CHANGES, RSA 9, WHICH IS OUR
20  CURRENT VERSION, WOULD GOVERN ANYONE WHO CAME TO US
21  TODAY AND WE HAVE PROVIDED THE COURT WITH A COPY OF
22  RSA 9.
23       WE, WE REALLY JUST WANT TO RESOLVE THE
24  ISSUE. IT WOULD BE MORE APPROPRIATE GIVEN THAT
25  THEY'RE GETTING THE RESOURCES TODAY TO SIGN RSA 9.

Page 23

1       THE COURT: DO YOU HAVE REGISTRANTS NOW
2  WHO ARE AT VARIOUS STAGES OF PROTECTION OR
3  RESTRICTION?
4       MR. RYAN: WE HAVE 11,500 DIFFERENT
5  ENTITIES THAT HAVE GOTTEN RESOURCES OVER TIME THAT
6  ARE GOVERNED HISTORICALLY BY THE DIFFERENT
7  AGREEMENTS.
8       THE COURT: SO THEY'RE USED TO THAT?
9       MR. RYAN: THEY'RE USED TO THAT.
10       THE COURT: SO WHAT DO YOU DO, LOOK UP
11  EACH ONE?
12       MR. RYAN: THAT'S RIGHT, THAT'S RIGHT.
13  AND SO IN TRUTH, YOUR HONOR, AGAIN, I'M TRYING TO
14  PROVE TO THE COURT THAT THE FLEXIBLE PARTY HERE,
15  THE PARTY THAT IS SEEKING RESOLUTION IS US, WHETHER
16  IT'S RSA 2, 3, OR 9, I DON'T CARE. IN FACT, I HAVE
17  A BLANK ONE SIGNED BY MY CFO RIGHT HERE IN COURT.
18  MR. KREMEN IS IN COURT. HE CAN SIGN IT RIGHT NOW,
19  AND I CAN LEAVE THE COURTROOM TODAY AND GO HOME AND
20  TRANSFER THESE RECOURSES.
21       NOW, THE OTHER COROLLARY THAT WE DO WANT
22  YOU TO ORDER THE REVOCATION OF THOSE RESOURCES.
23       THE COURT: I HEARD THAT.
24       MR. RYAN: ALL RIGHT. NOW, WITH REGARD
25  TO THE LEGACY PORTION, THAT PORTION THAT WAS

Page 24

1  GRANTED THERE WAS A MAN NAMED JOHN POSTELLE WHO
2  INVENTED THE INTERNET AND HE HAD A NOTEBOOK ON HIS
3  DESK AND AT THE BEGINNING OF THE INTERNET HE WROTE
4  DOWN SOME OF THOSE THINGS, MR. KREMEN GOT SOME OF
5  THAT SPACE, SO DID UU NET AND PART OF WHAT WE ASK
6  TO BE TRANSFERRED IS THE UU NET AND THIS ORDER SAYS
7  WE CAN'T DO THAT AND IN THE SAME WAY I CAN'T TAKE
8  BACK FROM MR. KREMEN HIS LEGACY ADDRESS SPACE, I
9  SIMILARLY HAVE NO CONTRACTUAL SERVICE AGREEMENT
10  AUTHORITY TO TAKE BACK THAT SMALL PORTION THAT UU
11  NET HAS. THEY CAN PURSUE UU NET FOR THAT.
12       NOW, THE LAST PORTION IN THE ORDER IS THE
13  ONE ASN THAT HAS BEEN TRANSFERRED IT WAS IN MEXICO.
14  WE TRANSFERRED IT IN 2002. THAT WAS PERFECTLY
15  APPROPRIATE BECAUSE IT WAS ONLY IN DECEMBER OF
16  2003, NOT WHEN THE COURT ISSUED ITS ORIGINAL ORDER
17  THAT THEY SOUGHT TO ENFORCE AGAINST US, THAT THEY
18  SOUGHT TO HAVE THAT ORDER, AND I HAVE THE DOCUMENT
19  RIGHT HERE TO SHOW THAT.
20       IT IS A LETTER SENT BY MR. IDELL. IT'S
21  DATED NOVEMBER 2003 AND IT SAYS THAT THEY'RE GOING
22  TO SEEK TO ENFORCE YOUR 2001 ORDER.
23       SO IN 2002, WE TRANSFERRED THINGS TO
24  MEXICO. THAT WAS PERFECTLY APPROPRIATE.
25       NOW, THERE'S TWO THINGS WE CAN DO. WE

Page 25

1  ARE AGAIN THE PARTY THAT WANTS TO RESOLVE THINGS.
2  I'LL GIVE THEM A NEW ASN, A NUMBER THAT IS A UNIQUE
3  IDENTIFIER. IT WON'T BE THE ONE THAT COHEN HAD OR
4  I'LL ASK MY BROTHER IN LATIN AMERICA TO SEE IF THEY
5  WILL RETURN IT VOLUNTARILY TO THE COURT WHICH I CAN
6  DO, BUT I CAN'T ORDER ZLAK TO DO ANYTHING. WE SPUN
7  THAT OFF.
8       NOW, I AM OUTRAGED THAT MY BROTHER WOULD
9  STAND HERE AND TELL THIS COURT THAT IT WAS ONLY IN
10  OUR REPLY PAPERS THAT WE, WE DESCRIBE THIS PROCESS.
11  I'M GOING TO READ TO THE COURT WHAT IS
12  EXHIBIT C.
13       THE COURT: DON'T READ IT. TELL ME AND
14  I'LL BELIEVE YOU AND I'LL LOOK AT IT.
15       MR. RYAN: LOOK AT EXHIBIT C TO
16  MR. ZLAK'S AFFIDAVIT AND I CAN HAND UP A COPY
17  BECAUSE I HAVE ANOTHER COPY HERE, AND IT WILL HELP
18  THE COURT.
19       THE COURT: I'VE GOT ENOUGH PAPER. LET
20  ME FIND IT. IT'S AN E-MAIL.
21       MR. RYAN: IT'S AN E-MAIL. IF YOU LOOK
22  AT THAT E-MAIL ON JANUARY 30TH, 2004, THIS IS
23  APPROXIMATELY 30 DAYS AFTER, AFTER MR. KREMEN
24  FINALLY DECIDED HE WANTED TO ENFORCE THE COURT'S
25  2001 ORDER. IF YOU READ THAT E-MAIL, THE ONLY

7  (Pages 22 to 25)

U.S. COURT REPORTERS

955f0837-6e12-4355-bff8-818f7ee8ccaa

Page 26

1   IMPORT OF WHAT WE'RE SAYING IS THAT WE ASKED HIM TO
2   FILL OUT THE PAPERWORK, AND, IN FACT, YOUR HONOR.
3       THE COURT: WHERE IS THAT LANGUAGE?
4       MR. RYAN: THIS IS MR. IDELL'S LANGUAGE.
5   AS WE DISCUSSED IN WASHINGTON, WE AGREED TO RESOLVE
6   THE MATTER AND ENFORCEMENT OF THE ORDER BY
7   ASSIGNMENT OF THE NET BLOCKS TO GARY, ARIN WANTED
8   IN THE SECOND PARAGRAPH, ARIN WANTED GARY TO FILL
9   OUT THE USUAL PAPERWORK BEFORE THE ACTUAL
10  ASSIGNMENT. IT WAS UNDERSTOOD THAT MR. JIMMERSON
11  AND YOU, IF NECESSARY, WOULD ASSIST GARY THROUGH
12  THAT PROCESS.
13      I CAN TELL YOUR HONOR, I WILL REPRESENT
14  TO THE COURT THAT I HAD MY STAFF PREPARE THE PAPERS
15  FOR THEM SO THAT THEY COULD JUST SIGN THEM.
16      SO SINCE 2004 ALL OF THE, ALL OF THE
17  ENERGY AND WASTE HAS BEEN GENERATED BECAUSE GARY
18  KREMEN WANTED DIFFERENT RIGHTS THAN EVERYBODY ELSE
19  IN THE INTERNET. HE WANTED DIFFERENT RIGHTS THAN
20  MR. COHEN HAD, HE WANTED DIFFERENT RIGHTS THAN THE
21  DEPARTMENT OF DEFENSE, AND WE WERE UNWILLING TO
22  GRANT THAT.
23      THE COURT: ALL RIGHT. I'M OUT ON TIME
24  ON THIS WHOLE MATTER SO I MOVE TO HAVE IT
25  SUBMITTED.

Page 27

1       I'LL TAKE A LOOK AT YOUR PROPOSED ORDER.
2   IT, AS I SAID, IT DOES APPEAR TO ME THAT, THAT MY
3   GOAL WAS SIMPLY TO, TO PUT MR. KREMEN IN OWNERSHIP
4   OF THIS BLOCK OF RESOURCES AS A WAY OF, OF, OF
5   SATISFYING A JUDGMENT.
6       IT APPEARS TO ME TO TIE TO WHAT WAS TAKEN
7   FROM HIM THAT MR. COHEN HAD DEVELOPED OVER TIME
8   UNLAWFULLY, AND BUT I WAS NOT TRYING TO EXEMPT HIM
9   FROM NORMAL REGISTRATION REQUIREMENTS SIGNING
10  WHATEVER AGREEMENTS WOULD BE REQUIRED. THEY WERE
11  TO MAINTAIN THE RESOURCE AND IT WAS MY INTENT TO
12  HAVE HIM TAKE THE RIGHTS AND BUT ONLY UNDER THE
13  USUAL AND NORMAL CIRCUMSTANCES AND I'LL TRY IMPOSE
14  AN ORDER WHICH, WHICH TAKES, TAKES THAT INTO
15  CONSIDERATION.
16      MR. IDELL: MAY I BE HEARD BRIEFLY, YOUR
17  HONOR?
18      THE COURT: BRIEFLY.
19      MR. IDELL: YOUR HONOR, WHAT I SAID WAS,
20  AND I DON'T SEE HOW MR. RYAN CAN DISAGREE WITH
21  THIS, WE NEVER FOUND OUT UNTIL AFTER THIS OUR
22  OPPOSITION TO THE MOTION THAT THE CONTRACTS WERE
23  FILED.
24      AND THE E-MAIL COUNSEL REFERRED YOU TO
25  SAYS NOTHING ABOUT CONTRACTS AND ALL OF THE

Page 28

1   E-MAILS, AND THERE'S MANY OF THEM IN THERE, THOSE
2   WERE ALL SETTLEMENT DISCUSSIONS THAT PROBABLY
3   SHOULDN'T BE BEFORE THIS COURT BUT SUFFICE IT TO
4   SAY THAT THEY DIDN'T DISCLOSE TO US THAT THEY
5   DIDN'T CONTROL THE UU NET BLOCK, THEY DIDN'T
6   DISCLOSE TO US THAT THEY HAD GIVEN AWAY TO THEIR
7   LATIN AMERICAN BROTHER ONE OF THE BLOCKS, THAT THEY
8   ONLY HAD THREE BLOCKS.
9       THEY HANDED MR. KREMEN PAPERWORK WHICH
10  WAS THEIR CURRENT PAPERWORK AND MR. KREMEN STARTED
11  FILLING IT OUT AND SAYING, WAIT A MINUTE, I'M NOT
12  APPLYING FOR THIS. I DON'T HAVE TO APPROVE THAT
13  I'M DOING THIS. I DON'T HAVE TO DO THIS. ALL I'M
14  GETTING IS WHAT COHEN HAD. AND WHEN WE TOLD THEM
15  THAT, THEY NEVER SAID, WELL, COHEN SIGNED A
16  CONTRACT, HERE IT IS. INSTEAD THEY DID NOTHING.
17      AND, AND, YOUR HONOR, WE HAVEN'T
18  DISCUSSED THE, THE VARIOUS, THE VARIOUS PROCEDURAL
19  BLOCKS TO THEIR, TO THEIR RELIEF. WE HAVE BRIEFED
20  THAT ALL EXTENSIVELY. I THINK THEY'RE OUT OF THE
21  BOX ON ANY OF THE GROUNDS OF RULE 60 AND, AND I'M
22  HAPPY TO SUBMIT IT, YOUR HONOR, BUT I WANTED TO
23  MAKE SURE THAT WHILE THEY SAY WE'RE THE PARTY
24  TRYING TO SOLVE THIS ALL MR. KREMEN HAS SAID SINCE
25  THE HEARING IS EXACTLY WHAT YOUR HONOR SAID: I

Page 29

1   WANT TO STEP INTO THE SHOES AND DO WHAT HE DID,
2   NOTHING MORE, NOTHING LESS.
3       THE COURT: WELL, I'M SURE YOU'LL AGREE
4   WITH THE COURT THAT I HAVE MADE THIS COURT AND, AND
5   AVAILABLE TO YOU FOR ANY DISPUTE. IF I HAD KNOWN
6   ABOUT IT EARLIER, IF THIS HAD BEEN STARTED IN 2004,
7   IF I HAD KNOWN ABOUT IT IN 2004, IT WOULD HAVE BEEN
8   RESOLVED IN 2004.
9       NOW THAT I KNOW ABOUT IT, I'LL TRY AND
10  GIVE YOU A RESOLUTION THAT IS CONSISTENT WITH MY
11  ATTITUDE ABOUT THIS.
12      MR. IDELL: THANK YOU, YOUR HONOR.
13      THE COURT: NOW -- SO LET'S MOVE TO THE,
14  TO THE SECOND OF THE MOTIONS WHICH IS THE MOTION
15  TO, TO DISMISS.
16      MR. HUMMEL: GOOD MORNING, YOUR HONOR.
17  CHAD HUMMEL ON BEHALF OF ARIN THE DEFENDANT IN THIS
18  CASE AND THE MOVING PARTY.
19      YOUR HONOR HAS ALREADY HIT ON A NUMBER OF
20  THE THEMES THAT WE RAISED IN THE MOTION TO DISMISS.
21  THIS WAS A COMPLAINT THAT WAS BROUGHT THAT RELATES
22  ENTIRELY TO THIS COURT'S SEPTEMBER 17TH, 2001
23  ORDER.
24      THE COMPLAINT RECITES CLAIMS OR PURPORTS
25  TO RECITE CLAIMS UNDER SECTION 1 OF THE SHERMAN

U.S. COURT REPORTERS

955f0837-6e12-4355-bff8-818f7ee8ccaa

Page 30

1  ACT, SECTION 2 OF THE SHERMAN ACT, CALIFORNIA'S
2  CARTRIGHT ACT, WHICH IS THE CALIFORNIA STATE AND
3  ANTITRUST STATUTE THAT, OF COURSE, TRACKS ONLY THE
4  SECTION 1 CLAIM AND THERE'S NO RIGHT TO UNILATERAL
5  MONOPOLIZATION CLAIM UNDER THE CARTRIGHT ACT. IT
6  HAS TO BE CONCERTED ACTIVITY, CONVERSION AND BREACH
7  OF FIDUCIARY DUTY.
8       ALL OF THOSE CAUSES OF ACTION ARISE OUT
9  OF BASICALLY THE FOLLOWING CONDUCT NONE OF WHICH IS
10 SUFFICIENT TO JUSTIFY THAT THE LAWSUIT CONTINUES
11 PAST TODAY.
12      THE CONDUCT THAT THEY ALLEGE IN THE
13 COMPLAINT IS, ONE, THAT ARIN WAS CREATED BY THE
14 GOVERNMENT; IT WAS CREATED TO ALLOCATE RESOURCES
15 AND NOT PROPERTY BY THE WAY AND WE CAN GET INTO
16 THAT IF YOU'RE INTERESTED.
17      THE COURT: WELL, I DON'T KNOW. I MAY BE
18 BOUND BY THE CIRCUIT ON THAT.
19      MR. HUMMEL: THERE'S A BIG DIFFERENCE
20 BETWEEN DOMAIN NAMES AND IP RESOURCES AND MR. RYAN
21 CAN TALK TO YOU, AS HE DID WITH ME ALL MORNING
22 BEFORE WE CAME TO COURT, ABOUT THE DIFFERENCES AND
23 THEY'RE IMPORTANT BUT IT'S DIFFERENT THAN A DOMAIN
24 NAME SUFFICE IT TO SAY THAT.
25      THE COURT: IS THERE A CASE HOLDING THAT

Page 31

1  THAT'S A PROPERTY RIGHT?
2       MR. HUMMEL: NO, NOT OF THE IP TYPE THAT
3  ARIN DISTRIBUTES, NO. BUT WE WERE CREATED, WE
4  ESTABLISHED PREREQUISITES FOR FOLKS AND COMPANIES
5  THAT REQUESTED THESE IP RESOURCES. WE CREATED A
6  REGISTRATION SERVICES AGREEMENT, VARIOUS FORMS OF
7  WHICH YOUR HONOR HAS CONSIDERED AND TALKED ABOUT
8  THIS MORNING. THOSE CONTAIN SOME SPECIFIC RIGHTS
9  THAT ARIN RETAINS SUCH AS TO INSIST ON CERTAIN
10 INFORMATION DISCLOSURE, THE PAYMENT OF FEES, AND
11 WHAT THEY CALL GRAB BACK PROVISIONS, IN OTHER
12 WORDS, IF THEY VIOLATE THE TERMS AND CONDITIONS IN
13 WHICH THEY WERE ALLOCATED THE IP RESOURCES ARIN
14 OBTAIN THE RIGHT TO TAKE THEM BACK.
15      THE REST OF THE CONDUCT IS THAT THERE WAS
16 AN ORDER ISSUED, YOUR HONOR ISSUED IT IN SEPTEMBER
17 OF 2001, SERVICE OF THAT ORDER, BY THE WAY, WAS
18 AFFECTED IN DECEMBER '03 ON. FROM DECEMBER '03 ON
19 THE PARTIES NEGOTIATED OVER THE COMPLIANCE WITH THE
20 ORDER AND THE TERMS OF SUCH COMPLIANCE, SOME OF
21 WHICH, SOME OF WHICH MR. RYAN GOT INTO INCLUDING
22 WITH THE E-MAIL.
23      AND IT'S UNDISPUTED THAT ARIN HAS ALWAYS,
24 ALWAYS ORDERED TO TRANSFER THESE IP RESOURCES, OR
25 IP RESOURCES GENERALLY, GENERALLY THAT WOULD BE THE

Page 32

1  FUNCTIONAL EQUIVALENCE IF, IF, IF MR. KREMEN,
2  KREMEN SIGNED THE CURRENT RSA AND OTHERWISE
3  COMPLIED WITH ARIN'S GUIDELINES. THAT'S THE
4  CONDUCT. THAT'S THE CONDUCT.
5       SECTION 1 OF THE SHERMAN ACT AS YOUR
6  HONOR KNOWS ONLY PROHIBITS RESTRAINTS OF TRADE AND
7  COMBINATIONS OR CONSPIRACIES THAT UNREASONABLY
8  RESTRAIN TRADE.
9       LET'S TALK ABOUT THE SECTION 1 CLAIM FOR
10 A MINUTE. IT IS, NUMBER ONE, BARRED BY STATUTE.
11 IT WAS A FOUR-YEAR STATUTE OF LIMITATIONS. THE
12 CONDUCT THAT IS REALLY, REALLY BEING COMPLAINED
13 ABOUT BY MR. KREMEN OCCURRED THE DATE THE ORDER WAS
14 SIGNED. HE COULD HAVE GONE TO ARIN THAT DAY AND
15 INSISTED UPON THE TRANSFER SUBJECT TO THE TERMS AND
16 CONDITIONS. IT'S MORE THAN FOUR YEARS BEFORE THE
17 FILING OF THE COMPLAINT. IT'S TIME BARRED.
18      NUMBER TWO, TO THE EXTENT HE'S
19 COMPLAINING ABOUT THE NEGOTIATIONS RELATING TO
20 COMPLIANCE WITH THE ORDER, THAT'S UNDER THE
21 NORR-PENINGTON DOCTRINE AND WE CITED THE CASES THAT
22 TALK ABOUT SETTLEMENT NEGOTIATIONS OR OFFERS TO
23 COMPLY IN CONNECTION WITH ENFORCEMENT OF A COURT
24 ORDER.
25      NUMBER THREE, THERE'S NO COMBINATION OR

Page 33

1  CONSPIRACY THAT SURVIVES THE COPPERWELL TEST. THE
2  BEST THEY CAN DO IS SAY THEY ARE OFFICERS AND
3  DIRECTORS OF ARIN; THAT IF CONSPIRED WITH THE
4  ENTITY ITSELF AND IF YOUR HONOR KNOWS UNDER THE
5  COPPERWELL DOCTRINE THAT DOESN'T CONSTITUTE A
6  SECTION 1 COMBINATION OR CONSPIRACY.
7       NUMBER FOUR, THERE'S NO HARM TO
8  COMPETITION ALLEGED ANYWHERE IN THE COMPLAINT OTHER
9  THAN THE CONCLUSORY LANGUAGE. MERELY HAVING AN
10 INFORMATION DISCLOSURE REQUIREMENT, MERELY
11 REQUIRING THAT PAYMENT OF FEES AND MERELY REQUIRING
12 THE SIGNING OF A REGISTRATION SERVICES AGREEMENT IS
13 NOT, IS NOT CONDUCT THAT HARMS COMPETITION IN
14 GENERAL, AND FOR THAT, YOUR HONOR, I WOULD REFER
15 YOU TO THE GREGORY CASE IN THE TENTH CIRCUIT WHICH
16 IS VERY ANALOGOUS TO THIS CASE UNDER THE SECTION 1
17 OF THE SHERMAN ACT.
18      IN SHORT, THIS SECTION 1 CLAIM FAILS ON A
19 NUMBER OF GROUNDS, STATUTE, NORR-PENINGTON
20 IMMUNITY, COPPERWELL AND THERE'S NO ALLEGATION
21 WHATSOEVER WITHIN THE RELEVANT MARKET THAT THEY
22 DESCRIBE.
23      LET ME MOVE ONTO THE SECTION 2 CLAIM IF I
24 MIGHT. MONOPOLIZATION UNDER THE SHERMAN ACT
25 REQUIRES THAT THE ACQUISITION OR MAINTENANCE OF

9 (Pages 30 to 33)

955f0837-6e12-4355-bff8-818f7ee8ccaa

Page 34

1 MONOPOLY POWER, THAT IS THE ABILITY TO CONTROL
2 PRICE AND EXCLUDE COMPETITION THROUGH PREDATORY OR
3 EXCLUSIONARY CONDUCT. AGAIN, WHAT IS THE CONDUCT
4 HERE? THE CONDUCT IS MERELY HAVING LEGITIMATE
5 SPECIFIC PREREQUISITES TO OBTAINING THESE IP
6 RESOURCES AS A MATTER OF LAW THAT'S NOT
7 EXCLUSIONARY OR PREDATORY CONDUCT.
8        MORE IMPORTANTLY, HOWEVER, YOUR HONOR,
9 THERE'S NO CAUSAL RELATIONSHIP BETWEEN HAVING AN
10 INFORMATION DISCLOSURE REQUIREMENT AND THE PAYMENT
11 OF FEES REQUIREMENT OR, OR THE SIGNING OF A
12 REGISTRATION SERVICES AGREEMENT IN THE CONTRACTUAL
13 PROVISIONS WITH HOW ARIN ACHIEVED ITS POSITION IN
14 THE MARKET. THERE'S NO CAUSAL RELATIONSHIP BETWEEN
15 THE TWO. IT DIDN'T GRANT IT THAT AUTHORITY, NOR
16 DOES IT ALLOW IT TO MAINTAIN THAT AUTHORITY.
17 THERE'S NO CAUSAL CONNECTION.
18        AND AGAIN, FOR THE SAME REASON THAT THE
19 SECTION 1 CLAIM FAILS ON STATUTORY GROUNDS,
20 STATUTORY LIMITATIONS GROUNDS AND, AND THE, THE
21 ENTIRE FAILURE OF, OF MR. KREMEN TO ALLEGE ANY HARM
22 TO COMPETITION, THE SECTION 2 CLAIM FAILS AS WELL.
23        YOUR HONOR, AS TO THE CONVERSION CLAIM I
24 THINK THAT'S BEEN ADEQUATELY BRIEFED. THERE'S NO
25 CONVERSION UNDER CALIFORNIA LAW AND UNDER THE

Page 35

1 FEDERAL CASES THAT INTERPRET CALIFORNIA LAW IF
2 THERE HASN'T BEEN NOTICE AND AN OPPORTUNITY TO BE
3 HEARD IN CONNECTION WITH, WITH, IN CONNECTION WITH
4 A COURT ORDER.
5        FINALLY UNDER THE BREACH OF FIDUCIARY
6 DUTY CLAIM, WHICH IS ALSO TIME BARRED AS WELL AS
7 THE CONVERSION CLAIM, THE BREACH OF FIDUCIARY DUTY
8 CLAIM FAILS SIMPLY BECAUSE THERE'S NO FIDUCIARY
9 RELATIONSHIP BETWEEN ARIN AND AN APPLICANT FOR IP
10 RESOURCES PERIOD. THERE'S NO FACTS ALLEGED THAT
11 WOULD SUPPORT THE EXISTENCE OF A DUTY UNDER
12 CALIFORNIA LAW AND THAT SHOULD FAIL.
13        THE COURT: COULD YOU SAY MORE UNDER
14 STATUTORY ANALYSIS. WHEN DOES THE STATUTE BEGIN TO
15 RUN?
16        MR. HUMMEL: AT THE TIME THE COURT
17 ENTERED THE ORDER.
18        THE COURT: WHY?
19        MR. HUMMEL: BECAUSE THE COMPLAINT ITSELF
20 ALLEGATION IN STICKING TO THE FOUR CORNERS OF THE
21 COMPLAINT, THAT THAT'S THE TIME THAT THE HARM
22 OCCURRED THROUGH NONCOMPLIANCE.
23        THE COURT: WELL, BUT IF, IF MY ORDER IS
24 NOT SELF-EXECUTING IF, IF THEY CHOOSE TO, CHOOSE TO
25 DELAY SERVING THE ORDER AND IT'S AT THAT POINT THAT

Page 36

1 NO OBJECTION IS MADE TO THE TARDY SERVICE AND SORT
2 OF TARDY SERVICE IS WAIVED, AND THEN AT THAT POINT
3 IN 2003, YOU'RE TELLING ME DECEMBER 2003, THEY'RE
4 THEN TOLD WE'RE NOT GOING TO COMPLY WITH IT, WHY
5 DOESN'T THAT START THE RUNNING OF THE STATUTE OF
6 LIMITATIONS?
7        MR. HUMMEL: NUMBER ONE, YOU HAVE TO
8 STICK TO THE ALLEGATIONS OF THE COMPLAINT AND THEY
9 ALLEGE IN NUMEROUS PLACES THAT WE CITE IN OUR BRIEF
10 THAT THE HARM OCCURRED AT THE MOMENT THE ORDER WAS
11 ISSUED.
12        NUMBER TWO, REGARDLESS, AND I CAN
13 ACTUALLY FIND THE PRECISE CITES IN THE COMPLAINT TO
14 WHERE THAT --
15        THE COURT: WELL, YOU'RE RIGHT IN TERMS
16 OF A MOTION TO DISMISS I NEED TO TAKE THOSE
17 ALLEGATIONS AS TRUE.
18        IS THAT A FACT OR IS THAT A LEGAL
19 CONCLUSION THOUGH?
20        MR. HUMMEL: IT'S BOTH. I THINK IT'S
21 BOTH.
22        THE FACT IS THAT WHEN YOUR HONOR ISSUED
23 THE ORDER, YOU INTENDED TO, TO EFFECTUATE
24 ESSENTIALLY PUTTING MR. KREMEN IN THE SHOES OF
25 MR. COHEN WITH ALL OF THE RIGHTS AND ALL OF THE

Page 37

1 OBLIGATIONS THAT MR. COHEN HAD.
2        WHEN THAT DIDN'T HAPPEN, THAT IS THE TIME
3 THAT THE STATUTE OF LIMITATIONS BEGAN TO RUN, AND,
4 FRANKLY, YOUR HONOR, THEY SHOULDN'T BE ABLE TO
5 MANIPULATE THE STATUTE BY DELAYING SERVICE.
6        WHAT HAPPENED WAS THAT WE WEREN'T
7 FORMALLY SERVED BUT WE RECEIVED NOTICE OF THE ORDER
8 ALMOST IMMEDIATELY UPON ISSUANCE AND THESE
9 NEGOTIATIONS AND THESE CONVERSATIONS INVOLVING
10 MR. RYAN BEGAN.
11        THE COURT: LET ME HEAR FROM YOUR
12 OPPONENT.
13        MR. KRONENBERGER: CARL KRONENBERGER FOR
14 GARY KREMEN. YOUR HONOR, WITH YOUR PERMISSION, I
15 WOULD LIKE TO ADDRESS THE STATUTE OF LIMITATIONS
16 ISSUES, FIDUCIARY DUTY AND UNFAIR COMPETITION ISSUE
17 AND THEN HAVE MY COLLEAGUE TERRY HANLEY ADDRESS THE
18 ANTITRUST ISSUES EXCEPT AS THEY RELATE TO STATUTE
19 OF LIMITATIONS.
20        THE COURT: I'M NOT SURE I'LL HAVE TIME
21 FOR ALL OF THAT BUT WHY DON'T YOU GET STARTED.
22        MR. KRONENBERGER: YOUR HONOR, I'D LIKE
23 TO ADDRESS A COMMENT THAT THE DEFENDANT HAS MADE
24 REGARDING, REGARDING THE ANTITRUST CASE IN GENERAL
25 AND THAT IS THAT IT HAS ARISEN OUT OF THE 2001

955f0837-6e12-4355-bff8-818f7ee8ccaa

Page 38

1  ORDER. THAT IS SIMPLY NOT THE CASE.
2       THE 2001 ORDER THEIR DISPUTE WITH IT
3  RELATES TO, TO THE ARIN POLICIES AND WHETHER OR NOT
4  THEY'RE CONTRACTS AND THIS GETS INTO WHAT MR. IDELL
5  WAS DISCUSSING ON WHETHER OR NOT THERE ARE ANY
6  CONTRACTS AND WHAT MR. KREMEN SHOULD BE OBLIGATED
7  TO.
8       THERE IS A SERIOUS QUESTION OF FACT
9  WHETHER ANY CONTRACTS EXIST THAT RELATE TO ANY OF
10 THE NET BLOCKS AT ISSUE IN THIS CASE.
11      WE DID NOT FIND OUT ABOUT ANY CONTRACTS
12 AT ALL UNTIL THE MORNING AFTER WE FILED OUR
13 OPPOSITION. ONCE WE GOT THESE CONTRACTS, THEY'RE
14 UNCLEAR ON WHETHER OR NOT THEY RELATE TO THE NET
15 BLOCKS AT ISSUE. THEY MAY NOT BE ANY CONTRACTS AT
16 ALL THAT RELATE TO THESE. IN FACT, THE OCEAN FUND
17 COMPANY, AN ALTER EGO OF COHEN, IT IS -- IT OWNS
18 THE ASN NUMBER, HOWEVER, THERE'S NO CONTRACT THAT
19 THEY PRESENTED.
20      AND, AND THE BACKGROUND HERE, YOUR HONOR,
21 IS ARIN IS SORT OF IN A LONG HISTORY OF THE
22 LOCATION OF IP ADDRESSES. THERE ARE MANY
23 ADDRESSES, OTHERS THAT OWN THEIR OWN IP ADDRESSES
24 AND ARIN HAS NO AUTHORITY WHATSOEVER OVER THOSE.
25      WE SIMPLY DO NOT KNOW WHETHER THESE

Page 39

1  BLOCKS ARE ARIN BLOCKS OR PRE-ARIN BLOCKS BECAUSE
2  THEY ONLY CAME INTO EXISTENCE IN 1998.
3       YOUR HONOR, I'D LIKE TO JUMP INTO THE
4  STATUTE OF LIMITATIONS ISSUE BECAUSE WE DON'T HAVE
5  ENOUGH TIME HERE UNLESS YOU HAVE QUESTIONS.
6       THE COURT: WELL, YOU KNOW, I'M CONFUSED
7  ABOUT THIS WHOLE THING BECAUSE I NORMALLY, I KNOW
8  NOW AS A RESULT OF THESE PROCEEDINGS THAT A
9  NONPROFIT ORGANIZATION SUCH AS ARIN CAN BE SUED FOR
10 ANTITRUST BUT THIS IS NOT THE NORMAL CIRCUMSTANCE
11 THAT I CONFRONT IN THIS COURT AND I HAVE HAD
12 SEVERAL MAJOR ANTITRUST CASES WHERE THAT, WHERE
13 THAT LAW IS IN THE BALANCE.
14      THIS IS A CIRCUMSTANCE WHICH IS TOTALLY
15 ESCAPING ME AS TO HOW WHAT THEY DID, EVEN IF THEY,
16 THEY DID EVERYTHING THE COMPLAINT SAID AMOUNTS TO A
17 VIOLATION BUT LET'S STICK WITH THE STATUTE OF
18 LIMITATIONS.
19      IF I'M, IF I'M PROPERLY POINTING YOU IN
20 THE RIGHT DIRECTION, I'M TOLD THAT THE COMPLAINT
21 SAYS THAT THE HARM OCCURRED IN 2001. IS THAT WHAT
22 THE COMPLAINT SAYS?
23      MR. KRONENBERGER: NO, YOUR HONOR, THE
24 COMPLAINT ALLEGES CONTINUOUS HARM STARTING IN 2001.
25      THE COURT: ALL RIGHT. LET'S SAY

Page 40

1  SOMETHING STARTED IN 2001, SO IF THAT IS THE BASIS
2  OF THE CLAIM, WHATEVER HAPPENED IN 2001, YOU'RE
3  TARDY.
4       MR. KRONENBERGER: THE MOST IMPORTANT
5  ISSUE, YOUR HONOR, THE MOST IMPORTANT POINT IN TIME
6  IS THE SERVICE OF THE ORDER WHICH, WHICH
7  IT'S EITHER LATE 2003, OR AS MR. ZLAK SAYS ON 2003
8  OF HIS DECLARATION, THE FIRST TWO WEEKS OF 2004.
9       WHAT HAPPENED BETWEEN THE ISSUANCE OF THE
10 ORDER AND ANY OTHER DATE THAT IS DIFFERENT.
11      MR. KRONENBERGER: THERE WAS A
12 STIPULATION BETWEEN PACNET AND MR. KREMEN NOT TO
13 ENFORCE THE ORDER BECAUSE THEY WERE WORKING OUT
14 ISSUES REGARDING THEIR DISPUTE AND, AND ON -- AND
15 THERE'S A LETTER WHICH IS EXHIBIT L, I BELIEVE,
16 TO --
17      THE COURT: HOW DOES THAT AFFECT ARIN?
18      MR. KRONENBERGER: IN A WAY IT DOESN'T.
19 YOU MAKE A GOOD POINT BUT THE REASON WHY IT WAS NOT
20 SERVED UPON ARIN IS BECAUSE, IS BECAUSE PACNET WAS
21 ON THE REGISTRATION OF THE NET BLOCKS AND, AND
22 MR. KREMEN HAD A DISPUTE WITH PACNET AND THERE WAS
23 A STIPULATION NOT TO ENFORCE THIS ORDER WHILE THEY
24 WORKED OUT THEIR DISPUTE. THEY DON'T WORK OUT
25 THEIR DISPUTE AND THEN ON EXHIBIT L YOU HAVE A

Page 41

1  LETTER FROM MR. IDELL TO THE ATTORNEY FOR PACNET
2  SAYING THAT WE'RE GOING TO PROCEED TO ENFORCE.
3  THIS WAS NOVEMBER 6TH, 2003, A MONTH LATER THE
4  ORDER WAS SERVED SO DECEMBER 2003, WHEREAS MR. ZLAK
5  SAYS JANUARY OF 2004, REGARDLESS, IT'S WITHIN THE
6  STATUTE OF LIMITATIONS AND THAT'S RELEVANT FOR UPON
7  CONVERSION.
8       THE COURT: IT BEING WHAT?
9       MR. KRONENBERGER: THE SERVICE WHERE AN
10 ABSOLUTE DUTY.
11      THE COURT: THE SERVICE DOESN'T, THE
12 SERVICE DOESN'T AFFECT STATUTE OF LIMITATIONS.
13 IT'S THE FILING OF THE COMPLAINT. SERVICE IS JUST
14 A PROCESS BY WHICH NOTICE IS GIVEN OF A COMPLAINT.
15 I HAVE TO JUDGE THE TOLLING OF THE STATUTE OF THE
16 FILING OF THE COMPLAINT, DON'T I?
17      MR. KRONENBERGER: YES, YOUR HONOR. THE
18 IMPORTANT THING IS THAT, IS THAT EACH TIME THE
19 PLAINTIFF IS INJURED OR EACH TIME THE PLAINTIFF'S
20 INTEREST IS INVADED THERE'S CONTINUING HARM AND THE
21 HARM IS, IS AND THE STATUTE OF LIMITATIONS IS
22 CONTINUALLY RESTARTED WITH THIS CONTINUING HARM.
23      THE COURT: THERE IS SUCH A THING, AS I
24 WOULD RECOGNIZE, AND COURTS HAVE RECOGNIZED, AS, AS
25 THAT A HARM THAT TAKES PLACE STARTING THE STATUTE

U.S. COURT REPORTERS

955f0837-6e12-4355-bff8-818f7ee8ccaa

Page 42

1 OF THE LIMITATIONS AND SO YOU'RE ABLE TO ATTACK ON
2 SOMETHING NEW, THAT MIGHT EXTEND THE STATUTE OF
3 LIMITATIONS BUT IF THE HARM IS, IS, IS THE HOLDING
4 OF SOMETHING THAT REALLY BELONG TO THE OTHER AND
5 FOR THAT ENTIRE PERIOD OF TIME IT CONTINUES TO BE
6 HELD, WHAT IS YOUR ARGUMENT THAT THAT ALLOWS YOU
7 YOU TO HAVE AN ENDLESS STATUTE OF LIMITATIONS?
8       MR. KRONENBERGER: YOUR HONOR, THERE'S
9 SPECIFIC CASE LAW THAT ADDRESSES IT AND WE WEREN'T
10 ABLE TO PUT THIS IN OUR DOCUMENTS BECAUSE IT WAS
11 ONLY BROUGHT UP IN THE REPLY OF ARIN. THEY BROUGHT
12 UP A DOCTRINE DEALING WITH THE QUOTE, "LAST OVERT
13 ACT" AND THAT FOCUSES ON NEW AND INDEPENDENT ACTS
14 THAT OCCUR AFTER AN INITIAL AGREEMENT THAT, THAT
15 THAT HAD HARMED FOR THE PURPOSE OF, OF CONTINUING
16 HARM IN THE STATUTE OF LIMITATIONS.
17       SPECIFICALLY THE COLUMBIA STEEL CASE, 111
18 F.3D. 1427, IT GOES INTO THIS DISCUSSION WHERE
19 ACTIVE ENFORCEMENT OF A POLICY, JUST LIKE WE HAD IN
20 ARIN, ACTIVE ENFORCEMENT OF A POLICY IS A NEW AND
21 INDEPENDENT ACT FOR STATUTE OF LIMITATIONS AND THIS
22 WAS AN 18-YEAR AGREEMENT IN THE COLUMBIA STEEL
23 CASE, 18 YEARS BUT THE COURT JUST FOCUSSED ON
24 14 YEARS PRIOR TO THE FILING OF THE COMPLAINT. THE
25 ACTIVE ENFORCEMENT OF THE POLICY WITHIN THAT

Page 43

1 FOUR YEARS WAS CONTINUING HARM WITHIN THE STATUTE
2 OF LIMITATIONS.
3       SO THIS IS, THIS LINE OF CASE LAW
4 STARTING WITH COLUMBIA STEEL, HENNIGAN, 787 F.2D
5 1289 IS ANOTHER CASE AND IT DEALS WITH THE
6 AGREEMENT TO DIVERT CUSTOMERS OVER A LONG PERIOD OF
7 TIME JUST PRIOR TO THE FILING OF THE CASE WE'RE
8 ANALYZED.
9       THE COURT: I'LL LOOK AT THAT. THAT IS A
10 CASE SIMILAR TO THIS WHERE THE DEFENDANT REFUSED TO
11 DO SOMETHING AT THE VERY BEGINNING OF THE RUNNING
12 OF THE STATUTE, CONTINUED TO REFUSE TO DO WHATEVER
13 IT WAS SUBJECT TO CONDITIONS, LET'S TAKE THAT OFF,
14 JUST REFUSE TO TRANSFER, AND, AND THE COURT ALLOWED
15 AN 18-YEAR STATUTE OF LIMITATIONS?
16       MR. KRONENBERGER: IN ESSENCE, YES.
17       THE COURT: I'LL TAKE A LOOK AT THAT. IT
18 JUST SEEMS TO ME THAT WHAT THAT MEANS IS, IS THAT
19 WHEN YOU PUT SOMEONE ON NOTICE THAT THEY'RE HOLDING
20 SOMETHING, THERE IS NO STATUTE OF LIMITATIONS AND I
21 JUST HAVEN'T SEEN ENOUGH CASE LAW TO CONVINCE ME OF
22 THAT, ESPECIALLY AN ANTITRUST CASE.
23       MR. KRONENBERGER: THAT WAS AN ANTITRUST
24 CASE?
25       THE COURT: SO THAT'S WHAT I NEED TO LOOK

Page 44

1 AT.
2       MR. KRONENBERGER: YOUR HONOR, THERE ARE
3 TWO OTHER CASES THAT DEAL WITH ACTIVE ENFORCEMENT
4 OF ILLEGAL AGREEMENTS, AIRLINE WELD, 742 F.2D 1194,
5 AND AURORA ENTERPRISES 688 --
6       THE COURT: AND IN WHAT SENSE IS THIS
7 CASE INVOLVE -- THEY SAY IN LAW SCHOOL ALWAYS STOP
8 AND GET THE QUESTION BUT YOU DON'T ALWAYS OBEY THAT
9 STUFF ANYWAY SO.
10      IN WHAT SENSE DOES THIS CASE INVOLVE
11 ACTIVE ENFORCEMENT OF A LEGAL AGREEMENT?
12      MR. KRONENBERGER: THIS ENTIRE LINE OF
13 CASES.
14      THE COURT: THIS CASE.
15      MR. KRONENBERGER: THE ARIN CASE, THE
16 AGREEMENT IS THE ARIN POLICY WHICH IS THE HEART OF
17 THE ANTITRUST MATTER. IT'S THE ARIN POLICY OF
18 REQUIRING THIS, THIS -- A GREAT AMOUNT OF
19 INFORMATION BEING COLLECTED FROM PEOPLE WHO NEED IP
20 ADDRESS BLOCKS AND THEN, AND THEN BEING ABLE TO
21 SELECTIVELY AND UNDER THE PURE AND ABSOLUTE
22 DISCRETION OF ARIN DECIDE WHO GETS ADDRESS BLOCKS
23 AND WHO DOESN'T AND THE --
24      THE COURT: DOES THAT HAPPEN HERE?
25      MR. KRONENBERGER: YES, YOUR HONOR.

Page 45

1 THERE'S A HUGE BUSINESS FOR SMALL BUSINESSES: THEY
2 GET THE COMPANY AND THERE'S NO PROBLEM AT ALL BUT
3 SMALL BUSINESSES THEY WANT TO GET NET BLOCKS AND
4 OBTAIN NET BLOCKS TO RUN THEIR BUSINESS AND IT'S A
5 HUGE PROBLEM. THERE ARE HUGE DELAYS AND THE DELAYS
6 ARE PUT IN PLACE BECAUSE THERE'S AN INCENTIVE FOR
7 LARGE COMPANIES TO PROHIBIT SMALLER PLAYERS TO GET
8 INTO THE MARKET BECAUSE SMALL COMPANIES LEASE IN
9 TURN IP BLOCKS FROM THE BIGGER COMPANIES IF THEY
10 CAN'T GET THEM FROM ARIN. SO THERE'S AN INCENTIVE
11 FOR LARGE TELECOMMUNICATION COMPANIES WHO CONTROL
12 ARIN AND THE BOARD OF DIRECTORS AND BOARD OF
13 ADVISORS, THERE'S AN INTEREST OF THOSE ADVISORS IN
14 PROHIBITING PLAYERS FROM ENTERING THE MARKET LIKE
15 MR. KREMEN.
16      SO AS YOU SEE, YOUR HONOR, WE'RE NOT
17 DEALING JUST WITH THE SEPTEMBER 2001 ORDER.
18      THE COURT: NOW, LET ME ASK THIS, IF I
19 FIND CONSISTENT WITH MY EARLIER DISCUSSION THAT
20 IT'S LEGITIMATE FOR ARIN TO HAVE REQUIRED
21 MR. KREMEN TO SIGN WHATEVER RESTRICTIONS IT IMPOSED
22 UPON REGISTRANTS, WHETHER THEY BE WHAT MR. COHEN
23 HAD IN HIS POSSESSION OR AS REVISED LATER, IS THERE
24 ANYTHING TO YOUR ANTITRUST CLAIM?
25      MR. KRONENBERGER: THE ANTITRUST CLAIM IS

955f0837-6e12-4355-bff8-818f7ee8ccaa

Page 46

1  NOT AFFECTED IN ANY WAY.
2      THE COURT:  ALL RIGHT.  SO IT'S MERE
3  EXISTENCE AND REQUIREMENT THAT YOU SIGN ANYTHING
4  THAT IS AT THE HEART OF YOUR ANTITRUST CLAIM?
5      MR. KRONENBERGER:  THAT'S RIGHT, AND THE
6  SPECIFICS IN THEIR --
7      THE COURT:  I STICK MY NECK OUT.  DO YOU
8  HAVE ANY CASE AUTHORITY TO FIND OUT THAT ARIN'S
9  PRACTICED EXISTENCE IN WHAT IT REQUIRED PEOPLE TO
10 DO VIOLATED THE ANTITRUST LAW?
11     MR. KRONENBERGER:  IT'S CLEARLY
12 DISCRIMINATORY.
13     THE COURT:  DO YOU HAVE ANY CASE
14 AUTHORITY?
15     MR. KRONENBERGER:  ACTUALLY I WOULD LIKE
16 PERMISSION.
17     THE COURT:  ANYONE BRING ME CASE
18 AUTHORITY THAT I CAN READ SOME OTHER JUDGE WHAT
19 YOU'RE ASKING ME TO DO.
20     MR. HANLEY:  GOOD MORNING.  TERRI HANLEY
21 FOR PLAINTIFF GARY KREMEN.  I BELIEVE YOUR HONOR
22 HAS GOTTEN TO THE HEART OF THE SUBSTANTIVE ATTACKS
23 ON OUR ANTITRUST CLAIMS IN THIS MATTER.
24     NOW, YOU'VE ACKNOWLEDGED THAT THE CASE
25 LAW ESTABLISHES THAT AN INDUSTRY ASSOCIATION, AN

Page 47

1  AFFILIATE GROUP CAN BE LIABLE FOR ANTITRUST
2  ACTIVITIES.  YOUR QUESTION IT SEEMS TO BE IS HOW
3  HAS ARIN'S CONDUCT IN THE PRESENT CASE VIOLATED
4  THOSE LAWS?
5      THE COURT:  THAT WAS AN EARLIER QUESTION
6  BUT THE PENDING ONE IS GIVE ME SOMETHING THAT I CAN
7  READ THAT WILL HELP ME TO FOLLOW SOMEONE ELSE'S
8  LEAD.  I LIKE WELL WORN PATHS.  THEY USUALLY ARE
9  SAFER SO.
10     MR. HANLEY:  THE ANSWER, YOUR HONOR, IS
11 THAT CONTRARY TO OPPOSING COUNSEL'S
12 CHARACTERIZATION OF THE COMPLAINT, IT IS NOT MERELY
13 THE ESTABLISHMENT OF POLICIES, MERELY THE
14 REQUIREMENT OF THE SUBMISSION OF DETAILED
15 INFORMATION BY APPLICANTS FOR IP ALLOCATIONS.
16     THE HARM COMES AND HAS BEEN NOTED
17 PREVIOUSLY THAT, THAT A GROUP OF SELF-INTERESTED
18 ECONOMIC INDUSTRY PARTICIPANTS TOOK IT UPON
19 THEMSELVES TO LOBBY FOR AND CREATE THE PRIVATE
20 INDUSTRY THAT IS NOW ARIN.
21     THE BOARD OF ARIN, WHICH IS SPECIFICALLY
22 PLED AND IDENTIFIED IN THE COMPLAINT BY NAME, BY
23 INDUSTRY AFFILIATION, BY GOVERNMENT ASSOCIATION,
24 CONTROL EXCLUSIVELY THE ENTRY INTO THE MARKET FOR
25 IP NUMBERS, ALLOCATIONS AND THEIR USE.

Page 48

1      NOW, IT'S BEEN OBSERVED BY THE U.S.
2  SUPREME COURT.
3      THE COURT:  NOW, LET ME SEE IF I FOLLOW
4  THAT.  I CAN HEAR A CLAIM, AS I UNDERSTAND IT, IF
5  YOU CONVINCE ME THAT ARIN IS CONTROLLED BY A GROUP
6  OF LARGER COMPANIES WHO CONSPIRE TOGETHER TO KEEP
7  SMALLER COMPANIES FROM GETTING SOMETHING THAT WOULD
8  GIVE THEM ECONOMIC POWER.
9      AND THAT WOULD BE THESE IP ADDRESSES AND
10 SO WHAT YOU'RE DESCRIBING FOR ME, ARIN IS NOT A
11 LEGITIMATE ENTERPRISE.  IT'S A CONSPIRACY OF, OF
12 ITS BOARD TO, TO DENY SOMETHING TO, TO THE MARKET,
13 THE COMPETITION OF SMALLER COMPANIES OWNING IP
14 ADDRESSES.
15     DO YOU TAKE THE SAME POSITION AS YOUR
16 OPPONENT WHICH IS THE ONE THAT I ASKED THAT IF ARIN
17 SAID TO, TO MR. KREMEN ALL WE WANT YOU TO DO IS
18 SIGN WHAT EVERYBODY ELSE HAS SIGNED, THAT THAT
19 WOULD STILL AMOUNT TO AN ANTITRUST VIOLATION?
20     MR. HANLEY:  IT WOULD, YOUR HONOR.
21     THE COURT:  I'VE GOT THAT.  NOW, IS THERE
22 ANY CASE LIKE THIS?
23     MR. HANLEY:  YES, YOUR HONOR.  AND IN
24 FACT, IT'S A CASE CITED IN OPPOSING COUNSEL'S OWN
25 MOVING PAPER.

Page 49

1      THE COURT:  GIVE ME THE CITE.
2      MR. HANLEY:  U.S. V GRENELL WHICH IS
3  ADDRESSED IN OUR OPPOSITION PAPERS ON PAGE 18.
4  THERE THE U.S. SUPREME COURT HELD THAT IS AN
5  UNLAWFUL MONOPOLY FOR AN ASSOCIATION TO EXCLUDE BY
6  MEANS OF RESTRICTED ENTRY CONTRACTS INTO A
7  COMPETITIVE MARKET.  THAT IS EXACTLY THE ACTIVITY
8  THAT HAS BEEN CONDUCTED HERE ON THE PART OF ARIN AS
9  THEY HAVE IDENTIFIED OVER 11,000 TIMES AND, AND
10 INCLUDING IN THE CASE OF MR. KREMEN BUT NOT LIMITED
11 TO THAT CASE.
12     THE COURT:  HOW LONG HAS ARIN BEEN
13 AROUND?
14     MR. HANLEY:  IT'S DEBATABLE AS TO WHETHER
15 IT'S STILL AROUND OR THEY EXIST NOW LEGALLY.  THEY
16 CLAIM TO BE IN OPERATION I BELIEVE SINCE 1998.
17     THE COURT:  AND HAS THERE BEEN ANOTHER
18 CASE INVOLVING ARIN HOLDING THAT IT IS VIOLATING
19 THE ANTITRUST LAWS OR HAS THE ISSUE COME UP?
20     MR. HANLEY:  TWO PENDING LAWSUITS
21 INVOLVING ICAM, WHICH IS THE ORGANIZATION THAT WE
22 ALLEGE ARIN ATTEMPTS TO DERIVE ITS POWER.  THE
23 ACTUAL CONTRACT THAT WOULD EVEN, WOULD EVEN
24 PLAUSIBLY LEGITIMIZE ARIN'S AT THIS POINT HAS BEEN
25 YET TO BE EXECUTED.  THERE IS NO EXISTING OPERATION

13 (Pages 46 to 49)

U.S. COURT REPORTERS

Page 50

1  AGREEMENT AT THIS TIME THAT AUTHORIZES ARIN'S
2  POSITION IN THE MARKET AND THAT CREATES EVEN MORE
3  OF THE, OF THE CAST, THE GREATER PALLOR OF THIS
4  ANTICOMPETITIVE ACTION IN THAT THEY CAN'T CLAIM THE
5  QUASI GOVERNMENTAL AUTHORITY THAT I CAN'T ENJOY AND
6  ICAM ITSELF IS SUBJECT TO TWO LAWSUITS CURRENTLY
7  PENDING.
8       THE COURT: WELL, THIS IS A FASCINATING
9  AREA FOR ME AND I'LL TAKE A LOOK AT IT.
10      IT SEEMS TO ME THAT AT THE HEART OF MY
11 ATTITUDE IS THE QUESTION THAT I KEEP ASKING,
12 NAMELY, IS THERE ANYTHING TO THE ANTITRUST CASE IF
13 I FIND THAT MR. KREMEN'S REFUSAL, PRESUMING THERE
14 WAS ONE, TO SIGN THE REGISTRATION REQUIREMENT AND,
15 AND ONCE I GET PASSED THAT, I'LL LOOK A LITTLE MORE
16 CAREFULLY AT THIS QUESTION OF THE STATUTE OF
17 LIMITATIONS AND, AND IF I GET PASSED THE STATUTE OF
18 LIMITATIONS I'LL GET INTO THE SUBSTANCE OF THESE
19 ALLEGATIONS THAT ARIN, ARIN BY ITS VERY EXISTENCE
20 AND WHAT IT REQUIRES, IN OTHER WORDS, IT'S THE
21 REQUIREMENT ITSELF TO, TO SIGN UP THE REGISTRATION
22 AND, AND BE A PART OF THIS REGISTRY THAT IS
23 ANTICOMPETITIVE.
24      MR. HANLEY: NOT JUST THE EXISTENCE OF
25 THE REGISTRY BUT THE PROCEDURES THAT ARE REQUIRED

Page 51

1  TO OBTAIN THE REGISTRATION, NOT ONLY THE OBTAINMENT
2  OF IT BUT THE MONITORING, THE GRAB BACK PROVISIONS
3  THAT WE NOTICED NOT TO MENTION THE FACT THAT THE
4  ENTIRE TIME FOLLOWING THE ALLOCATION YOU HAVE NOW
5  PUT IN THE POSSESSION OF YOUR PRIMARY COMPETITORS
6  DETAILED, AND I MEAN VERY HIGHLY CONFIDENTIAL
7  INFORMATION REGARDING YOUR NETWORK OPERATIONS DOWN
8  TO THE NAME OF THE LAPTOP THAT THE CFO OR CEO WOULD
9  BE OPERATING ON. AND THE AMOUNT OF DETAIL IS
10 AMAZING AND YOU HANDED IT OVER TO YOUR COMPETITORS
11 WHO HAVE THE POWER TO TAKE IT OVER AT ANY POINT.
12      THE COURT: IS THERE ANY EVIDENCE THAT
13 YOU WOULD PROFFER TO THE COURT THAT IT HAS BEEN
14 ABUSED?
15      MR. HANLEY: WELL, AGAIN, WE'RE AT THE
16 PLEADING STAGE AT THIS POINT. OF COURSE WE PLAN TO
17 CONDUCT DISCOVERY.
18      THE COURT: YOU DON'T HAVE ANYTHING LIKE
19 THAT AT THIS POINT.
20      MR. HANLEY: NOT AT THIS POINT, YOUR
21 HONOR.
22      THE COURT: VERY WELL. THANK YOU. I'LL
23 HAVE THIS ENTIRE MATTER UNDER SUBMISSION. I'LL
24 GIVE YOU AN ORDER SHORTLY.
25      MR. HUMMEL: YOUR HONOR, VERY BRIEFLY.

Page 52

1       THE COURT: YES.
2       MR. HUMMEL: THERE WAS A CASE MANAGEMENT
3  CONFERENCE IN THIS MATTER TO SET FOR 10:00 O'CLOCK
4       DOES IT MAKE SENSE TO PUT THAT OVER?
5       THE COURT: YES, I'LL VACATE THAT AND
6  I'LL ADDRESS WHAT THE CASE IS AND WE'LL BRING IT
7  ALL IN AND TALK ABOUT WHERE WE GO FROM THERE.
8       MR. HUMMEL: THANK YOU FOR YOUR TIME.
9       MR. IDELL: THANK YOU, YOUR HONOR.
10      (WHEREUPON, THE PROCEEDINGS IN THIS MATTER
11 WERE CONCLUDED.)

14 (Pages 50 to 52)

U.S. COURT REPORTERS

## A

**ABILITY** 6:21
12:23 34:1
**ABLE** 4:15 37:4
42:1,10 44:20
**ABSENT** 20:18
**ABSOLUTE** 41:10
44:21
**ABSOLUTELY**
4:6 5:24 6:8
21:15
**ABUSED** 51:14
**ACCEPTED** 11:23
**ACCOMPANIED**
3:9,16
**ACCOMPLISH...**
16:11
**ACHIEVED** 34:13
**ACKNOWLED...**
46:24
**ACKNOWLED...**
20:13
**ACQUISITION**
33:25
**ACT** 30:1,1,2,5
32:5 33:17,24
42:13,21
**ACTION** 30:8 50:4
**ACTIVE** 42:19,20
42:25 44:3,11
**ACTIVITIES** 6:14
14:24 47:2
**ACTIVITY** 30:6
49:7
**ACTS** 42:13
**ACTUAL** 26:9
49:23
**ADDITION** 5:8
**ADDRESS** 3:24
4:1 24:8 37:15,17
37:23 44:20,22
52:6
**ADDRESSED** 49:3
**ADDRESSES** 4:13
38:22,23,23 42:9
48:9,14
**ADEQUATELY**
34:24
**ADVISORS** 45:13
45:13

**AFFECT** 40:17
41:12
**AFFIDAVIT** 4:24
25:16
**AFFILIATE** 47:1
**AFFILIATION**
47:23
**AGO** 20:17
**AGREE** 29:3
**AGREED** 21:3
26:5
**AGREEING** 21:2
**AGREEMENT** 5:2
5:10 6:5,20,24
9:13 12:6 19:12
20:8 24:9 31:6
33:12 34:12 42:14
42:22 43:6 44:11
44:16 50:1
**AGREEMENTS**
23:7 27:10 44:4
**AHEAD** 4:10
**AIRLINE** 44:4
**AL** 1:5,9
**ALERTING** 14:18
**ALLEGATION**
33:20 35:20
**ALLEGATIONS**
36:8,17 50:19
**ALLEGE** 30:12
34:21 36:9 49:22
**ALLEGED** 33:8
35:10
**ALLEGES** 39:24
**ALLOCATE** 30:14
**ALLOCATED**
31:13
**ALLOCATION**
51:4
**ALLOCATIONS**
47:15,25
**ALLOW** 34:16
**ALLOWED** 43:14
**ALLOWS** 16:15
42:6
**ALTER** 10:6 38:17
**AMAZING** 51:10
**AMENDED** 7:14
**AMERICA** 25:4
**AMERICAN** 3:6

**4:11** 28:7
**AMOUNT** 44:18
48:19 51:9
**AMOUNTS** 39:16
**ANALOGOUS**
33:16
**ANALYSIS** 35:14
**ANALYZED** 43:8
**AND/OR** 17:23
**ANSWER** 12:3,5
19:11 47:10
**ANSWERED** 11:1
**ANTICOMPETI...**
50:4,23
**ANTITRUST** 30:3
37:18,24 39:10,12
43:22,23 44:17
45:24,25 46:4,10
46:23 47:1 48:19
49:19 50:12
**ANYWAY** 44:9
**APPARENTLY**
13:22
**APPEAR** 27:2
**APPEARANCES**
1:23
**APPEARS** 27:6
**APPLICANT** 6:14
35:9
**APPLICANTS**
47:15
**APPLIES** 19:6
20:15
**APPLY** 11:3,6
20:19
**APPLYING** 28:12
**APPROACHING**
9:20 17:3
**APPROPRIATE**
6:16 7:7 22:24
24:15,24
**APPROPRIATE...**
4:17
**APPROVE** 28:12
**APPROXIMAT...**
25:23
**AREA** 50:9
**ARGUING** 3:23
**ARGUMENT** 42:6
**ARIN** 3:10 4:25 5:1

**7:9,18** 10:8,20
11:16 15:9 19:12
26:7,8 29:17
30:13 31:3,9,13
31:23 32:14 33:3
34:13 35:9 38:3
38:21,24 39:1,9
40:17,20 42:11,20
44:15,16,17,22
45:10,12,20 47:20
47:21 48:5,10,16
49:8,12,18,22
50:19,19
**ARIN'S** 16:13 32:3
46:8 47:3 49:24
50:1
**ARISEN** 37:25
**ASKED** 5:16,17
6:4 10:15,17 16:5
26:1 48:16
**ASKING** 6:19 12:1
20:7 46:19 50:11
**ASN** 12:19 20:16
24:13 25:2 38:18
**ASSET** 16:13
**ASSETS** 15:1
**ASSIGNMENT**
26:7,10
**ASSIST** 26:11
**ASSOCIATE** 22:3
**ASSOCIATED**
8:16
**ASSOCIATION**
18:12 19:5,6
46:25 47:23 49:5
**ATTACK** 42:1
**ATTACKS** 46:22
**ATTEMPTS** 49:22
**ATTITUDE** 29:11
50:11
**ATTORNEY** 41:1
**AURORA** 44:5
**AUTHORITATI...**
8:10
**AUTHORITY**
24:10 34:15,16
38:24 46:8,14,18
50:5
**AUTHORIZES**
50:1

**AVAILABLE** 29:5
**AWARE** 7:8

## B

**BACK** 8:4,4 11:14
13:6 14:18 21:11
24:8,10 31:11,14
51:2
**BACKGROUND**
38:20
**BALANCE** 39:13
**BARRED** 32:10,17
35:6
**BASED** 4:21 6:23
7:12
**BASICALLY** 30:9
**BASIS** 6:7 40:1
**BEGAN** 37:3,10
**BEGINNING** 24:3
43:11
**BEHALF** 3:10
29:17
**BELIEVE** 3:25
4:21 6:16 7:15
9:1 16:17 25:14
40:15 46:21 49:16
**BELONG** 42:4
**BELONGING**
12:10
**BEST** 33:2
**BIG** 30:19
**BIGGER** 45:9
**BIT** 15:13
**BLANK** 23:17
**BLOCK** 12:25
17:7 20:22 27:4
28:5
**BLOCKED** 12:19
**BLOCKS** 4:17
26:7 28:7,8,19
38:10,15 39:1,1,1
40:21 44:20,22
45:3,4,9
**BOARD** 45:12,12
47:21 48:12
**BOOKS** 12:10
**BOUND** 12:20,21
14:5,6,7 17:6,9,14
17:20,22,25 18:12
18:25 19:3 20:3

30:18
**BOX** 28:21
**BREACH** 30:6
35:5,7
**BRIEF** 13:4 36:9
**BRIEFED** 28:19
34:24
**BRIEFLY** 27:16
27:18 51:25
**BRING** 8:4 46:17
52:6
**BROTHER** 25:4,8
28:7
**BROUGHT** 29:21
42:11,11
**BUSINESS** 5:19
8:18,19 45:1,4
**BUSINESSES** 45:1
45:3
**BUSY** 14:21

——————
C
——————
C 1:15 2:1 3:2
25:12,15
**CALIFORNIA** 1:2
1:18,20,21 2:4 3:1
30:2 34:25 35:1
35:12
**CALIFORNIA'S**
30:1
**CALL** 18:5 31:11
**CALLED** 13:21
**CALLING** 3:5
**CARE** 9:5 22:1,6,7
22:8,14 23:16
**CAREFULLY**
50:16
**CARL** 37:13
**CARRIES** 18:10
18:11
**CARRY** 16:15,22
**CARTRIGHT**
30:2,5
**CASE** 1:11 3:5
15:12 29:18 30:25
33:15,16 37:24
38:1,10 42:9,17
42:23 43:3,5,7,10
43:21,22,24 44:7
44:10,14,15 46:8

46:13,17,24 47:3
48:22,24 49:10,11
49:18 50:12 52:2
52:6
**CASES** 32:21 35:1
39:12 44:3,13
**CAST** 50:3
**CAUSAL** 34:9,14
34:17
**CAUSES** 30:8
**CEO** 51:8
**CERTAIN** 13:18
16:16 31:9
**CERTIFICATE**
1:25
**CFO** 23:17 51:8
**CHAD** 2:7 29:17
**CHANGE** 3:11 4:4
5:12 6:12 12:24
19:13,14 21:25
**CHANGED** 19:7
**CHANGES** 19:5
22:19
**CHANGING** 7:5
13:9
**CHARACTERI...**
47:12
**CHOOSE** 35:24,24
**CHOSE** 6:22
**CIRCUIT** 30:18
33:15
**CIRCUMSTAN...**
39:10,14
**CIRCUMSTAN...**
14:25 27:13
**CITE** 36:9 49:1
**CITED** 32:21
48:24
**CITES** 36:13
**CLAIM** 30:4,5
32:9 33:18,23
34:19,22,23 35:6
35:7,8 40:2 45:24
45:25 46:4 48:4
49:16 50:4
**CLAIMS** 29:24,25
46:23
**CLARIFICATI...**
14:10
**CLEAR** 7:11 11:12

**CLEARLY** 46:11
**CLERK** 3:5
**CLIENT** 16:13
21:14
**CLIENT'S** 3:20
**CLOSE** 14:19
**COHEN** 4:18,24
7:2 8:16,16 9:10
10:1,4,12 12:11
12:15,18,21 13:22
14:5,6,7 17:6,23
19:3,12,20 20:2
20:13,15 21:3,6
21:24 22:2 25:3
26:20 27:7 28:14
28:15 36:25 37:1
38:17 45:22
**COHEN'S** 14:24
**COLLEAGUE**
3:17 37:17
**COLLECTED**
44:19
**COLUMBIA** 42:17
42:22 43:4
**COMBINATION**
32:25 33:6
**COMBINATIONS**
32:7
**COME** 8:13 9:22
14:1,6 17:1 19:22
20:5 49:19
**COMES** 47:16
**COMING** 10:11
14:18
**COMMENT** 15:5
37:23
**COMMENTS** 9:17
**COMMUNITY** 6:8
6:18 9:15 22:19
**COMPANIES** 10:8
12:18 31:4 45:7,8
45:9,11 48:6,7,13
**COMPANY** 10:5
38:17 45:2
**COMPETITION**
33:8,13 34:2,22
37:16 48:13
**COMPETITIVE**
49:7
**COMPETITORS**

51:5,10
**COMPLAINED**
32:12
**COMPLAINING**
32:19
**COMPLAINT**
29:21,24 30:13
32:17 33:8 35:19
35:21 36:8,13
39:16,20,22,24
41:13,14,16 42:24
47:12,22
**COMPLIANCE**
31:19,20 32:20
**COMPLICATED**
10:3 14:8
**COMPLIED** 32:3
**COMPLY** 6:13
15:10,25 32:23
36:4
**CONCERN** 14:16
**CONCERTED**
30:6
**CONCLUDED**
52:11
**CONCLUSION**
36:19
**CONCLUSORY**
33:9
**CONDITIONS**
31:12 32:16 43:13
**CONDUCT** 30:9
30:12 31:15 32:4
32:4,12 33:13
34:3,3,4,7 47:3
51:17
**CONDUCTED**
49:8
**CONFERENCE**
52:3
**CONFIDENTIAL**
51:6
**CONFLICT** 8:7,8
11:15,21 16:25
**CONFRONT**
39:11
**CONFUSED** 39:6
**CONNECTION**
32:23 34:17 35:3
35:3

**CONSIDERATI...**
27:15
**CONSIDERED**
31:7
**CONSISTENT**
7:15 21:4 29:10
45:19
**CONSPIRACIES**
32:7
**CONSPIRACY**
33:1,6 48:11
**CONSPIRE** 48:6
**CONSPIRED** 33:3
**CONSTITUTE**
33:5
**CONSTRUCTIVE**
9:25 14:12 21:4
**CONTAIN** 31:8
**CONTAINS** 16:3
**CONTEXT** 13:2
**CONTINUALLY**
41:22
**CONTINUED** 1:23
43:12
**CONTINUES**
30:10 42:5
**CONTINUING**
41:20,22 42:15
43:1
**CONTINUOUS**
39:24
**CONTRACT** 11:4
11:10 12:21 17:20
17:22 20:13,15,21
20:22 28:16 38:18
49:23
**CONTRACTS**
10:23 11:1,2,6
12:17 13:21 14:2
17:6,17,23 20:2
20:19 27:22,25
38:4,6,9,11,13,15
49:6
**CONTRACTUAL**
24:9 34:12
**CONTRACTUA...**
6:23
**CONTRARY**
47:11
**CONTROL** 9:2

13:23,25 28:5
34:1 45:11 47:24
**CONTROLLED**
7:2 48:5
**CONTROLS** 12:24
**CONT'D** 2:1
**CONVENED** 3:3
**CONVERSATI...**
37:9
**CONVERSION**
30:6 34:23,25
35:7 41:7
**CONVINCE** 43:21
48:5
**COPPERWELL**
33:1,5,20
**COPY** 22:21 25:16
25:17
**CORNERS** 35:20
**COROLLARY**
23:21
**CORRECTLY**
11:8
**COUNSEL** 27:24
**COUNSEL'S**
47:11 48:24
**COURSE** 4:7 30:3
51:16
**COURT** 1:1,25 3:3
3:12,19,22 4:2,8
4:10 5:5,11,16
6:11 7:8,10,22 8:6
8:12,21 9:6,12,16
11:14 12:1,8,22
14:15,21 15:8,14
16:9 17:9,14,19
17:24 18:4,23
19:4,16,22 20:4,9
20:24 21:7,10,13
21:19,22 22:7,12
22:14,16,21 23:1
23:8,10,14,17,18
23:23 24:16 25:5
25:9,11,13,18,19
26:3,14,23 27:18
28:3 29:3,4,4,13
30:17,22,25 32:23
35:4,13,16,18,23
36:15 37:11,20
39:6,11,25 40:17

41:8,11,23 42:23
43:9,14,17,25
44:6,14,24 45:18
46:2,7,13,17 47:5
48:2,3,21 49:1,4
49:12,17 50:8
51:12,13,18,22
52:1,5
**COURTROOM**
23:19
**COURTS** 41:24
**COURT'S** 4:20
7:12,13 25:24
29:22
**COVENANT**
18:24
**COVENANTS**
18:10
**COVERED** 11:10
**CREATE** 47:19
**CREATED** 30:13
30:14 31:3,5
**CREATES** 50:2
**CRR** 1:25
**CSR** 1:25
**CURIOUS** 10:25
**CURRENT** 18:25
19:2 20:8,10,25
22:20 28:10 32:2
**CURRENTLY**
50:6
**CUSTOMERS**
43:6
**CUTS** 14:16
**C-06-2554** 3:5
**C-06-2554-JW** 1:5
**C-98-20718-JW**
1:5

**D**
**D** 3:2
**DATE** 32:13 40:10
**DATED** 24:21
**DAY** 10:13,14
32:14
**DAYS** 10:23 25:23
**DEAL** 6:17,24 44:3
**DEALING** 42:12
45:17
**DEALS** 43:5

**DEBATABLE**
49:14
**DECEMBER**
24:15 31:18,18
36:3 41:4
**DECIDE** 44:22
**DECIDED** 25:24
**DECLARATION**
11:9,13 17:18
40:8
**DEED** 15:15,16
**DEFENDANT**
3:10 29:17 37:23
43:10
**DEFENDANTS**
1:10 2:6
**DEFENSE** 6:1
26:21
**DELAY** 35:25
**DELAYING** 37:5
**DELAYS** 45:5,5
**DENY** 48:12
**DEPARTMENT**
6:1,2 26:21
**DERIVE** 49:22
**DESCRIBE** 25:10
33:22
**DESCRIBING**
48:10
**DESIGNATE** 11:2
**DESK** 24:3
**DETAIL** 16:4 51:9
**DETAILED** 47:14
51:6
**DEVELOPED**
13:17 27:7
**DIEGO** 2:4 18:9,10
18:18
**DIFFERENCE**
30:19
**DIFFERENCES**
30:22
**DIFFERENT** 9:23
10:1 11:25 23:4,6
26:18,19,20 30:23
40:10
**DIFFERENTLY**
16:8
**DILLON** 2:2,3
3:18

**DIRECTION**
39:20
**DIRECTORS** 33:3
45:12
**DIRECTORY** 8:9
**DISAGREE** 27:20
**DISCLOSE** 28:4,6
**DISCLOSURE**
31:10 33:10 34:10
**DISCOVERY**
51:17
**DISCRETION**
44:22
**DISCRIMINAT...**
46:12
**DISCUSSED** 26:5
28:18
**DISCUSSING** 38:5
**DISCUSSION** 9:20
42:18 45:19
**DISCUSSIONS**
28:2
**DISMISS** 3:20,23
29:15,20 36:16
**DISPUTE** 29:5
38:2 40:14,22,24
40:25
**DISTRIBUTES**
31:3
**DISTRICT** 1:1,2
1:13
**DIVERT** 43:6
**DIVISION** 1:3
**DOCTRINE** 32:21
33:5 42:12
**DOCUMENT**
11:21 12:13,14
15:23 17:10 24:18
**DOCUMENTARY**
15:17
**DOCUMENTS**
42:10
**DOING** 6:10 13:7
13:7 28:13
**DOMAIN** 13:2
15:14 30:20,23
**DOMAINS** 18:22
**DONATIONS** 4:25
**DRIVE** 2:3
**DUPLICATE**

21:23
**DUTY** 6:20 30:7
35:6,7,11 37:16
41:10
**D.C** 2:9

**E**
**E** 1:15,15 2:1,1 3:2
3:2
**EARLIER** 15:14
29:6 45:19 47:5
**EARLY** 15:4
**ECONOMIC**
47:18 48:8
**EDUCATED** 15:13
**EFFECT** 7:19
**EFFECTUATE**
36:23
**EGO** 10:7 38:17
**EIGHT** 19:10
**EIGHT-FOOT**
19:8
**EITHER** 5:5,6
15:19 40:7
**ELECTRONIC**
13:1,3,8
**ELSE'S** 47:7
**EMERGENCY** 4:6
**ENDLESS** 42:7
**ENERGY** 26:17
**ENFORCE** 24:17
24:22 25:24 40:13
40:23 41:2
**ENFORCEMENT**
26:6 32:23 42:19
42:20,25 44:3,11
**ENJOY** 50:5
**ENTERED** 35:17
**ENTERING** 45:14
**ENTERPRISE**
48:11
**ENTERPRISES**
44:5
**ENTIRE** 34:21
42:5 44:12 51:4
51:23
**ENTIRELY** 29:22
**ENTITIES** 17:7
23:5
**ENTITLED** 8:2,3

18:9,18
ENTITY 8:16
  17:23 33:4
ENTRY 13:3 47:24
  49:6
EQUITIES 9:7
EQUIVALENCE
  32:1
ESCAPING 39:15
ESPECIALLY
  43:22
ESSENCE 5:19
  6:12 43:16
ESSENTIALLY
  4:12 36:24
ESTABLISHED
  31:4
ESTABLISHES
  46:25
ESTABLISHME...
  47:13
ET 1:5,8
EVERYBODY 5:1
  15:25 26:18 48:18
EVIDENCE 51:12
EVOLVED 22:9
EVOLVING 13:12
EX 4:5 5:17,22
EXACT 21:23
EXACTLY 7:24
  8:23 17:2 28:25
  49:7
EXAMPLE 4:15
  7:10,21 18:7
EXCLUDE 34:2
  49:5
EXCLUSIONARY
  34:3,7
EXCLUSIVELY
  47:24
EXCUSE 15:19,22
EXECUTED 49:25
EXEMPT 16:1
  27:8
EXEMPTION
  16:4
EXHIBIT 25:12,15
  40:15,25
EXIST 38:9 49:15
EXISTED 14:17

17:6
EXISTENCE
  35:11 39:2 46:3,9
  50:19,24
EXISTING 49:25
EXPLAINING
  16:7
EXTANT 22:4
EXTEND 42:2
EXTENSIVELY
  28:20
EXTENT 13:14
  32:18
E-MAIL 25:20,21
  25:22,25 27:24
  31:22
E-MAILS 28:1

F
FACILITY 18:17
FACT 11:2 14:9
  20:14,19 23:16
  26:2 36:18,22
  38:8,16 48:24
  51:3
FACTS 35:10
FAIL 35:12
FAILS 33:18 34:19
  34:22 35:8
FAILURE 34:21
FALL 4:1
FALSE 4:22 5:7
FAR 9:2
FASCINATING
  50:8
FASHION 4:5
  16:14
FEDERAL 35:1
FEES 31:10 33:11
  34:11
FENCE 19:9
FENCES 19:8
FIDUCIARY 30:7
  35:5,7,8 37:16
FIGURE 10:6 11:7
  11:9,11,12 16:10
  20:17
FILED 10:18,24
  27:23 38:12
FILING 32:17

41:13,16 42:24
  43:7
FILL 26:2,8
FILLING 28:11
FINALLY 25:24
  35:5
FIND 12:3,5 25:20
  36:13 38:11 45:19
  46:8 50:13
FIRM 3:9
FIRST 4:1,4 10:11
  10:14 14:16 21:15
  21:24 22:2 40:8
FIVE 9:22 17:18
FLEXIBLE 23:14
FLIPPING 13:8
FOCUSES 42:13
FOCUSSED 42:23
FOLKS 31:4
FOLLOW 15:18
  17:5,9 18:5,15
  47:7 48:3
FOLLOWING 3:4
  30:9 51:4
FOLLOWS 18:13
  18:20
FORM 18:13,20
  21:16,18
FORMALLY 37:7
FORMS 31:6
FORWARD 10:11
  14:1 16:22 20:1,5
FOUND 27:21
FOUR 32:16 33:7
  35:20 43:1
FOUR-YEAR
  32:11
FRANCISCO 1:18
  1:21
FRANKLY 22:5
  37:4
FULLY 5:22
FUNCTIONAL
  32:1
FUND 1:8 38:16
FUTURE 6:21
F.2D 43:4 44:4
F.3D 42:18

G

G 3:2
GARY 1:5 3:6,16
  26:7,8,11,17
  37:14 46:21
GENERAL 33:14
  37:24
GENERALLY
  31:25,25
GENERATED
  26:17
GERARDI 2:2
GETTING 22:25
  28:14 48:7
GIVE 4:16 5:19,23
  6:17 9:11 25:2
  29:10 47:6 48:8
  49:1 51:24
GIVEN 11:5 15:4
  21:16 22:4,24
  28:6 41:14
GIVES 6:7
GIVING 8:21
GO 4:10,13 11:14
  15:20 21:11 23:19
  52:7
GOAL 16:11,12,14
  27:3
GOES 42:18
GOING 9:17 19:20
  21:22 24:21 25:11
  36:4 41:2
GOOD 3:12,13,14
  3:15 9:19 29:16
  40:19 46:20
GOTTEN 23:5
  46:22
GOVERN 22:20
GOVERNED 9:14
  23:6
GOVERNMENT
  30:14 47:23
GOVERNMEN...
  50:5
GRAB 31:11 51:2
GRANT 7:25 26:22
  34:15
GRANTED 24:1
GREAT 44:18
GREATER 6:17
  50:3

GREGORY 33:15
GRENELL 49:2
GROUNDS 28:21
  33:19 34:19,20
GROUP 47:1,17
  48:5
GUESS 15:6
GUIDELINES
  32:3

H
HAND 21:22 25:16
HANDED 28:9
  51:10
HANLEY 1:16,17
  3:17 37:17 46:20
  46:20 47:10 48:20
  48:23 49:2,14,20
  50:24 51:15,20
HAPPEN 37:2
  44:24
HAPPENED 37:6
  40:2,9
HAPPENS 13:2
HAPPY 28:22
HARM 7:9 20:24
  33:7 34:21 35:21
  36:10 39:21,24
  41:20,21,22,25
  42:3,16 43:1
  47:16
HARMED 7:19 9:5
  42:15
HARMS 33:13
HEAR 9:17 15:7
  16:20,22,23 37:11
  48:4
HEARD 11:16
  23:23 27:16 35:3
HEARING 15:6,6,
  28:25
HEART 44:16 46:4
  46:22 50:10
HELD 1:12 3:4
  42:6 49:4
HELP 25:17 47:7
HENNIGAN 43:4
HE'LL 9:13,14
  10:11
HIGHLY 51:6

**HISTORICALLY**
23:6
**HISTORY** 13:13
13:16 38:21
**HIT** 29:19
**HOLDING** 30:25
42:3 43:19 49:18
**HOME** 23:19
**HOMEOWNER**
19:5
**HOMEOWNERS**
19:6
**HOMEOWNER'S**
18:11
**HONOR** 3:13,14
3:15,21 5:9 9:19
9:21 10:9,15
11:24 12:16,24
13:11 17:3,12,12
17:16,21 18:8
20:17 21:9 23:13
26:2,13 27:17,19
28:17,22,25 29:12
29:16,19 31:7,16
32:6 33:4,14 34:8
34:23 36:22 37:4
37:14,23 38:20
39:3,23 40:5
41:17 42:8 44:2
44:25 45:16 46:21
47:10 48:20,23
51:21,25 52:9
**HONORABLE**
1:13
**HUGE** 45:1,5,5
**HUMMEL** 2:7 3:9
3:13,22 29:16,17
30:19 31:2 35:16
35:19 36:7,20
51:25 52:2,8
**HYPOTHETIC...**
8:22

**I**

**ICAM** 49:21 50:6
**IDELL** 1:19,20
3:17 9:19 11:24
12:5,12,23 17:2
17:11,16,21 18:1
18:7 19:2,11,19

20:7,12 21:2,8
24:20 27:16,19
29:12 38:4 41:1
52:9
**IDELL'S** 26:4
**IDENTICAL**
21:21
**IDENTIFIED**
47:22 49:9
**IDENTIFIER** 25:3
**ILLEGAL** 44:4
**IMMEDIATELY**
37:8
**IMMUNITY** 33:20
**IMPORT** 26:1
**IMPORTANT**
30:23 40:4,5
41:18
**IMPORTANTLY**
34:8
**IMPOSE** 27:13
**IMPOSED** 21:6
45:21
**INABILITY** 7:19
**INCENTIVE** 45:6
45:10
**INCLUDING**
31:21 49:10
**INCONSISTENT**
16:24
**INCORRECT** 4:22
**INDEPENDENT**
42:13,21
**INDICATED**
11:18 12:8
**INDIVIDUAL** 6:3
8:18
**INDUSTRY** 46:25
47:18,20,23
**INFORMATION**
31:10 33:10 34:10
44:19 47:15 51:7
**INITIAL** 42:14
**INJURED** 41:19
**INSIST** 31:9
**INSISTED** 32:15
**INTENDED** 36:23
**INTENDING**
15:19,22
**INTENT** 7:16

27:11
**INTENTION** 5:25
**INTEREST** 41:20
45:13
**INTERESTED**
30:16
**INTERESTING...**
10:9
**INTERNATION...**
1:8
**INTERNET** 3:6
4:12 6:18 22:19
24:2,3 26:19
**INTERPRET** 35:1
**INTERRUPT** 9:16
**INVADED** 41:20
**INVENTED** 24:2
**INVOKE** 14:9
**INVOLVE** 44:7,10
**INVOLVED** 9:8
**INVOLVING**
13:15 37:9 49:18
49:21
**IP** 4:13 5:3 7:1,20
22:5 30:20 31:2,5
31:13,24,25 34:5
35:9 38:22,23
44:19 45:9 47:15
47:25 48:9,13
**IRENE** 1:25
**IRRECONCILA...**
16:18
**ISP** 4:14 6:2 7:1,4
8:20 9:2,3
**ISSUANCE** 37:8
40:9
**ISSUE** 4:1 5:9 9:23
11:25 12:1,2
13:14 14:14 17:8
19:21 22:24 37:16
38:10,15 39:4
40:5 49:19
**ISSUED** 4:17,20
5:3 6:25 8:15
10:20 13:19 16:16
17:17 24:16 31:16
31:16 36:11,22
**ISSUES** 3:25 9:23
37:16,18 40:14

**J**

**J** 1:20
**JACK** 2:7
**JAMES** 1:14
**JANUARY** 25:22
41:5
**JIMMERSON**
26:10
**JOB** 7:25 16:9
**JOHN** 24:1
**JOLLA** 2:3
**JONES** 13:9
**JOSE** 1:3 3:1
**JUDGE** 1:14 41:15
46:18
**JUDGMENT** 9:24
21:4 27:5
**JUMP** 39:3
**JUSTICE** 6:2
**JUSTIFY** 30:10

**K**

**KARL** 1:16 3:16
**KEEP** 14:19 48:6
50:11
**KIND** 16:3
**KNOW** 8:22,25 9:1
9:21 11:4 12:2
17:14,19,22,24
18:4 21:11 29:9
30:17 38:25 39:6
39:7
**KNOWN** 29:5,7
**KNOWS** 32:6 33:4
**KREMEN** 1:5 3:6
3:16 4:22,24 5:6
5:17,18 7:22 9:1,9
10:10 12:6,10,20
14:10 15:1,23
17:5,20,24 18:8
18:18 19:24 20:25
23:18 24:4,8
25:23 26:18 27:3
28:9,10,24 32:1,2
32:13 34:21 36:24
37:14 38:6 40:12
40:22 45:15,21
46:21 48:17 49:10
**KREMEN'S** 4:18
12:20 50:13

**KRONENBERG...**
1:16,16 3:15,16
37:13,13,22 39:23
40:4,11,18 41:9
41:17 42:13 43:16
43:23 44:2,12,15
44:25 45:25 46:5
46:11,15

**L**

**L** 40:15,25
**LA** 2:3
**LAND** 18:24 19:4
**LANGUAGE**
16:20,22,23 17:5
26:3,4 33:9
**LAPTOP** 51:8
**LARGE** 4:13 45:7
45:11
**LARGER** 48:6
**LATE** 40:7
**LATIN** 25:4 28:7
**LAW** 3:8 15:11,25
34:6,25 35:1,12
39:13 42:9 43:3
43:21 44:7 46:10
46:25
**LAWS** 47:4 49:19
**LAWSUIT** 4:19
30:10
**LAWSUITS** 49:20
50:6
**LEAD** 47:8
**LEASE** 18:19 45:8
**LEAVE** 23:19
**LEGACY** 13:21
23:25 24:8
**LEGAL** 11:11
36:18 44:11
**LEGALLY** 49:15
**LEGITIMATE**
34:4 45:20 48:11
**LEGITIMIZE**
49:24
**LENGTHY** 19:20
19:23
**LETTER** 24:20
40:15 41:1
**LET'S** 11:14 29:13
32:9 39:17,25

43:13
**LIABLE** 47:1
**LICENSES** 22:1
**LIMITATIONS**
 21:5 32:11 34:20
 36:6 37:3,15,19
 39:4,18 41:6,12
 41:21 42:1,3,7,16
 42:21 43:2,15,20
 50:17,18
**LIMITED** 49:10
**LINE** 43:3 44:12
**LIST** 8:10
**LITTLE** 15:13
 50:15
**LOBBY** 47:19
**LOCATION** 38:22
**LONG** 9:5 13:13
 13:16 14:17 19:22
 38:21 43:6 49:12
**LOOK** 11:7,22
 12:3 17:17 23:10
 25:14,15,21 27:1
 43:9,17,25 50:9
 50:15

---
**M**
---

**M** 2:6
**MAIN** 16:11,12,13
**MAINTAIN** 7:20
 27:11 34:16
**MAINTENANCE**
 33:25
**MAJOR** 39:12
**MAKING** 13:3
 22:10
**MAN** 24:1
**MANAGEMENT**
 52:2
**MANATT** 2:6 3:8
**MANDATE** 16:15
**MANIPULATE**
 37:5
**MARKET** 33:21
 34:14 45:8,14
 47:24 48:12 49:7
 50:2
**MATTER** 26:6,24
 34:6 44:17 46:23
 51:23 52:3,10

**MEAN** 51:6
**MEANS** 43:18 49:6
**MENTION** 51:3
**MERE** 46:2
**MERELY** 16:4
 33:9,10,11 34:4
 47:12,13
**MEXICO** 24:13,24
**MINUTE** 28:11
 32:10
**MISCONVEYED**
 15:16
**MISLEADING** 5:7
**MISREADING**
 6:12
**MISUSE** 6:22
**MISUSED** 6:7
**MODIFY** 14:9
 21:18
**MOMENT** 36:10
**MOMENTS** 20:16
**MONITORING**
 51:2
**MONOPOLIZA...**
 30:5 33:24
**MONOPOLY** 34:1
 49:5
**MONTGOMERY**
 1:17
**MONTH** 41:3
**MORNING** 3:12
 3:13,14,15,22
 9:19 29:16 30:21
 31:8 38:12 46:20
**MOTION** 3:11,20
 3:23 10:18 13:15
 27:22 29:14,20
 36:16
**MOTIONS** 3:22
 29:14
**MOVANT** 3:10
**MOVE** 26:24
 29:13 33:23
**MOVING** 29:18
 48:25

---
**N**
---

**N** 1:15 2:1 3:2
**NAME** 11:8 12:20
 13:2,9 30:24

**47:22** 51:8
**NAMED** 24:1
**NAMES** 15:14,24
 30:20
**NATURE** 14:11
 15:13
**NECESSARY** 6:1
 26:11
**NECK** 46:7
**NEED** 12:16 15:7,8
 16:20 36:16 43:25
 44:19
**NEEDED** 12:9
**NEGOTIATED**
 31:19
**NEGOTIATION**
 19:21
**NEGOTIATIONS**
 32:19,22 37:9
**NEITHER** 10:21
**NET** 4:17 12:25
 13:24 17:7 20:22
 24:5,6,11,11 26:7
 28:5 38:10,14
 40:21 45:3,4
**NETWORK** 51:7
**NEVER** 9:10 10:22
 12:12 19:23 20:1
 27:21 28:15
**NEW** 14:4 25:2
 42:2,13,20
**NONCOMPLIA...**
 35:22
**NONPROFIT** 39:9
**NORMAL** 6:14
 27:9,13 39:10
**NORMALLY** 39:7
**NORR-PENING...**
 32:21 33:19
**NORTHERN** 1:2
**NOTEBOOK** 24:2
**NOTED** 47:16
**NOTICE** 35:2 37:7
 41:14 43:19
**NOTICED** 51:3
**NOVEMBER**
 24:21 41:3
**NUMBER** 1:25 3:5
 9:23 20:22,23
 25:2 29:19 32:10

**32:18,25** 33:7,19
 36:7,12 38:18
**NUMBERS** 3:7
 4:12,16 7:1,20,23
 7:24 8:1,19 12:19
 12:20,25,25 17:8
 17:8,18 20:16
 47:25
**NUMEROUS** 36:9
**N.W** 2:8

---
**O**
---

**O** 3:2
**OBEY** 44:8
**OBEYED** 16:12
**OBJECTION**
 19:17,18 36:1
**OBLIGATED** 38:6
**OBLIGATIONS**
 37:1
**OBSERVED** 48:1
**OBTAIN** 4:13,14
 8:14 31:14 45:4
 51:1
**OBTAINED** 4:5
 10:8
**OBTAINING** 7:3
 34:5
**OBTAINMENT**
 51:1
**OCCUR** 42:14
**OCCURRED**
 32:13 35:22 36:10
 39:21
**OCEAN** 1:8 38:16
**OCTOBER** 1:6 3:1
**OFFER** 11:22
**OFFERS** 32:22
**OFFICERS** 33:2
**OFFICIAL** 1:25
**ONCE** 20:1,14
 38:13 50:15
**ONES** 13:23,25
 17:17
**OPERATING** 51:9
**OPERATION**
 49:16,25
**OPERATIONS**
 51:7
**OPPONENT** 9:18

**37:12** 48:16
**OPPORTUNITY**
 15:5 35:2
**OPPOSING** 47:11
 48:24
**OPPOSITION**
 10:18,24 15:2
 16:6,6 19:25 20:1
 27:22 38:13 49:3
**ORDER** 3:11,25
 4:4,20 5:22 6:12
 6:13 7:10,12,13
 7:16,22 10:1,16
 12:9 14:9 15:19
 16:3,4,7,11 18:2,6
 18:8 21:16,18,18
 23:22 24:6,12,16
 24:18,22 25:6,25
 26:6 27:1,14
 29:23 31:16,17,20
 32:13,20,24 35:4
 35:17,23,25 36:10
 36:23 37:7 38:1,2
 40:6,10,13,23
 41:4 45:17 51:24
**ORDERED** 31:24
**ORDERING** 15:16
**ORDERS** 5:3,12
 9:6 14:20,23,25
**ORGANIZATION**
 39:9 49:21
**ORIGINAL** 8:15
 21:21 24:16
**OUTRAGED** 25:8
**OVERT** 42:12
**OWNERSHIP**
 27:3
**OWNING** 48:13
**OWNS** 38:17
**O'CLOCK** 52:3

---
**P**
---

**P** 1:15,15 2:1,1,3
 3:2
**PACNET** 10:4
 12:18 40:12,20,22
 41:1
**PAGE** 1:23 49:3
**PAGES** 1:8
**PALLOR** 50:3

**PAPER** 25:19 48:25
**PAPERS** 25:10 26:14 49:3
**PAPERWORK** 6:1 22:11 26:2,9 28:9 28:10
**PARAGRAPH** 26:8
**PART** 7:17 24:5 49:8 50:22
**PARTE** 4:5 5:17 5:23
**PARTICIPANTS** 47:18
**PARTIES** 7:3 8:12 8:23,25 9:4,8 31:19
**PARTY** 5:13,14,15 7:9,17 8:1,5 23:14 23:15 25:1 28:23 29:18
**PASS** 21:19
**PASSED** 50:15,17
**PATHS** 47:8
**PAY** 6:6,21
**PAYMENT** 31:10 33:11 34:10
**PENDING** 47:6 49:20 50:7
**PEOPLE** 5:10 7:9 8:12 9:2 44:19 46:9
**PERFECTLY** 24:14,24
**PERIOD** 8:1 35:10 42:5 43:6
**PERMISSION** 37:14 46:16
**PHELPS** 2:6
**PHILLIPS** 2:6
**PICTURE** 13:20
**PIECE** 21:24
**PLACE** 12:3 18:19 41:25 45:6
**PLACES** 36:9
**PLAINTIFF** 11:17 41:19 46:21
**PLAINTIFFS** 1:6 1:16 2:2

**PLAINTIFF'S** 41:19
**PLAN** 51:16
**PLAUSIBLY** 49:24
**PLAYERS** 45:7,14
**PLEADING** 21:21 51:16
**PLED** 47:22
**POINT** 9:7 13:11 35:25 36:2 40:5 40:19 49:24 51:11 51:16,19,20
**POINTING** 39:19
**POLICIES** 38:3 47:13
**POLICY** 42:19,20 42:25 44:16,17
**PORTION** 23:25 23:25 24:10,12
**POSITION** 11:16 34:13 48:15 50:2
**POSSESSION** 45:23 51:5
**POSSIBILITY** 7:8
**POSTELLE** 24:1
**POTENTIALLY** 7:18
**POWER** 34:1 48:8 49:22 51:11
**POWERS** 13:13,17
**PRACTICED** 46:9
**PRECISE** 36:13
**PREDATORY** 34:2,7
**PREMISED** 4:21
**PREPARE** 26:14
**PREREQUISITES** 31:4 34:5
**PRESENT** 47:3
**PRESENTATION** 13:5
**PRESENTED** 12:12 14:23 15:3 19:19 38:19
**PRESUMING** 50:13
**PREVENT** 7:25
**PREVIOUSLY** 47:17

**PRE-ARIN** 39:1
**PRICE** 34:2
**PRIMARY** 51:5
**PRIOR** 42:24 43:7
**PRIVATE** 47:19
**PROBABLY** 28:2
**PROBLEM** 14:17 15:4 45:2,5
**PROCEDURAL** 28:18
**PROCEDURES** 50:25
**PROCEED** 41:2
**PROCEEDINGS** 1:12 3:4 19:24 39:8 52:10
**PROCESS** 5:21 8:9 13:1,12 15:18,20 19:21,23 25:10 26:12 41:14
**PRODUCE** 10:25
**PRODUCED** 10:22
**PRODUCTIONS** 10:21
**PROFFER** 51:13
**PROHIBIT** 45:7
**PROHIBITING** 45:14
**PROHIBITS** 32:6
**PRONOUNCING** 11:8
**PROPER** 15:21
**PROPERLY** 5:9 6:6 9:14 39:19
**PROPERTY** 9:23 9:25 15:15,17 18:9,10,13,16,19 19:8 21:24 30:15 31:1
**PROPOSED** 14:23 27:1
**PROTECT** 21:14
**PROTECTION** 23:2
**PROVE** 10:6 18:6 20:14 23:14
**PROVIDE** 8:17
**PROVIDED** 22:21
**PROVIDES** 9:25

19:13
**PROVISIONS** 31:11 34:13 51:2
**PUBLISH** 8:10
**PULL** 16:18
**PURE** 44:21
**PURPORTS** 29:24
**PURPOSE** 42:15
**PURPOSES** 11:20
**PURSUE** 24:11
**PUT** 8:4 27:3 42:10 43:19 45:6 51:5 52:4
**PUTTING** 36:24

**Q**

**QUANTITIES** 4:14
**QUASI** 50:5
**QUESTION** 12:7 38:8 44:8 47:2,5 50:11,16
**QUESTIONING** 17:10
**QUESTIONS** 39:5
**QUOTE** 42:12

**R**

**R** 1:15,17 2:1 3:2
**RAISED** 29:20
**READ** 25:11,13,25 46:18 47:7
**REALLY** 9:9 22:23 32:12,12 42:4
**REASON** 4:6 6:9 20:4,9 21:7,8 34:18 40:19
**RECALL** 14:22
**RECEIVED** 5:5 37:7
**RECITE** 29:25
**RECITES** 29:24
**RECOGNIZE** 41:24
**RECOGNIZED** 41:24
**RECORD** 12:24
**RECORDS** 8:25
**RECOURSES**

23:20
**REFER** 33:14
**REFERRED** 27:24
**REFLECTION** 16:5
**REFUSAL** 50:13
**REFUSE** 43:12,14
**REFUSED** 6:9 43:10
**REGARD** 4:16 6:11 18:17 23:24
**REGARDING** 37:24,24 40:14 51:7
**REGARDLESS** 36:12 41:5
**REGISTER** 5:17 7:21 12:22
**REGISTERING** 12:19
**REGISTRANT** 6:15
**REGISTRANTS** 23:1 45:22
**REGISTRAR** 15:9 15:24
**REGISTRATION** 7:6 18:2 27:9 31:6 33:12 34:12 40:21 50:14,21 51:1
**REGISTRY** 3:6 4:11,12 50:22,25
**REGULAR** 6:7
**REGULATED** 13:20
**REGULATIONS** 16:16 18:14,20
**REISSUE** 5:13,20 13:6
**REJECTED** 11:23
**RELATE** 37:18 38:9,14,16
**RELATED** 1:11
**RELATES** 29:21 38:3
**RELATING** 32:19
**RELATIONSHIP** 34:9,14 35:9
**RELEVANT** 33:21

41:6
**RELIEF** 28:19
**REPLY** 10:10
19:24 25:10 42:11
**REPORTER** 1:25
**REPRESENT**
26:13
**REPRESENTA...**
4:7,21,23 5:6 9:4
**REPRESENTED**
19:23
**REQUESTED**
31:5
**REQUIRED** 5:2
15:21,24 17:11
21:5 27:10 45:20
46:9 50:25
**REQUIREMENT**
33:10 34:10,11
46:3 47:14 50:14
50:21
**REQUIREMEN...**
27:9
**REQUIRES** 15:11
33:25 50:20
**REQUIRING**
14:25 33:11,11
44:18
**REREGISTER**
10:16
**REREGISTERI...**
14:10
**RESOLUTION**
23:15 29:10
**RESOLVE** 11:21
16:25 17:13 22:23
25:1 26:5
**RESOLVED** 29:8
**RESOURCE** 27:11
**RESOURCES** 5:9
5:18,23 6:4,5,8,9
6:22,25 7:11,15
8:11,16,17 9:11
10:8 11:3,10 13:5
13:19,21 20:20
22:25 23:5,22
27:4 30:14,20
31:5,13,24,25
34:6 35:10
**RESPECT** 11:17

11:17 14:23 17:7
**RESPONSE** 10:22
**REST** 31:15
**RESTARTED**
41:22
**RESTRAIN** 32:8
**RESTRAINTS**
32:6
**RESTRICTED**
19:10 49:6
**RESTRICTION**
21:1 23:3
**RESTRICTIONS**
18:11 19:1,2
45:21
**RESULT** 39:8
**RETAINS** 31:9
**RETURN** 25:5
**REVIEW** 21:17
**REVISED** 45:23
**REVOCATION**
23:22
**REVOKE** 5:12,20
7:12,14 9:6
**REVOKED** 7:11
**RE-ISSUE** 8:5
**RICHARD** 1:20
**RIGHT** 6:8,23 7:12
7:14 8:11 18:23
19:16 21:10 23:12
23:12,17,18,24
24:19 26:23 30:4
31:1,14 36:15
39:20,25 46:2,5
**RIGHTS** 6:17,19
8:14 26:18,19,20
27:12 31:8 36:25
**RODRIGUEZ**
1:25
**RSA** 21:23 22:9,19
22:22,25 23:16
32:2
**RSA'S** 21:25
**RULE** 28:21
**RULES** 9:14 16:16
18:12,14,20 19:5
19:7,13,14
**RUN** 35:15 37:3
45:4
**RUNNING** 36:5

43:11
**RUNS** 18:24 19:4
**RYAN** 2:6 3:8,8,20
3:21 4:3,11 8:8,15
8:24 13:4 21:15
21:20 22:8,13,15
22:18 23:4,9,12
23:24 25:15,21
26:4 27:20 30:20
31:21 37:10

──────── S ────────
S 1:15,16 2:1,7 3:2
**SAFER** 47:9
**SAN** 1:3,18,21 2:4
3:1 18:9,10,17
**SANDMAN** 10:4
**SATISFYING** 27:5
**SAYING** 6:5 10:11
10:13 14:2 26:1
28:11 41:2
**SAYS** 9:13 11:9
19:7 24:6,21
27:25 39:21,22
40:7 41:5
**SBC** 4:15 6:3
**SCHOOL** 44:7
**SECOND** 21:22
22:3 26:8 29:14
**SECTION** 29:25
30:1,4 32:5,9 33:6
33:16,18,23 34:19
34:22
**SEE** 16:9 17:1 25:4
27:20 45:16 48:3
**SEEK** 24:22
**SEEKING** 4:3
23:15
**SEEN** 43:21
**SEITEL** 1:19
**SELECTIVELY**
44:21
**SELF-EXECUT...**
35:24
**SELF-INTERES...**
47:17
**SENSE** 44:6,10
52:4
**SENT** 24:20
**SEPTEMBER**

10:15 29:22 31:16
45:17
**SERIES** 14:22
**SERIOUS** 38:8
**SERVED** 37:7
40:20 41:4
**SERVICE** 5:2 6:20
6:23 24:9 31:17
36:1,2 37:5 40:6
41:9,11,12,13
**SERVICES** 6:6 7:3
31:6 33:12 34:12
**SERVING** 35:25
**SET** 52:3
**SETTLEMENT**
28:2 32:22
**SHAPE** 16:7
**SHAPED** 16:8
**SHERMAN** 29:25
30:1 32:5 33:17
33:24
**SHOES** 10:12
12:14 14:4,11
29:1 36:24
**SHORT** 21:12
33:18
**SHORTLY** 51:24
**SHOW** 7:14 24:19
**SHOWING** 20:18
**SHOWN** 10:7
**SHUTTING** 7:6
**SIDE** 14:15 15:19
20:18
**SIDES** 15:7
**SIGN** 5:2,10,25 6:4
11:19,20 12:6,8
12:13 14:3,3,25
17:10 20:5,7,9,10
20:12,25 21:17
22:2,3,5,10,11,25
23:18 26:15 45:21
46:3 48:18 50:14
50:21
**SIGNED** 12:9
17:23 18:17,22
21:23 22:3 23:17
28:15 32:2,14
48:18
**SIGNIFICANT**
22:16,18

**SIGNING** 15:23
19:17 27:9 33:12
34:11
**SIGNS** 9:13 22:1
**SIMILAR** 13:2
43:10
**SIMILARLY** 24:9
**SIMPLE** 10:3 17:4
**SIMPLER** 9:21
**SIMPLY** 5:1 9:1
27:3 35:8 38:1,25
**SIX-FOOT** 19:9
**SMALL** 24:10 45:1
45:3,8
**SMALLER** 45:7
48:7,13
**SMITH** 13:9
**SOFTWARE**
21:25
**SOLELY** 6:10
**SOLVE** 14:13
28:24
**SORRY** 3:18
**SORT** 36:1 38:21
**SOUGHT** 24:17,18
**SOUNDS** 13:6
**SOURCES** 22:5
**SPACE** 24:5,8
**SPECIFIC** 31:8
34:5 42:9
**SPECIFICALLY**
42:17 47:21
**SPECIFICS** 46:6
**SPELLED** 7:16
**SPUN** 25:6
**STAFF** 26:14
**STAGE** 51:16
**STAGES** 23:2
**STAND** 9:9 25:9
**START** 9:20 36:5
**STARTED** 20:16
28:10 29:6 37:21
40:1
**STARTING** 39:24
41:25 43:4
**STATE** 30:2
**STATED** 13:4
**STATEMENT**
10:9 11:15
**STATES** 1:1,13

**STATUS** 10:7
**STATUTE** 30:3
  32:10,11 33:19
  35:14 36:5 37:3,5
  37:15,18 39:4,17
  41:6,12,15,21,25
  42:2,7,16,21 43:1
  43:12,15,20 50:16
  50:17
**STATUTORY**
  34:19,20 35:14
**STEEL** 42:17,22
  43:4
**STEP** 10:11 14:4
  29:1
**STEPHEN** 2:6
**STEPS** 14:10
**STEVE** 3:8
**STICK** 36:8 39:17
  46:7
**STICKING** 35:20
**STIPULATION**
  40:12,23
**STOP** 44:7
**STREET** 1:17,20
  2:8
**STUDENT** 8:18
**STUFF** 44:9
**SUBJECT** 18:2
  32:15 43:13 50:6
**SUBMISSION**
  47:14 51:23
**SUBMIT** 28:22
**SUBMITTED**
  26:25
**SUBPOENAS**
  10:19,22
**SUBSTANCE**
  50:18
**SUBSTANTIVE**
  46:22
**SUE** 7:9
**SUED** 39:9
**SUFFICE** 28:3
  30:24
**SUFFICIENT** 8:24
  30:10
**SUGGEST** 16:21
**SUGGESTION**
  17:3,4

**SUITE** 1:18,21 2:4
  2:8
**SUPPLEMENT...**
  19:25
**SUPPORT** 35:11
**SUPPORTER** 4:25
**SUPREME** 48:2
  49:4
**SURE** 7:7 14:15
  28:23 29:3 37:20
**SURRENDERED**
  15:1
**SURVIVES** 33:1
**SWITCH** 13:8,8
**SYSTEMS** 13:18

_____
**T**
**TAKE** 13:5 16:25
  24:7,10 27:1,12
  31:14 36:16 43:13
  43:17 48:15 50:9
  51:11
**TAKEN** 27:6
**TAKES** 19:8 27:14
  27:14 41:25
**TALK** 30:21 32:9
  32:22 52:7
**TALKED** 31:7
**TARDY** 36:1,2
  40:3
**TEAM** 11:11
**TELECOMMU...**
  45:11
**TELL** 11:22 16:24
  25:9,13 26:13
**TELLING** 8:13
  36:3
**TENDERED** 11:19
**TENTH** 33:15
**TERMS** 13:3 31:12
  31:20 32:15 36:15
**TERRI** 1:17 3:17
  46:20
**TERRY** 37:17
**TEST** 33:1
**THANK** 21:10,20
  29:12 51:22 52:8
  52:9
**THEMES** 29:20
**THING** 18:21 39:7

41:18,23
**THINGS** 24:4,23
  24:25 25:1
**THINK** 28:20
  34:24 36:20
**THIRD** 7:3 8:12,23
  8:25 9:4,8
**THREE** 7:9 28:8
  32:25
**TIE** 27:6
**TIM** 3:18
**TIME** 10:11 19:11
  21:12,12,25 23:5
  26:23 27:7 32:17
  35:6,16,21 37:2
  37:20 39:5 40:5
  41:18,19 42:5
  43:7 50:1 51:4
  52:8
**TIMES** 49:9
**TIMOTHY** 2:3
**TODAY** 16:10
  17:13 20:17 21:17
  22:5,21,25 23:19
  30:11
**TOLD** 28:14 36:4
  39:20
**TOLLING** 41:15
**TOTALLY** 22:10
  39:14
**TOUCH** 9:2
**TRACE** 8:22 20:20
**TRACKS** 30:3
**TRADE** 32:6,8
**TRANSFER** 6:19
  11:20 12:9 15:11
  15:21 16:13 23:20
  31:24 32:15 43:14
**TRANSFERRED**
  5:14 6:10 15:17
  16:14 24:6,13,14
  24:23
**TREASURY** 8:4
**TRIAL** 18:8
**TRUE** 5:1 10:12
  18:16,21 36:17
**TRUST** 9:25 14:12
  21:4
**TRUTH** 23:13
**TRY** 27:13 29:9

**TRYING** 16:1
  23:13 27:8 28:24
**TURN** 45:9
**TWO** 3:21 10:19
  10:23 24:25 32:18
  34:15 36:12 40:8
  44:3 49:20 50:6
**TYPE** 31:2

_____
**U**
**UNCLEAR** 38:14
**UNDERSTAND**
  19:17 22:13 48:4
**UNDERSTOOD**
  26:10
**UNDISPUTED**
  10:4 31:23
**UNFAIR** 37:16
**UNILATERAL**
  30:4
**UNINTENTION...**
  5:7
**UNIQUE** 7:25 8:1
  25:2
**UNIQUENESS**
  7:20
**UNITED** 1:1,13
**UNLAWFUL** 49:5
**UNLAWFULLY**
  27:8
**UNREASONAB...**
  32:7
**UNWILLING** 5:24
  26:21
**UNYIELDING**
  5:25
**USE** 6:5 8:2,3,17
  9:13 18:15 47:25
**USUAL** 26:9 27:13
**USUALLY** 47:8
**UU** 13:24 24:5,6,10
  24:11 28:5
**U.S** 6:2 48:1 49:2,4

_____
**V**
**V** 1:7 49:2
**VACATE** 52:5
**VALID** 12:17
**VARIOUS** 14:25
  23:2 28:18,18

31:6
**VERIZON** 6:3
**VERSION** 22:4,20
**VERSUS** 3:6
**VILLAGE** 2:3
**VIOLATE** 31:12
**VIOLATED** 46:10
  47:3
**VIOLATING**
  49:18
**VIOLATION**
  39:17 48:19
**VOLUNTARILY**
  4:25 25:5

_____
**W**
**WAIT** 28:11
**WAIVED** 36:2
**WANT** 5:2 9:9,11
  9:20 12:2 14:5
  15:9 21:13 22:23
  23:21 29:1 45:3
  48:17
**WANTED** 6:4 7:7
  9:7,10,12 25:24
  26:7,8,18,19,20
  28:22
**WANTS** 25:1
**WARE** 1:14
**WASHINGTON**
  2:9 26:5
**WASN'T** 7:16
**WASTE** 26:17
**WATCH** 14:19
**WAY** 5:4,8,17 6:16
  7:7,18 9:15,21
  11:6 13:18 16:10
  16:18,25 24:7
  27:4 30:15 31:17
  40:18 46:1
**WEEKS** 40:8
**WELD** 44:4
**WEREN'T** 7:17
  37:6 42:9
**WE'LL** 52:6
**WE'RE** 14:2 26:1
  28:23 36:4 41:2
  43:7 45:16 51:15
**WHATSOEVER**
  33:21 38:24

**WILLING** 5:22
  14:24 20:10,12
**WILLINGNESS**
  11:19
**WISH** 14:20
**WORDS** 31:12
  50:20
**WORK** 5:8 40:24
**WORKED** 40:24
**WORKING** 40:13
**WORN** 47:8
**WOULDN'T** 14:12
  17:11
**WROTE** 24:3

---
### Y
**YEARS** 9:22 32:16
  42:23,24 43:1
**YEH** 2:7 3:9,14

---
### Z
**ZLAK** 25:6 40:7
  41:4
**ZLAK'S** 11:8
  17:18 25:16

---
### 0
**03** 31:18,18

---
### 1
**1** 29:25 30:4 32:5,9
  33:6,16,18 34:19
**1-52** 1:8
**10:00** 52:3
**11,000** 49:9
**11,500** 23:4
**1100** 2:8
**111** 42:17
**1194** 44:4
**12TH** 2:8
**12,000** 7:1
**1289** 43:5
**14** 42:24
**1427** 42:18
**17TH** 10:15 29:22
**18** 42:23 49:3
**18-YEAR** 42:22
  43:15
**1920** 1:18
**1998** 6:3 39:2 49:16

---
### 2
**2** 23:16 30:1 33:23
  34:22
**20005** 2:9
**2001** 3:11,24 6:13
  24:22 25:25 29:22
  31:17 37:25 38:2
  39:21,24 40:1,2
  45:17
**2002** 24:14,23
**2003** 24:16,21 36:3
  36:3 40:7,7 41:3,4
**2004** 25:22 26:16
  29:6,7,8 40:8 41:5
**2006** 1:6 3:1
**220** 1:17
**23** 1:6 3:1

---
### 3
**3** 23:16
**30** 25:23
**30TH** 25:22
**300** 1:21

---
### 4
**465** 1:20
**4660** 2:3

---
### 6
**6TH** 41:3
**60** 28:21
**688** 44:5

---
### 7
**700** 2:8
**742** 44:4
**775** 2:4
**787** 43:4

---
### 8
**8074** 1:25

---
### 9
**9** 22:19,22,25 23:16
**92122** 2:4
**94104** 1:18,21