1  RICHARD J. IDELL (SBN 069033)
   **IDELL & SEITEL**
2  465 California Street, Suite 300
3  San Francisco, CA 94104
   Telephone: (415) 986-2400
4  Facsimile: (415) 392-9259

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| GARY KREMEN, | Case No. C 06-2554 JW |
|---|---|
| Plaintiff, | **STIPULATION FOR ENTRY OF AMENDMENT TO ORDER** |
| vs. | |
| AMERICAN REGISTRY FOR INTERNET NUMBERS LTD., | |
| Defendant. | |

The undersigned Parties, consistent with the settlement agreement reached in the matter of *Kremen v. ARIN*, action number C 06-2554 JW, and in this action, hereby agree as follows:

1. The order attached hereto is Exhibit "A" can be submitted to the Court for approval and entry thereon.

2. This stipulation may be filed with the Court by the Parties.

Dated: 7/31/07

IDELL & SEITEL

By: _____
Richard J. Idell, Esq.
Attorneys for Plaintiff GARY KREMEN

Dated: 7/31/07

McDERMOTT, WILL & EMERY

By: _____
Stephen M. Ryan, Esq.
Attorney for Third Party ARIN

1
STIPULATION FOR ENTRY OF AMENDMENT TO ORDER

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel LLP, 465 California Street, Suite 300, San Francisco, California 94104.

On July 31, 2007, I served the following document(s):

STIPULATION FOR ENTRY OF AMENDMENT TO ORDER

☒ by **E-MAIL TRANSMISSION**, by electronically transmitting a true and correct copy of the document(s) in Adobe Acrobat format to the electronic mail addresses indicated below.

☒ by **ELECTRONIC MAIL.** As this case is subject to the United States District Court for the Northern District of California ECF program, pursuant to General Rule 45, upon the filing of the above-entitled document(s) an automatically generated e-mail message was generated by the Court's electronic filing system and sent to the address(es) shown below and constitutes service on the receiving party.

☒ by regular **UNITED STATES MAIL** by placing a true and correct copy, enclosed in a sealed envelope for collection and mailing on the date and at the business address shown above following our ordinary business practices to the address(es) noted below. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

Stephen M. Ryan  
McDERMOTT WILL & EMERY LLP  
600 13th Street N.W.  
Washington, D.C. 20005-3096  
Fax: (202) 756-8087  
sryan@mwe.com

Daniel E. Alberti  
McDERMOTT WILL & EMERY LLP  
3150 Porter Drive  
Palo Alto, CA 94304-1212  
Fax: (650) 813-5100  
dalberti@mwe.com

I certify and declare under penalty of perjury that the foregoing is true and correct, that I am employed in the office of an attorney qualified to practice in this court, and that I executed this declaration at San Francisco, California.

_____  
Suzanne Slavens