# IDELL & SEITEL LLP

MERCHANTS EXCHANGE BUILDING
465 CALIFORNIA STREET, SUITE 300
SAN FRANCISCO, CALIFORNIA 94104
TEL: (415) 986-2400
FAX: (415) 392-9259
www.idellseitel.com

Richard J Idell*
Owen Seitel

Ory Sandel
Elizabeth J Rest

*A Law Corporation

Of Counsel:
Terri Hanley

Writer's email:
richard.idell@idellseitel.com

July 31, 2007

VIA ELECTRONICALLY FILING

The Honorable Judge James Ware
United States District Court
Courtroom 8, 4th Floor
280 South First Street
San Jose, CA 95113

RE:   Gary Kremen v. American Registry for Internet Numbers, Ltd.
      Case #: C 06-2554 JW

Dear Judge Ware:

Enclosed for your review, signature and filing please find a revised stipulation and revised order regarding the settlement of *Kremen v. ARIN*, Action Number C 06-2554 JW and the amendment of the Order dated December 20, 2006.

Very truly yours,

IDELL & SEITEL LLP

Richard Idell

RJI:sh
Enclosures
cc:   Steve Ryan
      Gary Kremen
      Terri Hanley