UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GARY KREMEN,<br><br>      Plaintiff,<br><br>    vs.<br><br>AMERICAN REGISTRY FOR INTERNET NUMBERS LTD.,<br><br>      Defendant. | Case No. C 06-2554 JW<br><br>**AMENDMENT TO ORDER RE. CLARIFICATION OF ORDER GRANTING DEFENDANT AMERICAN REGISTRY OF INTERNET NUMBERS, LTD.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6) AND/OR [ALTERNATIVE] STAY ORDER** |

On December 20, 2006, this Court granted non-party American Registry for Internet Numbers' ("ARIN") Motion for Clarification of the Netblocks Application Order previously granted to Plaintiff Gary Kremen ("Kremen") on September 17, 2001.

Since the December 20, 2006 Order was issued, the Parties, ARIN and Kremen have reached a settlement of this matter and other litigation described below.

The undersigned Parties through their attorneys have stipulated to the entry an amendment to the order dated December 20, 2006. The amendment that the Parties have stipulated to is pursuant to a settlement agreement that has been entered into by the Parties which concerns action number DV 98-20718 JW PVT entitled *Kremen v. American Registry for Internet Numbers Ltd*, and the law and motion activity in this case concerning the same parties. The Court, having reviewed the stipulation of the parties and having been advised that the Parties are in agreement to entry of this order, the Court hereby amends the order of December 20, 2006, as follows:

///

Dockets.Justia.com

ARIN shall have no obligation to provide any of the Blocks described in the Order as required by that Order in Paragraphs 1-7 of Section IV of the Order, and Kremen shall take nothing by the Order. Accordingly, Kremen need not file any application with ARIN.

Dated: _____          _____

HONORABLE JUDGE JAMES WARE
United States District Judge

AMENDMENT TO ORDER RE CLARIFICATION OF ORDER GRANTING DEFENDANT AMERICAN REGISTRY OF INTERNET NUMBERS, LTD 'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6) AND/OR [ALTERNATIVE] STAY ORDER

# PROOF OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Idell & Seitel LLP, 465 California Street, Suite 300, San Francisco, California 94104.

On July 31, 2007, I served the following document(s):

AMENDMENT TO ORDER RE: CLARIFICATION OF ORDER GRANTING DEFENDANT AMERICAN REGISTRY OF INTERNET NUMBERS, LTD.'S MOTION OT DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6) AND/OR [ALTERNATIIVE] STAY ORDER

☒    by **E-MAIL TRANSMISSION**, by electronically transmitting a true and correct copy of the document(s) in Adobe Acrobat format to the electronic mail addresses indicated below.

☒    by **ELECTRONIC MAIL.** As this case is subject to the United States District Court for the Northern District of California ECF program, pursuant to General Rule 45, upon the filing of the above-entitled document(s) an automatically generated e-mail message was generated by the Court's electronic filing system and sent to the address(es) shown below and constitutes service on the receiving party.

☒    by regular **UNITED STATES MAIL** by placing a true and correct copy, enclosed in a sealed envelope for collection and mailing on the date and at the business address shown above following our ordinary business practices to the address(es) noted below. I am readily familiar with this business practice for collection and processing of correspondence for mailing with the United States Postal Service. On the same day that a sealed envelope is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service with postage fully prepaid.

| | |
|---|---|
| Stephen M. Ryan | Daniel E. Alberti |
| McDERMOTT WILL & EMERY LLP | McDERMOTT WILL & EMERY LLP |
| 600 13th Street N.W. | 3150 Porter Drive |
| Washington, D.C. 20005-3096 | Palo Alto, CA 94304-1212 |
| Fax: (202) 756-8087 | Fax: (650) 813-5100 |
| sryan@mwe.com | dalberti@mwe.com |

I certify and declare under penalty of perjury that the foregoing is true and correct, that I am employed in the office of an attorney qualified to practice in this court, and that I executed this declaration at San Francisco, California.

Suzanne Slavens